*ORIGINAL TO U.S. COURT*

RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2006 JAN -5 A 9:45

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST ALA

RICKY WADE DAVIS #173073 )
Full name and prison number )
of plaintiff(s) )
 )
 )
v. SGT. BRYANT )   CIVIL ACTION NO. 2:06cv10-F
DONAL CAMPBELL, GWENDOLYN )   (To be supplied by Clerk of
MOSLEY, SGT. BAXLEY, COI )   U.S. District Court)
Floyd, COI WILLIAMS, )
AND OTHERS, PRISON HEALTH )
SERVICES, NURSE McKINLEY )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )
CAPT. KENNETH SCONYERS
OFFICER X - C.E.R.T.

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court
       dealing with the same or similar facts involved in this
       action?  YES ( )  NO (✓)

   B.  Have you begun other lawsuits in state or federal court
       relating to your imprisonment?  YES ( )  NO (✓)

   C.  If your answer to A or B is yes, describe each lawsuit
       in the space below.  (If there is more than one lawsuit,
       describe the additional lawsuits on another piece of
       paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff(s)  N/A

           Defendant(s)  N/A

       2.  Court (if federal court, name the district; if
           state court, name the county)  N/A

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _EASTERLING CORRECTIONAL FACILITY, SB-11, 200 WALLACE DR. CLIO, ALA. 36017_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _SEGREGATION UNIT, B-SIDE, EASTERLING CORRECTIONAL FACILITY_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Custody N. Mosley | 200 Wallace Dr. Clio, 36017 |
| 2. | Nurse McKinley | 200 Wallace Dr. Clio, 36017 |
| 3. | Sgt. Baxley | 200 Wallace Dr. Clio, 36017 |
| 4. | Sgt. Bryant | 200 Wallace Dr. Clio, 36017 |
| 5. | COI Floyd | 200 Wallace Dr. Clio, 36017 |
| 6. | COI Williams | 200 Wallace Dr. Clio, 36017 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Dec. 30, 2005. About 2:30-3:30 AM._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _EIGHTH AMENDMENT VIOLATIONS_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I was taken from my cell, 5B-11, at about 2:30-3:00 am hand-cuffed behind my back, to the lobby and then slapped around repeatedly by Sgt. Bryant, my eye is black, my teeth are loose, my ear is still ringing, COI Floyd, COI Williams took me to lobby.

GROUND TWO: _First Amendment Violations_

SUPPORTING FACTS: I am denied my medicine bag, any contact or support from the Native American Community, no ceremonies or rituals Ramadan is practiced and held for Muslim inmates, Christian prisoners are allowed Holy Bibles

GROUND THREE: _____

SUPPORTING FACTS: Please see enclosed affidavits from inmates, Thomas Adams, Michael Brazel, Garrett Gaines, Cedric Brooks (from Civil Action # 2:05-CV-1130-T Michael Allen Brazel, Plaintiff, Declaration of Named Affiants) 12-6-05)

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

PRELIMINARY INJUNCTION, TEMPORARY RESTRAINING ORDER, INVESTIGATION OF C.E.R.T., DECLARATORY JUDGMENT, PUNITIVE DAMAGES, JURY DEMAND

X Ricky Wade Davis #AIS 173073
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
(Date)

X Ricky Wade Davis #AIS 173073
Signature of plaintiff(s)

4

## CERTIFICATE OF SERVICE

I, hereby certify that I have sent a copy of, Complaint of Ricky Davis - 173073, Forma Pauperis Affidavit, and the Affidavit(s) of Thomas Adams, Michael Brazell, Cedric Brooks, and Garrett Grimes to the Legal Counsel for the Ala. D.O.C., properly addressed and postage pre-paid, to:

Kim Thomas, Legal Counsel
301 S. Ripley St.
P.O. Box 301501
Montgomery, Ala. 36130-1501

X Ricky Wade Davis #173073 AIS
Ricky Wade Davis - 173073
5 B-11   E.C.F.
200 Wallace Dr.
Clio, Alabama  36017

Done this 3rd day of January, 2006

LEGAL USE ONLY