RECEIVED

2006 JAN -5

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

### AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
### IN FORMA PAUPERIS

2:06cv10-F

I, **Ricky Davis #173073**, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?                                              YES ( )   NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. __N/A  STATE PRISONER__

2. Have you received within the past 12 months any money from any of the following sources?

   A. Business, profession, or form of self-employment?           YES ( )   NO (✓)

   B. Rent payments, interest, or dividends?                      YES ( )   NO (✓)

   C. Pensions, annuities, or life insurance payments?            YES ( )   NO (✓)

   D. Gifts or inheritances?                                      YES (✓)   NO ( )

   E. Any other sources?                                          YES ( )   NO (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. __PRISONER MONEY ON DEPOSIT, EASTERLING CORRECTIONAL FACILITY__

3. Do you own cash, or do you have money in a checking/savings account?
   YES ( )   NO (✓)

   If the answer is YES, state the total value of the items owned. _____
   _____
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (✓)

   If the answer is YES, describe the property and state its approximate value. _____
   _____
   _____N/A_____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____
   _____
   _____N/A_____
   _____

X *Ricky Wade Davis #173073*
Plaintiff

STATE OF ALABAMA
COUNTY OF _____

   Subscribed and sworn to before me on this _____ day of _____,
199___, at _____, Alabama.


                                    _____
                                    NOTARY PUBLIC in and for said County,
                                    in said State

(SEAL)

My commission expires _____.

**OR**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___JANUARY 3, 2006___.


X *Ricky Wade Davis #173073*
Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>JANUARY 3, 2006</u>.
(date)

x <u>RICKY WADE DAVIS 173073</u>
Signature of Affiant

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $<u>293.03</u> on account to his credit at the <u>Easterling</u> institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

<u>See attached</u>

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $_____ on the 1st day of _____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

<u>See attached</u>

<u>Myra K. Peters Acct Clerk</u>
Authorized Officer of Institution

DATE <u>1-3-06</u>

```
                      STATE OF ALABAMA
                  DEPARTMENT OF CORRECTIONS
                  EASTERLING CORR FACILITY


AIS #: 173073      NAME: DAVIS, RICKY WADE            AS OF: 01/03/2006

                  # OF      AVG DAILY          MONTHLY
        MONTH     DAYS      BALANCE            DEPOSITS
        ----------------------------------------------------------

        JAN       28        $0.00              $0.00
        FEB       28        $0.00              $0.00
        MAR       31        $11.88             $150.27
        APR       30        $37.39             $210.00
        MAY       31        $7.37              $200.00
        JUN       30        $5.99              $200.00
        JUL       31        $5.46              $265.00
        AUG       31        $9.14              $275.00
        SEP       30        $140.46            $205.00
        OCT       31        $281.28            $50.00
        NOV       30        $298.13            $0.00
        DEC       31        $294.28            $0.00
        JAN       3         $293.03            $0.00
```

M/D-6

RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR THE
2006 JAN -5  MIDDLE DISTRICT OF ALABAMA

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_____ )
_____ )
_____ )
_____ )
        Plaintiff(s)   )          2:06cv10-F
                       )
        v.             )
                       )
_____ )
_____ )
_____ )
_____ )
        Defendant(s)   )

## MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff(s) X Ricky Wade Davis #173073

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

x Ricky Wade Davis 173073
Plaintiff(s) signature