**PLAINTIFF's EXHIBIT #1**

Dear Mr. Voyd

Sir I Am Ricky Wade Davis AIS #173072 I'm Doing Time At Easterling Corr. Facility I'm in a one man cell But At the same time I'm trying to get some law work Done wich I Don't No Any thing About I have A Learing Disabilety L.D I can't Read And Right That good As you can see. I have this Guy here that has Done this Law work For me I'm Going To Be in this one man cell For A year 1/2 When this Guy leve's I will Be stuck with this case And not No how to Do it or File any Paper work I was Born with A. A.D.H.D And in school I was in L.D class And I Never Fine's school I would like To Ask is Will you point me A lawyer I Don't have the money to Get my on I need some one That can help me with my case For I'm Dum when it come's To this

Thank's
Ricky Wade Davis
AIS# 173072

PLAINTIFF'S EXHIBIT #2

On now chief what's up man I Just wanted To Hit you And say what's up And see if you Got That stuff Ready For me Hell I'm Still in the Bed Down here it To cold To Be up To much Well Don't let or Give Any one my Address or Phone Number ok Well When You Get that stuff Ready Just send it To chopper And he can seen it To me I Ant got much of A Dog my strimy Ant that long Well Dog I'll Hollow At you later

Ricky Davis

PLAINTIFF'S EXHIBIT #3

Cheif

Hey man what's up What I was trying to say last night is I need a lawyer or something so if I tranfer and then I ant got any one to help you no how some Guy say they Know what they are Doing Just To Get some money on there Books when it come's To Law work I'm Dum you no what ~~~~ I'm saying if I Let some one Do this they could mess it up and it Get threw out ~~~~ Hey I'm Going To pay this money look Dog ~~ I'm Going To Hit my mom up To night and she, if she will talk To this lawer (SUASAN James) she want $35.00⁰⁰ I need To let her no what I have Filed and Done and where I'm at on this and see if she will take payment But in foll then ~~ we need to foll for that lawer and see if I Get one or not ok I'll Hollow At you

Thank's