IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| RICKY WADE DAVIS, #173073, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-010-MEF |
| ) | WO |
| SGT. BRYANT, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #7) to the Recommendation of the Magistrate Judge (Doc. #6) filed on January 17, 2006 is overruled;

2. The Recommendation of the Magistrate Judge entered on January 6, 2006 is adopted;

3. The plaintiff's Motion for Preliminary Injunction filed on January 5, 2006 is DENIED.

4. This case is referred back to the Magistrate Judge for appropriate proceedings

DONE this 30th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE