**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Commissioner Donal Campbell
   Department of Corrections
   P.O. Box 301501
   Montgomery, AL 36130

2:06cv10 (Campbell et al.)

2. Article Number (Transfer from service label)
   7005 1160 0001 2962 3113

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Ray P. Hope
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Ray P. Hope

C. Date of Delivery: 1/26/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes