*Original to U.S. Dist. Court*

RECEIVED
2006 MAR -3 A 9:45

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY WADE DAVIS, PRO SE PLAINTIFF<br><br>VS.<br><br>SGT. BRYANT - D.O.C. ET. AL.<br>DEFENDANTS | CIVIL ACTION<br>2:06-CV-10-MEF |

MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

COMES NOW THE PLAINTIFF, RICKY WADE DAVIS #173073, A STATE PRISONER, PRO SE.

WHICH PURSUANT TO RULE 15(a), FEDERAL RULES OF CIVIL PROCEDURE, REQUESTS LEAVE TO FILE AN AMENDMENT TO THE COMPLAINT, NOW ADDING TO THE ORIGINAL COMPLAINT A FULL AND COMPLETE RELIEF REQUESTED.

## CERTIFICATE OF SERVICE

I hereby certify by signature, that I have mailed a copy of the foregoing, <u>Leave to File an Amended Complaint</u>, postage first-class pre-paid and properly addressed to the attorney of record.

Ms. Kim Thomas, Legal Division
Ala. Dept. of Corrections
301 S. Ripley St.
P.O. Box 301501
Montgomery, Ala.
   36130-1501

Done this 1st day of March, 2006
   <u>Ricky Wade Davis #173073</u>
   Ricky Wade Davis - 173073
   5B-11  E.C.F.
   200 Wallace Dr.
   Clio, Alabama
      36017

Thomas Adams - 100612-B