## REQUESTED RELIEF

WHEREFORE, THE PLAINTIFF FURTHER REQUESTS THAT THIS HONORABLE COURT TO GRANT THE FOLLOWING;

(A) THAT THIS HONORABLE COURT RETAIN JURISDICTION OF THIS CAUSE, PURSUANT TO 42 U.S.C. SECTION 1983, THIS HONORABLE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343 (A)(3).

(B) PLAINTIFF SEEKS DECLATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 AND 2202.

(C) THE MIDDLE DISTRICT OF ALABAMA IS AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391 (b)(2), BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURRED.

(D) DECLARE THAT THE ACTS OF THE DEFENDANT(S) ARE IN VIOLATION OF THE PLAINTIFF DAVIS's CIVIL RIGHTS AS SECURED BY 42 U.S.C. SECTION 1983;

(1)

(E) Issue a declaratory judgment against the named Defendant(s), stating that the physical force used against him, was without need, legitimate purpose or provocation, that the acts were done maliciously and sadistically, for gratification, which then and now does constitute cruel and unusual punishments in violations of the Eighth Amendment, and invoking the protections of the United States Constitution.

(F) Issue to the Defendant(s), and the officers involved, an immediate order to transfer the Plaintiff, Ricky Wade Davis-173073 from Easterling Correctional Facility to any available lateral and equal institution, to be in effect immediately, COI Floyd and COI Williams are the officers under order by Sgt. Bryant to remove him from his cell, both officers remain in segregation as regular assignment, Plaintiff fears retaliation, injury to life and limb.

(2)

(G). Award the Plaintiff compensatory damages in the amount of, ONE HUNDRED FIFTY THOUSAND DOLLARS ($150,000.00) for the permanent physical injuries which were sustained as a result of the Plaintiff's beating.

Including but not limited to the emotional injuries sustained.

(H) Award to the Plaintiff, punitive damages against the Defendant(s) in the amount of THREE HUNDRED THOUSAND DOLLARS, ($300,000.00);

(I) Award to the Plaintiff, Attorney's fees, as the "prevailing party", pursuant to 42 U.S.C. Section 1988.

(J) Award to the Plaintiff the costs of all proceedings, including the filing fee of, TWO HUNDRED AND FIFTY DOLLARS, ($250.00).

(K) Plaintiff demands a jury trial on all issues.

(3)

(C). Grant by Award to the Plaintiff, Ricky Wade Davis, any and all relief other than what is requested, which may in the order of this Honorable Court, be just, fair, and equal, the Petitioner being entitled.

Done this 1st day of March, 2006.

Respectfully submitted,
Ricky Wade Davis #173073
Ricky Wade Davis - 173073
SB-11  E.C.F.
200 Wallace Dr.
Clio, Ala. 36017

Thomas Adams - 100612-B



(4)