IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RICKY WADE DAVIS, #173073** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CASE NO.: 2:06-CV-10-MEF |
| ) | |
| **SGT. BRYANT, et al.** ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER AND SPECIAL REPORT

Come now the defendants, **Robert Bryant, Donal Campbell, Gwendolyn Mosley, William Floyd, Kerry Williams and Kenneth Sconyers**, by and through the Attorney General for the State of Alabama, Honorable Troy King, and move, pursuant to Federal Rules of Civil Procedure, (FRCVP) 6(b)(2), for an enlargement of time to comply with this Honorable Court's ORDER establishing a deadline for defendants to comply. The undersigned has encountered some difficulty and delay in securing affidavits and other discovery materials ordered by this Court. Accordingly, the undersigned respectfully requests an additional 30 days to gather the necessary information and file the answer and special report.

        Respectfully submitted,

        TROY KING
        Attorney General

          /s/ J. MATT BLEDSOE
J. MATT BLEDSOE (BLE006)
Assistant Attorney General

**ADDRESS OF COUNSEL**

Office of the Attorney General
11 South Union Street
Montgomery, AL  36130
(334) 242-7443
(334) 242-2433 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this 6th day of March, 2006, served a copy of the foregoing on the plaintiff, by placing same in the United States mail, postage prepaid and properly addressed as follows:

    Mr. Ricky Wade Davis, #173073
    Easterling Correctional Facility
    PO Box 10
    Clio, AL  36017-0010

          /s/ J. MATT BLEDSOE
OF COUNSEL