IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY WADE DAVIS, #173073, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-10-MEF |
| | )                         [WO] |
| | ) |
| SGT. BRYANT, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On March 3, 2006, the plaintiff filed a document styled a motion for leave to file an amended complaint (Court Doc. No. 16). However, the plaintiff seeks only to amend the relief requested in his complaint and does not present an amended complaint. The court therefore construes this motion as a motion for leave to amend the complaint with respect to the relief requested therein. Upon consideration of the motion for leave to amend, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. The Clerk is DIRECTED to docket the attachment to the motion as an amendment to the complaint.

Done this 6th day of March, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE