

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Davis Ricky          D.O.B.:    /   / |
|-----------|-----------------------------------------------------------|
| 12-30-05 3:15 Am | While doing pill call in Seg on B Side inmate Davis Stated to me that he needed a body chart due to being beat ↑. No visible distress Noted. Able to view inmate thur cell door. Redness noted to ℝ Side of Face. etc. door. Explained to Off on need For Body chart Per Inmate request. States we will do i bring him over to Feeding ——— Phynan ℝ |
| 12-30-05 4 Am | Again called Seg For inmate For Body chart talked to OFF. I. Jones. State I will inForm oFFices ——— Phynan ℝ |
| 12-30-05 4:15 | Rec call From Shift Commander Sgt. Bryant States inmate does not need Body Chart. ——— Phynan ℝ |

**Complete Both Sides Before Using Another Sheet**

**AL** DEPARTMENT OF CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: Easterling

Name: David - Ricky

State ID No.: 173023

DOB: 1-30-95

Race: W          Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| DAbing | 1-2-2006 | | | | |

HISTORY/DIAGNOSIS:

"STATES W S/C he WAS ASSAulted N 12-30-2005

### X-RAY REQUEST

| | | | | | |
|---|---|---|---|---|---|
| ABDOMEN/KUB | | FINGERS | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | ORBITS | | STERNUM |
| ANKLE | | HAND | OS CALCIS (HEEL) | | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | | HIP | PELVIS | | THORACIC SPINE |
| CHEST PA / LATERAL | | HUMERUS | RADIUS/ULNA | | TIBIA/FIBULA |
| COCCYX | | KNEE | RIBS | | TOES |
| CONE DOWN SELLA TURCICA | | LUMBAR SPINE | SACRO-ILIAC JOINTS | | WRIST |
| ELBOW | Rt | MANDIBLE | SCAPULA | | ZYGOMA |
| FACIAL BONES | Lt | MAXILLA | SHOULDER | | ZYGOMATIC ARCH |
| FEMUR | | NASAL BONES | SKULL | | |

### REPORT

Davis

MANDIBLE AND MAXILLA: The bony architecture appears intact. Definite fracture is not detected.

D & T: 01-04-06  Thomas J. Payne, III, M.D./rr Board Certified Radiologist (Signature on file)

1/5/06

X-RAY TECHNOLOGIST'S NAME (PRINT)     X-RAY TECHNOLOGIST'S SIGNATURE     DATE, TIME EXAM PERFORMED

1-3-06

| Date/Time | Inmate's Name: Davis, Ricky | D.O.B.: 1/30/75 |
|---|---|---|

1/30/06 — S/c lump chest

S: 30 cm % lungs over [illegible], and chest that are painful since before incarceration.

O: 0.5-1cm lymph nodes, palpable over [illegible], and [illegible] [illegible] in skin. No erythema, no tenderness

A: Education — pt is informed about the benign nature of these nodes, no [illegible] indicated



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Davis Ricky | D.O.B.: / 130175 |
|---|---|---|

1/60 12p  S/c ear + Jaw pain

c̄ 30 yr c/o pain R ear and R side of face
ā's Physical assault on 12/30/05

O- vₛₜₐₜT: Bruise over the R lower eyelid
   thickened, no conjunctival hrythⁿⁿ.
   ear nⁱⁱ  — extⁿⁿⁱⁱⁱ⁰ⁿ intact
   Oral: clⁱ
   Neck supple
   hₙₒₙₘⁱ  LTA          Heart: ccc
   Neurol: intact.
   X-ray ā no fracture of the facial bones

A/P  Bruise of face
     Rₜₙ: Tylenol 1g bid PRN ×days
          take care

**PHS**

## Nursing Evaluation Tool:

_General Sick Call_

Facility: ECF

Patient Name: DAVIS _____ Last     Ridley _____ First

Inmate Number: 173022

Date of Report: 1 / 2 / 200? MM DD YYYY

Date of Birth: 1 / 30 / 75 MM DD YYYY MI

Time Seen: 845 AM / PM Circle One

**Subjective:** Chief Complaint(s): My EAR & JAW hurts Flar When I Use Assistive GSgt and

Onset: on 12-30-200?

Brief History: My ear and my jaw hurts when I eat only
(Continue on back if necessary)

**Objective:** Vital Signs: (As Indicated) T: 988  P: 76  RR: 16  B/P: 120 / 80

☐ Check Here if additional notes on back

Examination Findings: RT. EAR - NO bleeding noted or swelling - Able to hear When Smoke taking to him
(Continue on back if necessary)
States he RT. JAW hurts when he eats - NO swelling on JAW line N
Flar noted - Talking without Any difficulty

**Assessment: (Referral Status)** Preliminary Determination(s): _____

☐ Referral NOT REQUIRED _____

☐ Check Here if additional notes on back

☒ Referral REQUIRED due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☒ Other: EVAL now

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☒ Other: X-Ray RT Mandible and RT maxilla
(Describe)

OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): Dr Dalgun

Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____

Date for referral: 1 / 5 / 200? MM DD YYYY

Time: _____

Nurses Signature _____

Name: D. Bowman LPN Printed

# PRISON HEALTH SERVICES
## SEGREGATION LOG

Name: Davis, Ricky

AIS 173073   DOB _____   UNIT B-20   YEAR 05

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KEY:
M – MEDICAL
D – DENTAL
P – PSYCHIATRIC
N/C-NO COMPLAINTS

NURSES SIGN AND INITIAL

NC 072

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY Easterling | |
|---|---|---|---|
| 12/30/05 | 735 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

| ALLERGIES PCN | Wt. 116 | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

VITAL SIGNS: TEMP 978 ORAL/RECTAL    RESP. 16    PULSE 96    B/P 140/80    RECHECK IF SYSTOLIC <100> 50 ____/____

**NATURE OF INJURY OR ILLNESS**

S - Body chart per DOC

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O - W/m A+O x3 Resp ē ease Skin W/D - Slight redness noted to ℞ side of face ø complaints voiced. WNL noted. ø other injury noted.

A - Body chart per DOC

P - No tx needed.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 12/30/05 | 745 AM/PM | ☑ DOC ☐ AMBULANCE ☐ | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE Busseal | DATE 12/30 | PHYSICIAN'S SIGNATURE X | DATE 1/3/06 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Davis Ricky | DOC# 173073 | DOB 1/30/75 | R/S W/m | FAC. EEF |
|---|---|---|---|---|

PHS-MD-70007          (White – Record Copy, Yellow – Pharmacy Copy)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Ricky Wade Davis_   Date of Request: _12/30/05_
ID # _17.30.73_   Date of Birth: _1/30/75_ Location: _5-B-11_
Nature of problem or request: ~~scribble~~
~~scribble~~
_My Ear And Jaw Hurts From where I Was Assaulted By sgt BryAnt_
_oN 12/30/05 At 2:30 to 3:00 AM_   _Ricky Davis 173073_
                                          *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: _1/2/06_
Time: _____ AM  PM
Allergies: _____

_Seeded_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Initials _____ |
| JAN - 1 2006 |

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )    No ( )
              Was MD/PA on call notified:   Yes ( )    No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

# A F F I D A V I T

**STATE OF ALABAMA**                    )
                                        )
_Barbour_ **COUNTY**                    )

      I, _Beth Long_, hereby certify and affirm that I am a _Medical Records Clerk_, at _Easterling Correctional_; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one _Ricky Wade Davis_, AIS# _173073_; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

      I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _Prison Health Service_; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

      This, I do hereby certify and affirm to on this the _1st_ day of _February_, 2006.

_Beth Long_

**SWORN TO AND SUBSCRIBED BEFORE ME THIS THE** _1st_ **Day of** _February_, 2006.

_Linda A Wilkinson_
Notary Public
_7/16/2007_
My Commission Expires

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1-14-06

**To:** ADOC (Easterling)

**From:** PHS (Easterling)

**Inmate Name:** Davis, Ricky                **ID#:** 173073

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. (Other) PPD Reading on (Mon) 1-16-06

**Comments:**

during 1st Shif pill call

**Date:** 1-14-06     **MD Signature:** v.o Dr. Davbu s Mclann     **Time:** 1 p

Ricky Davis #173073

60418



**PRISON
HEALTH
SERVICES
INCORPORATED**

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Ricky Davis_

Date of Birth: _1-30-75_ _____ Social Security No.: _____

Date: _12-2-05_ _____ Time: _____ A.M.
                                                  P.M.

This is to certify that I, _Ricky Davis_ , currently in
                          (Print Inmate's Name)

custody at the _Easterling_ , am refusing to
                (Print Facility's Name)

accept the following treatment/recommendations: _MD Appt 12-2-05_
                                                 (Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Refused to Sign C. Glen_ _____ _____
(Signature of Inmate)**                         (Signature of Medical Person)

_____                                _____
(Witness)                                       (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSTION DATE 10/24/05 | TIME 3:25 AM PM | ORIGINATING FACILITY ECF ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

| ALLERGIES  PCN | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP  97⁹  (ORAL) RECTAL     RESP. ___14___  PULSE 90  B/P 114/74   RECHECK IF SYSTOLIC <100> 50 ____/____

NATURE OF INJURY OR ILLNESS

S: "Marks on my neck and above my eye." "Sgt Hewlett did it"

O: pt sed to clinic in handcuffs, makes above statement when asked why he was brought to HCU, pt presents c 1.5 cm red raised area on ® brow and reddened areas on ® lateral neck, pt denies any pain, pt denies any other injury or complaint, pt's skin intact warm and dry, gait even and unlabored no other injuries noted or observed

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |

reddened areas

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION
A: DOC Body Chart
P: Release to DOC

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
None

| DISCHARGE DATE 10/24/05 | TIME 3:35 AM PM | RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE 10/24/05 | PHYSICIAN'S SIGNATURE | DATE 10/30/05 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Davis, Ricky | DOC# 173073 | DOB 1/30/75 | R/S W/M | FAC. ECF |

PHS-MD-70007          (White – Record Copy, Yellow – Pharmacy Copy)

**PHS**
PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE 8/30/05 | TIME 11 ⬜AM ⬜PM | ORIGINATING FACILITY East ⬜SIR ⬜PDL ⬜ESCAPEE ⬜ | | ⬜SICK CALL ⬜EMERGENCY ☒OUTPATIENT |
|---|---|---|---|---|

| ALLERGIES 2 Antidessert 172# | CONDITION ON ADMISSION ☒GOOD ⬜FAIR ⬜POOR ⬜SHOCK ⬜HEMORRHAGE ⬜COMA |
|---|---|

VITAL SIGNS: TEMP 99 ☒ORAL ⬜RECTAL   RESP. 16   PULSE 80   B/P 120/80   RECHECK IF SYSTOLIC <100> 50 _____/_____

NATURE OF INJURY OR ILLNESS

S- I guess they want a body chart.

O- Ambulate & Hee per self in handcuffs escorted by Off. Simmons + Off. Tew-Actots. Resp to ease. Answers all questions appropriately. Redness noted to wrist new handcuffs. Skin intact No c/o Udies. No distress noted. No token area noted to skin

A- Body chart per DOC protocol

PHYSICAL EXAMINATION

P- Released to Dr. No ħ needer

| | ABRASION //// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 8/30/05 | TIME 11 00 ⬜AM ⬜PM | ⬜RELEASED ⬜TRANSFERRED TO ☒DOC ⬜AMBULANCE | CONDITION ON DISCHARGE ☒SATISFACTORY ⬜POOR ⬜FAIR ⬜CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE 8/30/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Davis Ricky | DOC# 173073 | DOB 1-30-75 | R/S W/m | FAC |
|---|---|---|---|---|

PHS-MD-70007



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Ricky Davis_

Date of Birth: _1-30-75_        Social Security No.: _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_

Date: _7/14/05_        Time: _____ A.M. / P.M.

This is to certify that I, _____, currently in
                                    (Print Inmate's Name)

custody at the _____, am refusing to
                        (Print Facility's Name)

accept the following treatment/recommendations: _SC_
                                                        (Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which may result from this action/refusal and I personally assume all responsibility for my welfare.

_____          _____
(Signature of Inmate)**                (Signature of Medical Person)

_____          _____
(Witness)                              (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY East | | |
|---|---|---|---|---|
| 6/1/05 | 315 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☒ OUTPATIENT | |

| ALLERGIES PCN | CONDITION ON ADMISSION |
|---|---|
| | ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP 100.0 (ORAL/RECTAL)    RESP 18    PULSE 80    B/P 110, 70    RECHECK IF SYSTOLIC <100> 50 ___/___

**NATURE OF INJURY OR ILLNESS**

S - "I have a fever"

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O - WM to HCU c̄ above
C/O - cough x 3 weeks fever
HA body aches today
BBS CTP ears c̄ TM
intact. non productive
cough

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Tylenol/Sinutip PRN x3 | | |
| Feldene 20mg PO QD x7 | | |
| CTM: PO tid x3 PRN | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

F. P. Mcall

| DISCHARGE DATE 6/1/05 | TIME 331 AM/PM | RELEASE/TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE (illegible) | DATE 060105 | PHYSICIAN'S SIGNATURE (illegible) | DATE 6/2/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Davis, Ricky | DOC# 173013 | DOB 01/30/75 | R/S WM | FAC. East |
|---|---|---|---|---|

PHS-MD-70007

**(White – Record Copy, Yellow – Pharmacy Copy)**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK | | X |
| TB TEST CURRENT | X | |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE | | X |

OTHER: _____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

→ PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _____ DATE: 3/15/05

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: X _Ricky Davis_ DATE: 3/15/05

EXPIRATION DATE: _Indefinite_

| INMATE NAME (LAST, FIRST, MIDDLE) Davis Ricky | DOC# 173073 | DOB 1/36/75 | Race/Sex W/M | FAC. EAS |
|---|---|---|---|---|

PHS-MD-70042    (White - Medical File, Yellow - Kitchen Supervisor,  Pink - Classification Administrator (Inmate))

# PROCEDURE FOR ACCESS TO HEALTH CARE

Treatment for routine medical complaints and mental health complaints are processed through nurse screening seven days a week. Inmates must complete a sick-call screening form and turn this form into medical services for processing. You may obtain screening forms from any dorm cube or shift commander's office. you need to place the screening form in the locked box located at the dining hall. All health service requests are subject to a $3.00 co pay being deducted form your PMOD account, depending on the nature of your request. Forms for segregation inmates will be collected by nursing personnel at 4:00am medication rounds. Doctor's clinic is held Monday through Friday excluding holidays or an unexpected emergency.

Inmates on sick-call screening must report for screening or sign a refusal of treatment form declining care. Screening for population is held on 1st shift at approximately 7:00am. Screening for segregation is held during the morning pill call rounds. Sick-call screening is held Sunday through Friday.

Pill call times for this institution are as follows:

| POPULATION | DIABETIC | SEGREGATION |
|---|---|---|
| 4:00am | 3:00am | 4:00am |
| 9:00am | 9:00am | 10:00am |
| 5:00pm | 3:00pm | 5:00pm |

Medical request on weekends and holidays are reviewed. Any request for medical attention that cannot wait until the next sick-call clinic will be processed at that time. All other request will be held until regular Sunday through Friday sick call. Medical emergencies, such as those involving intense pain, potential life-threatening situations, or when delaying treatment might cause permanent damage are dealt with at any time. Advise the nearest Correctional Officer of an emergency, so prompt access to health care is provided.

You are required to sign up for Dental sick call using the same procedure as medical sick call. Population and Segregation Dental Screenings are held weekly on Monday evenings at 1:00pm in the Health Care Unit. Follow-up care, if needed, is scheduled at this time. Emergency dental service is provided 24 hours a day with a dentist on call. Those not meeting scheduled appointments must sign a refusal of treatment form.

Your medical care is important. This is a joint effort between you and the Health Care Staff. Prescribed medications are to be picked up at pill-call, appointments kept, and education in services attended.

Comfort medications, such as cold medicine, headache medicines etc. are available in the canteen.

We ask that medical complaints against the Health Care Unit try and be resolved face to face. If concerns cannot be resolved verbally, a written complaint may be filed. You may get this form in the Health Care Unit. You must complete this form listing specifically the reason for dis- satisfaction, steps you have taken and the action requested to resolve the problem. Return this form to the Health Care Unit.

| X _Ricky Wardlaw_ | _173073_ | _165_ | _5'9"_ | _3/15/05_ |
|---|---|---|---|---|
| Inmate Signature | AIS# | Weight | Height | Date |

| X _____ | _3/15/05_ | | _2140_ |
|---|---|---|---|
| Witness | Date | | Time |

FROM:     Sheriff Mac Holcomb
              Marshall County

TO:        Department of Corrections
              Transfer Agent Supervisor
              FAX# (334) 240-3380
                    AND
              Medical Director (CMS)
              Kilby C.F.
              FAX# (334) 215-6681

Subject:     Authorization for Required Immediate Medical
              Care for State Inmate.

             Inmate: _*Ricky Wade Davis*_
             SS/AIS: _____

1.    Condition requiring immediate medical treatment outside jail:
       _*No medication ordered at this time*_
       _*Scheduled to have nodules removed (benign)*_

2.    Medical Professional who determined immediate care required:
       _____Phone_____

3.    Date/Time DOC contacted_____

4.    Has determination been made that offender has been convicted
      and transcript forwarded to DOC? Yes_____ No_____

Submitted by:

_*Applegate LPN*_ _____ Phone (256) 582-2034 Ext. 30

# RECEIVING SCREENING FORM

INMATE'S NAME: *Davis, Ricky*     DATE: *1/28/05* TIME: *10:45 AM*

DOB: *1/30/75*     OFFICER: *Darnell Moore*     INSTITUTION: __KILBY__

## RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | X | — |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | — | X |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | — | X |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | — | X |
| Is the skin in poor condition or show signs of vermin or rashes? | — | X |
| Does the inmate appear to be under the influence of alcohol, or drugs? | — | X |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | — | X |
| Is the inmate making any verbal threats to staff or other inmates? | — | X |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | — | X |
| Does the inmate have any obvious physical handicaps? | — | X |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was     __X__ a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

*Darnell Moore*
_____
Officer's Signature

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

### MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: Davis, Ricky  AIS#: 173073  Institution: ECF

Date Review Completed: 1-6-06  Date Placed in Segregation: 8-30-05

30 DAY REVIEW        ✓ 90 DAY REVIEW   Brian Mitchell

ALDOC Psychologist/Psychological Associate Conducting Review: Brian Mitchell, Psychological Asst. II

## MENTAL STATUS EXAMINATION

| | |
|---|---|
| Affect: Appropriate for Segregation | Appearance: Appropriate for Segregation |
| Concentration: Appropriate for Segregation | Intellectual Functioning: Within Normal Limits |
| Mood: Appropriate for Segregation | Memory: Intact |
| Orientation: Appropriate for Segregation | Speech: Appropriate for Segregation |
| Other: | |

## BEHAVIORAL OBSERVATIONS

(Aggressive)
Agitated
Delusional
Eye Contact
Hallucinating
Hyperactivity

Irrational
Labile
Lethargic
Loose Associations
Manipulative
Paranoia

Passive
(Rational)
Terrified/Crying
Withdrawn
Suicidal
Other:_____

COMMENTS:

RECOMMENDATIONS:

　　　 X 　 SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH
　　　　　 SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH
　　　　　 REFERRED FOR PSYCHIATRIC EVALUATION
　　　　　 Other:

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 463-01

4 of 4

AR 465

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: _Davis, Ricky_   AIS#: _173073_   Institution: _Easterling_

Date Review Completed: _10-4-05_   Date Placed in Segregation: _8-30-05_

__✓ 30 DAY REVIEW__          90 DAY REVIEW: _Brian Mitchell_

ALDOC Psychologist/Psychological Associate Conducting Review: _Brian Mitchell, Psychological Asst. II_

MENTAL STATUS EXAMINATION

| | |
|---|---|
| Affect:<br>Appropriate for Segregation | Appearance:<br>Appropriate for Segregation |
| Concentration:<br>Appropriate for Segregation | Intellectual Functioning:<br>Within Normal Limits |
| Mood:<br>Appropriate for Segregation | Memory:<br>Intact |
| Orientation:<br>Appropriate for Segregation | Speech:<br>Appropriate for Segregation |
| Other: | |

BEHAVIORAL OBSERVATIONS

Aggressive
Agitated
Delusional
Eye Contact
Hallucinating
Hyperactivity

Irrational
Labile
Lethargic
Loose Associations
Manipulative
Paranoia

Passive
~~Rational~~
Terrified/Crying
Withdrawn
Suicidal
Other: _____

COMMENTS:


RECOMMENDATIONS:

__X__   SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH
        SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH
        REFERRED FOR PSYCHIATRIC EVALUATION
        Other:

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01

4 of 4

AR 465 – November 7, 2001

# ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send in a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonable clear risk of escape or creation of institutional disorder
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigation staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

*This information on this form has been explained to me and I have received a copy of the information for my future reference.*

| | | |
|---|---|---|
| _Ricky Davis_ | _173073B_ | _1-28-05_ |
| Inmate Signature | AIS # | Date Signed |

Davis, Ricky

## PSYCHOLOGICAL UPDATE

Name: _Laurida_    AIS#: _173273B_    R/S: _(WM)_

Date: _2/4/05_    Date of Birth: _1/3/75_    Age: _30_

Inmate ___Lavin___ was last evaluated by ADOC psychology staff member _____ on __2/4/77__.

A diagnosis of _____ AIS _____ was made and the inmate was recommended for participation in _____

_____

_____

_____

The following observations and recommendations are made as a result of the current interview.

### I. Educational Needs

__✓__ a. ABE    ____ b. Special Education    __✓__ c. Trade School    ____ d. Junior College

### II. Mental Health Needs

____ A. Refer to psychiatrist    ____ E. Sexual adjustment    ____ I. Self-concept enhancement

____ B. Substance abuse counseling    ____ F. Reality therapy    ____ J. Healthy use of leisure

____ C. Depression    ____ G. Anger-induced acting out    ____ K. Personal development

____ D. Stress management    ____ H. Values clarification

Date referred to psychiatrist    ____ / ____ / ____

### III. RECOMMENDATIONS/REMARKS: _____

_____

_____

_____

_____

_____

_____

_____

MENTAL HEALTH CODE:    SMI    HARM    HIST    (NONE)

Evaluation Completed by: ___W B Bruin___    Date: _2/4/05_

N-259 A (2/2001)
*White to Central Records*
*Yellow to Institutional File*
*Pink to Data Entry and forwarding to Medical Record*

RECEIVED FEB 10 2005

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

### PSYCHIATRIC EVALUATION

**Referred by:**

[X] Admission to Institution   ☐ Mental Health Staff   ☐ Medical Staff   ☐ Other_____

30 w/m

**Reason for Referral (Presenting Problem):**

New Adm. to Kilby C.F.         Incar. - 5-6 mos.
                               CH - Rec. Stel. Msp.
                               S - 15 yrs.

**Psychiatric History (inpatient/outpatient/dates of treatment/medications prescribed):**

14 y.o, Rx - Buspar for ADHD, x ↑ yrs, @ M.H.C.
No other Tx
Denies current Sx

**Pertinent Medical History (allergies):**

Rx - X
Allergies - Pcn
Head Inj - X
Seizures - X

**Substance Abuse History:**

EtOH - 18, Pot - 21, Methamph. - 29,
Tx - 1 yr ago, Rehab i/p x 28 days. clean x 1 yr.

**Pertinent Personal/Family History (inmate's sentence):**

Living - ē girlfriend, single.
School - 8 yrs.              / Work - H A/C, construction

**Institutional Adjustment (current placement):**

Prior - '96 - ett - Rec. Stel. Prop - S= 2 yrs / 28-9 mos
        '91 - Rec. Stel. Prop. - S - 3 yrs / 1 yr.
Jv - 15 - Theft - Deut. x 1 wk.

| Inmate Name | AIS # | Page 1 of 2 |
|---|---|---|
| Davis, Ricky | 173073 | |

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
## PSYCHIATRIC EVALUATION

**Mental Status Examination:**

**Appearance and Behavior:** ALERT, WELL ORIENTED, APPROPIATE

**Mood and Affect:** STABLE IN MOOD

**Speech and Language:** WNL

**Thought Process:** WNL

**Thought Content and Perceptions:** WNL

**Cognitive Assessment/Memory:** WNL

**Insight/Judgement:** WNL

**Sleep/Appetite:** INTACT

**Suicide/Violence Risk Assessment:**

**Past Suicidal Ideation/Attempts (dates and methods):** X

**Current Suicidal Ideation and Behavior:** X

**Past Violent/Assaultive Behavior:** X

**Current Violent/Assaultive Ideas/Behavior:** X

**Diagnostic Impression**

**Axis I:** POLY SUBST DEP.

**Axis II:** DEFER R/O

**Axis III:** —

**Axis IV:** —

**Axis V:** 75

**Treatment Recommendations (including medications/labs ordered/special housing)**

No M.H. Services Scheduled.

**Mental Health Code:**    SMI    HARM    HIST    (NONE)

**Psychiatric Follow-Up Required Within:** _____ Days

X

**Psychiatrist Signature** _____    **Date** 2/1/05

Page 2 of 2

| Inmate Name | AIS # |
|-------------|-------|
| DAVIS, RICKY | 173073 |

## Dr. Paul Beecham
## MHM Correctional Services

Mental Health P&P # 55
Page 3 of 4

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### REFERRAL TO MENTAL HEALTH

Inmate Name: *Davis, Ricky*  AIS# *173073B*    Date of Referral: *1-28-05*

REASON FOR REFERRAL:
☐ CRISIS INTERVENTION
    ☐ Family problem:_____
    ☐ Problems with other inmates:_____
    ☐ Recent stress:_____
    ☐ Other:_____

☐ EVALUATION OF MENTAL STATUS
    ☐ Suicidal
    ☐ Homicidal
    ☐ Mutilative
    ☐ Hostile, angry
    ☐ Other inappropriate behavior:_____

    ☐ Anxious
    ☐ Depressed
    ☐ Withdrawn
    ☐ Poor hygiene

    ☐ Physical complaints
    ☐ Sleep disturbance
    ☐ Hallucinations/delusions
    ☐ Suspicious

☐ EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION

☐ HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER

OTHER:_____

COMMENTS: *Inmate reports being Ax of MH Meds
B4 ADHS, Denies any current MH
Needs.*

Referred by: *L. Henderson LPN*
☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)

Phone Contact #: *684*

## MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION

*SEE M.H. EVM    2/1/05*

Follow-Up by: _____

| Inmate Name | | Date: 2/1/05 |
| *Davis, Ricky* | AIS # | *173073B* |

Dr. Paul Beecham
MHM Correctional Services

received 2/3/05

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Davis, Ricky | 173073 | 30 | w/m | Kilby |

F-61

A    BAMA DEPARTMENT OF CORRECT   S
MENTAL HEALTH SERVICES

## RECEPTION MENTAL HEALTH SCREENING

Institution: _Kilby_       Date/Time Inmate Received: _1-28-05_
Date/Time of Screening: _1-28-05_   Signature/Title of Screener: _L. Henderson LPN_

### MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ALDOC:

☐ Yes  ☑ No   Psychotropic medication: _____
☐ Yes  ☑ No   Medication turned over to ALDOC upon arrival?
☐ Yes  ☑ No   Mental health follow-up in last 90 days: _____
☐ Yes  ☑ No   Suicide/self-harm attempts in last 90 days: _____

### MENTAL HEALTH HISTORY   Does inmate report a history of the following (if yes, provide details):

☑ Yes  ☐ No   Outpatient treatment: _ADHD 10-18 yrs a b_
☐ Yes  ☑ No   Inpatient treatment: _____
☑ Yes  ☐ No   Psychotropic medication: _Ritalin - 16-15 yrs a 0_
☐ Yes  ☑ No   Suicidal attempts: _____
☐ Yes  ☑ No   Suicidal thoughts: _____
☑ Yes  ☐ No   Head injury: _car accident - 13 yrs a 0_
☐ Yes  ☑ No   Seizures: _____
☐ Yes  ☑ No   Violent behavior: _____
☑ Yes  ☐ No   Substance abuse: _MJ - 2 yrs a 0_
☑ Yes  ☐ No   Substance abuse treatment: _2 yrs a 0_
☑ Yes  ☐ No   Special education classes: _8th grade ed_

### INMATE SELF-REPORT OF CURRENT STATUS:

☐ Yes  ☑ No   First incarceration (reaction): _2nd "c" don't like it_
☐ Yes  ☑ No   Reports family support: _Mother, fiancee, stepsister_
☑ Yes  ☐ No   Reports serious depression/remorse: _____
☐ Yes  ☑ No   Thinking about suicide: _____
☐ Yes  ☑ No   Has plan for suicide: _____
☐ Yes  ☑ No   Possible to implement plan: _____
☐ Yes  ☑ No   Reports hallucinations: _____

### BEHAVIORAL OBSERVATIONS:

☐ Poor eye contact        ☐ Poor hygiene           ☐ Unable to pay attention      ☐ Unresponsive
☐ Disoriented             ☐ Overly anxious         ☐ Unable to follow directions  ☐ Unable to read
☐ Crying                  ☐ Memory deficits        ☐ Signs of self-mutilation     ☐ Afraid
☐ Illogical speech content ☐ Appears to be hearing voices or seeing things        ☐ Paranoid
☐ Hostile                 ☐ Other unusual behavior: _____

### DISPOSITION/ PLACEMENT RECOMMENDATION (based on reception mental health screening):

☐ Routine housing and mental health follow-up           ☐ Emergency mental health referral
☐ Priority mental health follow-up but not emergency    ☐ Safe cell placement recommended
☐ Current psychotropic meds verified/interim supply ordered  ☐ Parole violator interim assessment referral

Inmate Name _Davis, Ricky_         AIS # _173013B_

ALDOC Form 450-01

4 of 6

AR 450 -- February 26, 2002



**PHS**
PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

## I.     HISTORY – (LPN or RN)

| | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) | ✓ | | 160  1-31-05 |
| (Compare Weight Below) | | | *Last weight at least 6 months ago* |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | ✓ | | Past hx 1/2 pkd/y |
| ALLERGIES | ✓ | | PCN |

Weight __180__ Temp __98⁶__ Pulse __98__ Resp __18__ Blood Pressure __110/80__   BS-117

Eye Exam __20/20__ OD __20/20__ OS __20/20__ OU

**If greater than > 140/90, repeat in 1hour.**
**Refer to M.D. if remains > 140/90.**

## II.     TESTING – (LPN or RN)          RESULTS

Tuberculin Skin Test (q yr)
Date given __1-14-06__ Site __(L) Forearm__
Read on __1-1-06__ Results __0__ mm

Past Positive TB Skin Test  →  **Survey Completed**
(Chest x-ray if clinical symptoms)
Date _____ Results _____

RPR (q 3 yrs)          Date __1-31-05__ Results __NR__
EKG (baseline at 35, over 45 q 3 yrs)     __N/A__
Cholesterol (at 35 then q 5 yrs)      __N/A__
Tetanus/Diptheria (q 10 yrs)      Last Given __2004__ Due __2014__
(if done today)          Site given _____ Dose _____ Lot # _____
Optometry Exam (@ 50 if not already seen)   __N/A__
Mammogram          Date _____ Results _____
(females @ 40, q 2 yrs/other M.D. order)

## III.     PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)

Heart          RRR
Lungs          Clear bilaterally
Breast Exam       Self Exam explained. Voiced understanding.
Rectal (yearly after 45)    Results __N/A__
with Hemoccult        Results __N/A__
Pelvic and PAP (q 1 yr)     Date _____ Results _____

Facility __Easterling__ Nurse Signature __J McKinnon__      Date __1-14-06__

M.D. or Mid-Level Signature _____      Date __1/17/06__

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Davis, Ricky | 173071 | 1-30-75 | W/M |



PRISON HEALTH SERVICES, INC.

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

Joanna Goddis                          mom
**Name**                               **Relationship**

P.O. Box 125                          35016 Zip Code
**Street Address**                     **Phone Number**

ArAb              AL  (256)586-0068 or (256)572-9439
**City**          **State**   **Zip Code**

Ricky Davis       173073    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  01/28/05
**Inmate Signature**   **AIS#**   **SS#**   **Date**

Susie Williams RN                     01/28/05
**Witness**                           **Date**

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Davis, Ricky | 173073 | 01/30 1975 | WM | KCF |

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INTAKE HEALTH EVALUATION

NAME: Davis, Ricky
AIS #: 173073
D.O.B.: 1-30-75

Age 30   Sex M   Race W   Height 5'9"   Weight 160

Temp: 98.1   B/P: 110/60   Pulse: 64   Resp: 16

** B/P – If greater than 140/90, repeat in 1 hour.  Refer to Mid-Level if B/P remains up.

Do you now or have you ever had, or been treated for:   9SBS - 177

| Problem | Y | N | Problem | Y | N | Problem | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Trauma | | ✓ | Gastritis | | ✓ | **HIV/AIDS ***** | | ✓ |
| Loss of Consciousness | | ✓ | Ulcers | | ✓ | ***Medications Verified | | |
| Severe Headaches | | ✓ | Bleeding | | ✓ | Hepatitis - Type | | ✓ |
| Vertigo/Dizziness | | ✓ | Gall Bladder/Pancreas | | ✓ | Gonorrhea | | ✓ |
| Vision Problems | | ✓ | Liver Problems | | ✓ | Syphilis | | ✓ |
| Hearing Problems | | ✓ | Arthritis | | ✓ | Lice, Crabs, Scabies | | ✓ |
| Seizures | | ✓ | Joint Muscle Problem | | ✓ | | | |
| Strokes | | ✓ | Back/Neck Problem | | ✓ | **LMP** | | |
| Nervous Disorders | | ✓ | Kidney Stones/Dz | | ✓ | Date | | |
| DT's | | ✓ | Bladder/Kidney Infection | | ✓ | Duration | | |
| Heart Condition | | ✓ | Alcoholism | | ✓ | Normal | | |
| Angina/Heart Attack | | ✓ | Drug Abuse | ✓ | | Regularity | | |
| High Blood Pressure | | ✓ | Psychiatric History | | ✓ | Gravida/Para | | |
| Anemia/Blood Disorder | | ✓ | Suicidal Thoughts** | | ✓ | AB/Miscarriage | | |
| Sickle Cell or Trait | | ✓ | **Immediate M.H. Referral | | | Contraception | | |
| Lung Condition | | ✓ | **T.B.** | | | Type: | | |
| Asthma * | | ✓ | PPD - date given: 1/31/05 | | | | | |
| *Peak Flow Reading | | | RFA/DFA | | | **Lab Tests - Dates** | N | Ab |
| Bronchitis | | ✓ | Date read: 2-3-05 | | | Diagnostic Profile II | | |
| Emphysema | | ✓ | Results: 0mm | | | RPR | | |
| Pneumonia | | ✓ | **Visual Acuity** | | | Urine Dip Stick | | |
| Diabetes | | ✓ | OD     OS | | | | | |
| Hay Fever/Allergies | | ✓ | OU 20/20 | | | EKG  (@ age 35) | | |

Immunization History: Td 2004 - Stated cement stated

Immunizations Needed: ∅

***HIV Medications: ∅

Acute or Chronic Problem Noted:   Y   (N)   Refer to Mid-Level or M.D. if yes.

RN or Mid-Level, Signature

1/31/05 @ 11:20
Date/Time

60511-AL

I have read the *access to health care* information sheets and have been given a copy.    I understand how to access health care.

Name _Ricky Davis_____ Date _1/31/05___

AIS# _173073_____

Medical Staff _D. Wagner_____ Date _1/31/05___

4/13/04

**INTAKE HEALTH APPRAISAL**

NAME: _____
AIS#: _____
D.O.B.: _____
R/S  w/u

**HEALTH CLASSIFICATIONS:**
(Circle One)

1 – No Restrictions

2 – Temporary Restrictions
        See Special Needs Form
3 – Permanent Restrictions
        See Special Needs Form
4 – A&I (Aged & Infirmed)

5 – Not Determined
        Recheck_____.

**PLACEMENT:**

General Population      (✓)
Emergency Department  ( )
Isolation                    ( )
Medical Observation     ( )
Other_____

**REFERRAL:**
CCC Placement          ( )

Clinic(s)_____
    See MD/Mid-Level flow sheet
        for clinic(s).
Medical              ( )
Dental               ( )
Mental Health        ( )
Other_____
When: ( ) Immediately
        ( ) Next Sick Call

**IMMUNIZATIONS ORDERED:**

_____
_____

| APPRAISAL | | N | Abn/Comment |
|---|---|---|---|
| General Movement | Deformity, Pain, Bleeding, Habitus, Hygiene | ✓ | ambulates 3 diff. |
| Neuro | Mental Status, Intox Withdrawal, Tremor, Neuro-Deficits | ✓ | AAOx3 |
| Skin | Injury, Bruises, Trauma, Jaundice Diaphoretic, Rash, Lesions, Infestations, Needle Marks, Color, Turgor | ✓ | Tattoos- multiple scars - ∅  WNL |
| Head | Normocephalic, Atraumatic, Hair, Scalp | ✓ | WNL |
| Eyes | Glasses/Vision, Pupils, Sclera, Conjunctiva | ✓ | PERRLA |
| Ears | Appearance, Canals, TMs, Hearing | ✓ | WNL |
| Nose | Epistaxis, Sinuses | ✓ | WNL |
| Throat | Teeth, Gums, Dentures, Mouth, Tongue, Tonsils, Airway | ✓ | WNL |
| Neck | C-Spine, Mobility, Veins, Carotids, Thyroid, Lymph Nodes | ✓ | Supple, full ROM |
| Chest | Config. Ausc/Resp, Cough/Sputum, Breast/Masses | ✓ | lungs CTA bilat |
| Heart | Ausc Rate, Rhythm, Murmurs, Ectopy | ✓ | NRR |
| Abdomen | Bowel Sounds, Palp, G/R/T, Hernia | ✓ | Soft, non-dist ⊕ BSx4 |
| GU | Flank Tenderness, Bladder Tenderness/Distention | ✓ | WNL |
| Back | ROM, Spasm, Injury | ✓ | full ROM |
| Extremities | Edema, Pulse | ✓ | MAEW |
| Genitals | Injuries/Lesions | ✓ | |
| Pelvic Pap | | | |
| Rectal/Guiac | (required @ 45 and up), Deferred/follow-up: | | |

Medications Ordered: _____

_____  2/4/05
**M.D. or Mid-Level Signature**              **Date/Time**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INTAKE SCREENING

| Date: 01/28/05 | | AIS#: 173073 |
|---|---|---|

| Last Name: Davis | First: Ricky | Middle: wade |
|---|---|---|
| Birthplace: Betafort, Tenn | DOB: 01/30/1975 | SS#: 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 |

**FEMALES:** Pregnancy test: (circle one)   Positive   Negative
B/P 118/66   Temp 98¹   Pulse 70   Resp 20   Weight 160
FSBS 166   If level > 200, repeat within 48 hours. Above 300 call M.D.

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?
0

Previous Incarcerations (Date & Facility)
1991 KCF

| Medications: ☑None | Special Diet (Prescribed) |
|---|---|
| Allergies: ☐NKA  PCN | Past Positive TB Skin Test (circle one)  YES - (Complete TB Screening Form)  (NO) |

ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.

### CLINICAL OBSERVATIONS

1) Level of Consciousness: ( ) Alert  (✓) Oriented; time, place, person
( ) Lethargic ( ) Stuporous ( ) Comatose
Describe:

2) General Appearance  (✓) Normal ( ) Abnormal

3) Signs of Trauma  ( ) Yes  (✓) No

4a) Behavior/Conduct: (✓) Calm  (✓) Cooperative  (✓) Non-Violent
( ) Agitated  ( ) Uncooperative  ( ) Violent
( ) Manipulative  ( ) Disorganized
Describe:

4c) Perceptions:  ( ) Delusional  ( ) Hallucinations  ( ) Hearing Voices

3) Substance Abuse:  (✓) Yes ( ) No ( ) Suspected
( ) Current intoxication/Abuse  (✓) Use ( ) Withdrawal Symptoms
(✓) Drugs (✓) Alcohol  case wk
Describe- What kind? Amount/Frequency? marijuana

• If confirmed Benzo use, then call M.D. If can not be confirmed, call M.D.

Last Use: (Time/Date):  1 yr ago

4b) Affect/Mood: ( ) Normal ( ) Manic  (✓) Depressed
( ) Euphoria  ( ) Flat  ( ) Emotionally Confused
Describe:

5a) Is there h/o actual suicide attempt?  ( ) Yes (✓) No
5c) Is there evidence
If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:
***Any abnormal observations #4 or 5 require immediate Mental Health Referral.**

5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes  (✓) No
5d) High risk pt may become assaultive towards staff? ( ) Yes  (✓) No

Triggers for Suicide Watch
- Currently Suicidal
- History of actual attempt
- Fails to maintain control on Close Watch    Y or N

Triggers for Close Watch
- Emotionally distraught and unable to regain composure by end of intake process
- Actively hallucinating or not making any sense   Y or N

| 6a) Communication Difficulties | ( ) Yes (✓) No | 6b) Memory Defects | ( ) Yes (✓) No |
|---|---|---|---|
| 6c) Hearing Impairment | ( ) Yes (✓) No | 6d) Speech Difficulties | ( ) Yes (✓) No |

7) Physical Aids: (✓) None  ( ) Glasses  ( ) Contacts  ( ) Hearing Aid  ( ) Dentures  ( ) Cane  ( ) Crutches
( ) Walker  ( ) Wheelchair  ( ) Braces  ( ) Artificial Limb  ( ) Other

8) Additional comments, complaints, symptoms:  None

S)

O)  Fever  Y (N)   Swollen Glands  Y (N)   Signs of Infection  Y (N)   Skin Intact  (Y)  N

A)

P)

If known Diabetic * Call M.D. for order _____  Initial Insulin given: _____

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for health services to be provided to me by and through PRISON HEALTH SERVICES.

Ricky wade Davis
Inmate's Signature/Date

Susie Williams RN

# ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME _Davis, Ricky_ AIS# _173073_

Medication Allergies: _PCN (rash)_

Medical: Chronic (Long-Term) Problems
Roman Numerals for Medical/Surgical

Mental Health Code: SMI  HARM  HIST  NONE
Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 2-3-05 | PPD - Ømm | | | |
| 9/1/05 | full evaluation Comts | | | A |
| | 11/22/05 Hep. B Vacc. #1 Lot# AHBVB004BA EXP. 01/20/2006 | 12/22/05 Hep. B Vacc. #2 Lot# AHBVB004BA EXP. 01/20/2006 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**If Asthmatic label:  Mild – Moderate – or Severe.

# Hepatitis B Vaccine Consent Form

**FACILITY NAME** _Easterling Correctional Facility_

RICKY DAVIS

W/173073

**Inmate Name**

**AIS Number**

_Ricky Davis_

_12-22-05_

**Inmate Signature**

**Date**

**Dose Given** _20 mcg. (1 ml.) / 2nd dose_

**Site Given** _(R) deltoid_

**Administered by** _M Payne RN_

**Lot Number and Expiration Date** _AHBVB0048A_
_Exp. 1/30/06_

# Hepatitis B Vaccine Consent Form

**FACILITY NAME** _Easterling_

_Ricky Davis_                    _173073_    DOB 1/30/75
**Inmate Name**                  **AIS Number**

_Ricky Davis_                    _11-22-05_
**Inmate Signature**             **Date**

**Dose Given** _1 ml._

**Site Given** _(L) deltoid_

**Administered by** _M Payne Rn_

**Lot Number and Expiration Date**_ Lot# AHBVB004BA
                                     EXP. 01/20/2006

11/21/2005



**PRISON
HEALTH
SERVICES
INCORPORATED**

## DEPARTMENT OF CORRECTIONS

# DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|---|---|---|---|---|---|
| | | | | | |

HS-MD-70022



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** Davis, Ricky     **BCDC#:** 173073

1.  I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.  I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.  I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.  I have had the opportunity to ask questions which have been answered to my satisfaction.

5.  I understand there is no guarantee of success or permanence of the treatment.

_____     _____
Patient's Signature                                Date   6/28/05

_____     _____
Dentist's Signature                                Date   6/28/05

PHS MD-70090



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# DEPARTMENT OF CORRECTIONS

## MENTAL HEALTH SERVICES

### DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination: 1-31-05

Initial Classification:

Oral Pathology .......................... Gingivitis
                                         Vincent's Infection
                                         Stomatitis
                                         Other Findings

Occlusion

Roentgenograms .......................... Periapical
                                          Bitewing
                                          Other

## Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☒ | Rheumatic Fever | ☐ | ☒ | V.D. |
| ☒ | ☐ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☒ | Hepatitis |
| ☐ | ☒ | Present Medication | ☐ | ☒ | Anemia or Bleeding Problems |
| ☐ | ☒ | Epilepsy | ☐ | ☒ | Heart Disease |
| ☐ | ☒ | Asthma | ☐ | ☒ | High Blood Pressure |
| ☐ | ☒ | Diabetes | ☐ | ☒ | Kidney Disease |
| ☐ | ☒ | HIV | ☐ | ☒ | Other Disease |

| SERVICES RENDERED | | | | | |
|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | Initials | Class |
| 1-31-05 | | CC: Sore gums; Pt. has never had a DX: Hx Pt. water water gums gums; no TX: signs of bleeding gums | | JM | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Davis, Ricky | 173073 | 1/30/75 | W | K-CF |

PHS-MD-70015

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

Phone: 334/280-5100

PATIENT NAM

Davis, Ricky

PRISON ID

173073

DATE SUBMITTED

1-31-05

**NPY 19**

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | **NR** | NEGATIVE (NEG) | |
| RPR | **NR** | NON-REACTIVE (NR) | |
| URINALYSIS | **NEG** | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | NEGATIVE (NEG) | |
| NITRITE | | < 5 RBC/MCL | |
| UROBILINOGEN | | NEGATIVE (NEG) | |
| LEUK. ESTERASE | | < 1.0 MG/DL | |
| SPECIFIC GRAVITY | | NEGATIVE (NEG) | |
| | | 1.016-1.022 | |

"A"    These results are unreliable due to the age of the specimen.
"H"    These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"  These results are unreliable due to the age and hemolyzed condition of the specimen.

574

CLIA ID NO.    01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR



**LabCorp** Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN 031-684-3172-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

NPY-19                FASTING: N
                     DOB: 1/30/1975

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| DAVIS,RICKY | M | 30  / |
| PT. ADD.: | | |

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 1/31/2005 | 6:00 | 1/31/2005 | 1/31/2005 | 17:11 | 2574 |

| CLINICAL INFORMATION |
|---|
| CD- 41139313263 |

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 173073 |

ACCOUNT: Kilby Correctional Facility
         Prison Health Services
         12201 Wares Ferry Road
         Mt. Meigs                  AL   36507-0000
ACCOUNT NUMBER:   01306900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC With Differential/Platelet | | | | |
| White Blood Cell (WBC) Count | 7.7 | x10E3/uL | 4.0 - 10.5 | YX |
| Red Blood Cell (RBC) Count | 5.06 | x10E6/uL | 4.10 - 5.60 | YX |
| Hemoglobin | 15.6 | g/dL | 12.5 - 17.0 | YX |
| Hematocrit | 44.5 | % | 36.0 - 50.0 | YX |
| MCV | 88 | fL | 80 - 98 | YX |
| MCH | 30.9 | pg | 27.0 - 34.0 | YX |
| MCHC | 35.1 | g/dL | 32.0 - 36.0 | YX |
| RDW | 12.8 | % | 11.7 - 15.0 | YX |
| Platelets | 200 | x10E3/uL | 140 - 415 | YX |
| Neutrophils | 56 | % | 40 - 74 | YX |
| Lymphs | 33 | % | 14 - 46 | YX |
| Monocytes | 6 | % | 4 - 13 | YX |
| Eos | 3 | % | 0 - 7 | YX |
| Basos | 2 | % | 0 - 3 | YX |
| Neutrophils (Absolute) | 4.3 | x10E3/uL | 1.8 - 7.8 | YX |
| Lymphs (Absolute) | 2.5 | x10E3/uL | 0.7 - 4.5 | YX |
| Monocytes(Absolute) | 0.5 | x10E3/uL | 0.1 - 1.0 | YX |
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.4 | YX |
| Baso (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.2 | YX |

LAB: YX LabCorp Montgomery Hull
543 Hull Street, Montgomery,  AL  36104-0000        DIRECTOR: Alton Sturtevant B PhD

| Pat Name:  DAVIS,RICKY | Pat ID:  173073 | Spec #:  031-684-3172-0 | Seq #:  2574 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report



Facility Name:

Charting: 12/05

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mycolog Oint Bid x14d. | 4a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 12/5
Stop Date: 12/19
Prescriber: Darbouze
RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CTM ÷ po Bid x 5d. | 4a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 12/5
Stop Date: 12/10
Prescriber: Darbouze
RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sudafed ÷ po Bid x 5d. | 4a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 12/5
Stop Date: 12/10
Prescriber: Darbouze
RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rifampin 300mg ÷ po bid x 10 days | 4a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 12/13/05
Stop Date: 12/23/05
Prescriber: Darbouze/MP
RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bactrim DS ÷ po bid x 10 days | 4a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 12/13/05
Stop Date: 12/23/05
Prescriber: Darbouze/MP
RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CTM ÷ po bid PRN x 3 days | 4a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 12/13/05
Stop Date: 12/16/05
Prescriber: Darbouze/MP
RX #:

Diagnosis

Allergies: PCN

Housing Unit:
Patient ID Number: 173073
Patient Name: DAVIS Ricky

Date of Birth: 1/30/75

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| Buskin | | Wayne RN | MP | 1. Discontinued Order |
| | | Darura | 8 | 2. Refused |
| | | J. Smith | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Facility Name: ECF

Month/Year of Charting: 12/05

Sudafed ↑ po bid
prn × 3daep

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 4a | | | | | | | | | | | | | | →Xi X5R← | | | | | | | | | | | | | | | | | |
| 4p | | | | | | | | | | | | | | →Xi M6← | | | | | | | | | | | | | | | | | |

Start Date: 12/13/05    Prescriber: Darbouze/NP
Stop Date: 12/16/05    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies: PCN

Housing Unit:
Patient ID Number: 173073
Patient Name: Davis, Ricky II
Date of Birth: 1/30/75

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|-------------------|---------|-------------------|---------|---------------------|
| M Payne RN | NP | C Garcia RN | ✓ | 1. Discontinued Order |
| | | J. Smith | SL | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Facility Name: Easterling

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

AFC BID x 14 day

Start Date: 9-3-05  Prescriber: Darbouze
Stop Date: 9-16-05  RX#:

Bactrim DS ÷ po qd x 3wk

Start Date: 9/7  Prescriber: Darbouze
Stop Date: 9/28  RX#:

Doxycycline 100mg ÷ po qd x 3wk

Start Date: 9/7  Prescriber: Darbouze
Stop Date: 9/28  RX#:

Benzoyl peroxide qd x qd

Start Date: 9/7  Prescriber: Darbouze
Stop Date: 9/28  RX#:

Start Date:  Prescriber:
Stop Date:  RX#:

Start Date:  Prescriber:
Stop Date:  RX#:

**Diagnosis**

**Allergies** PCN, Antidepressants

**Housing Unit:**

**Patient ID Number:**

**Patient Name:** Davis Ricky    173070

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| J. Scott RN | P | | W | 1 Discontinued Order |
| | | | R | 2 Refused |
| L. Gwin | Lo | | | 3 Patient out of facility |

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

Date of Birth: 1-30-75

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Feldene 20 mg ½
PO QD x 7
060105 - 060705 Danbauge/RN
4PM  O O O O D D O X

Tylenol 1 gm PO
x 3 PRN
060105 - 060305
4a
4p

CTM - PO tid
PRN x 3
060105 - 060305
4a
4p

Peroxide Rinses BID
x 7d
6/1/05 - 6/28/05  West
4a
4p  X O O O O O O X

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 060105   THROUGH 063005

Physician Danbauge
Alt. Physician
Allergies PCN

Telephone No.
Alt. Telephone
Medical Record No

Diagnosis:

Rehabilitative Potential

Medicaid Number          Medicare Number

Completely Checked By: _____  Title RN  Date 060105

PATIENT  Davis, Richy   PATIENT CODE 113073   ROOM NO.   BED   FACILITY C

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bactrim DS<br>↑ po BID X 10 days | 4a<br>4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/5/05   5/15/05   Darbouze | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Doxycycline 100mg Please<br>↑ po BID x 10 days give c̄ toast. | 4a<br>4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/5/05   5/15/05   Darbouze | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 500mg ↑↑ PO<br>BID x 10 days . | 4a<br>4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/5/05   5/15/05   Darbouze | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR 5/05    THROUGH 5/05

Physician Darbouze

Alt. Physician

Allergies PCN

Telephone No.

Alt. Telephone

Medical Record No.

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked By J Hawkins   Title: LPN   Date 5/5

PATIENT

Davis, Ricky

PATIENT CODE 173073   ROOM NO.   BED   FAC.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Ricky Davis_ _____ Date of Request: _1/16/05_

ID # _173073_ _____ Date of Birth: _1-30-75_ Location: _5-B-11_

Nature of problem or request: _I have 2 nots in my left Arm_
_And I have A ~~nots~~ lump in my chest_
_the one's in Arm's Hurt ~~and I need my teeth~~_
_And my Gums ~~bottom and up side~~_
_Swollen And Hurt And Bleed_ ___Ricky Wade Davis___
                                                    Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective** (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

See Net
1/17/2006

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                Was MD/PA on call notified:   Yes ( )    No ( )

_J. Chery_ TRN
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**PHS**

## Nursing Evaluation Tool:                    Dental Complaint

Facility: _____

Patient Name: **Davis** (Last)     **Ricky** (First)     ___ (MI)

Inmate Number: **173073**     Date of Birth: **1 / 30 / 1975** (MM/DD/YYYY)

Date of Report: **1 / 17 / 2006** (MM/DD/YYYY)     Time Seen: **9:45** AM / (PM) Circle One

**Subjective:** Chief Complaint(s): "**My gums are swollen and hurt and bleed.**"

Onset: **1 week**

History: **Never have had teeth cleaned.**
(Continue on back if necessary)

Is the problem: ☑ New ☐ Chronic  Problem related to: ☐ Recent trauma ☐ Recent dental work ☐ Other: _____  ☐ Check Here if additional notes on back

Injury sustained in altercation with custody staff, or other inmate: ☑ NO ☐ YES (Requires notification of correctional staff)

Dental Pain: Right : ☐ Upper Back ☐ Upper Front ☐ Lower Back   Left: ☐ Upper Back ☐ Upper Front ☐ Lower Back
✗ **Lower front** ☐ Lower Front                                    ☐ Lower front

Type of Pain: ☐ Aching ☐ Throbbing ☐ Dull ☐ Sharp ☐ Constant ☐ Intermittent

Sensitive to Hot or Cold: ☑ No ☐ Hot ☐ Cold ☐ Sensitive to both Hot & Cold     Pain Scale: (1-10) _____

Associated Symptoms: ☐ Sinus problems ☐ Difficulty chewing ☐ Earache ☐ Sore throat ☐ Other: _____

**Objective:** Vital Signs: (If Indicated) T: **97.8**  P: **70**  RR: **18**  B/P: **136 / 80**

| | | |
|---|---|---|
| Visual evidence of tooth decay/fracture | ☑ No ☐ Yes | Visible external swelling ☑ No ☐ Yes |
| Visual evidence of missing filling | ☐ No ☑ Yes | Swelling/redness/pus surrounding affected tooth: ☑ No ☐ Yes |
| Pain upon opening jaw widely | ☑ No ☐ Yes | Evidence of trauma/injury to jaw/face ☑ No ☐ Yes |

☐ Additional Examination: **No swelling or bleeding noted**
(Continue on back if necessary)

**Assessment: (Referral Status)**     Preliminary Determination(s): _____     ☐ Check Here if continued on back

☐ Referral Not Required

☑ Referral Required due to the following: (Check all that apply)

☐ Fever

☐ Earache/sore throat/sinus problems     ☐ Evidence of pus collection or swelling

☐ Pain upon opening mouth widely     ☐ Recent dental surgery/procedure

☐ Other: _____     ☐ Significant injury/trauma to jaw     ☐ Recurrent Complaint (More than 2 visits)
(Describe)

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:

☑ For tooth pain; instruct patient to avoid hot/cold food; to chew on the opposite side of the tooth pain and to do salt water gargles PRN

☑ Warm rinses PRN (Note: **DO NOT** apply warm compress to outside of face for dental abscess)

☐ Cold Compress PRN for minor trauma

☑ Instructions to return if condition worsens.

☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____

☐ OTC Medications given  ☑ NO ☐ YES (If Yes List): _____
(Describe)

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): **West**     Date for referral: **1 / 17 / 2006** (MM/DD/YYYY)  Time

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____

x _**J. Ivey TRN**_     Name: **J. Ivey TRN**
   Nurses Signature          Printed

**PHS**

## Nursing Evaluation Tool:                    General Sick Call

Facility: _ECF_
Patient Name: _DAVIS_ (Last)  _Ricky_ (First)
Inmate Number: _173073_          Date of Birth: _1_ / _30_ / _1975_ (MM/DD/YYYY)
Date of Report: _1_ / _17_ / _2006_ (MM/DD/YYYY)     Time Seen: _9:45_   AM / (PM) Circle One

**Subjective:** Chief Complaint(s): "_I got 2 knots on my (1) arm and one on my chest._"
Onset: _about a year._

Brief History: _____
(Continue on back if necessary)
_____
_____
_____

**Objective:** Vital Signs: (As Indicated) T: _97.8_  P: _70_  RR: _18_  B/P: _136_ / _80_    ☐ Check Here if additional notes on back
Examination Findings: _Knots felt on (1) arm and on sternal._
(Continue on back if necessary)
_____
_____
_____

**Assessment:** (Referral Status) Preliminary Determination(s): _____    ☐ Check Here if additional notes on back
☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
  ☑ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: _____
_____
_____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☑ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
          (Describe)
OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Darboug_          Date for referral: _1_ / _24_ / _2006_ (MM/DD/YYYY)
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time _____

x _J. Chey TRN_                    Name: _J. Ivey_
   Nurses Signature                        Printed

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Ricky Wade Davis_    Date of Request: _12/7/05_
ID # _123073_    Date of Birth: _1/30/75_ Location: _5-B-11_
Nature of problem or request: _I went And seen the Doc on the 12/6/05_
_And he put me on some cream For Dry skin_ ~~Around it~~
_And I have use_ ~~~~ _it 3 Time's And it has_
_my leg Broke out in A Bad Rash_
_Ricky Wade Davis_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
|---|
| Date: DEC 8 2005 |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective** (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )      No ( )
Was MD/PA on call notified:   Yes ( )      No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

**PHS**

## Nursing Evaluation Tool:

### Dermatitis (Rashes)

Facility: _ECF_

Patient Name: _Davis, Ricky_
              Last

Inmate Number: _173073_

Date of Report: _12_ / _8_ / _05_        Date of Birth: _1_ / _30_ / _75_
               MM   DD   YYYY                          MM   DD   YYYY   MI

                                         Time Seen: _915_  AM / **PM** Circle One

**Subjective:** Chief Complaint: ☐ Itching ☐ Burning ☐ Redness ☐ Swelling ☐ Weeping ☐ Blisters ☐ Lice/Scabies/Nits

☐ Other: _Denies any of above symptoms_

Onset: _yesterday_

Location: _① ↓ leg (eror)m_

History: _States "broke out" from Mycolog cream given for_
         (Continue on back if necessary)
_dry skin_

Associated Symptoms: ☐ None ☐ Fever ☐ Upper Respiratory Symptoms ☐ Tongue Swelling/Throat Closing ☐ Facial/Neck Swelling
                                                                    ☐ Check Here if additional notes on back
☐ Difficulty breathing ☐ Other:

Recent environmental contacts (allergens/irritants): _denies_

History of new medication: _Mycolog_

**Objective:** Vital Signs: (If Indicated) T: _978_  P: _68_  RR: _20_  B/P: _116_ / _80_

Exam: Lesion(s): ☐ NO ☒ YES  Description: _multiple red, raised, blisters to ① ↓ leg_

Redness/Swelling/Streaking: ☐ NO ☒ YES (If Yes, Describe):

☐ Additional Examination:
  Continue on back if necessary

**Assessment:** (Referral Status)
☐ Referral **NOT Required**

☒ Referral **Required** referral due to the following: (Check all that apply)    Preliminary Determination(s): _Dlc Mycolog ointment per_
                                                                                  ☐ Check Here if continued on back
                                                                                  _Pt thinks reaction_
☐ Respiratory distress     ☐ Tongue or facial swelling  ☐ Hives    ☐ Wheezing
☐ New medication           ☐ Signs of infection         ☐ Recurrent Complaint (More than 2 visits)
☐ Other: _Unresolvable by nurse_
        (Describe)

**Plan:** Check All That Apply:
☐ Meds given per approved OTC med list: ☐ _____

☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☒ Education signs and symptoms of severe allergic reaction: (Difficulty breathing, throat or facial swelling). Pt instructed to seek immediate seek
immediate medical attention if these should occur.
Other OTC Medications given ☒ NO     ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _MD_

Referral Type ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____  Date for referral: _12_ / _13_ / _05_
                                                                                               MM   DD   YYYY
                                                                                        Time _____

_CWambles RN_                        Name: _CWambles RN_
Nurses Signature                           Printed

**PHS**

## Nursing Evaluation Tool:     **General Sick Call**

Facility: _ECF_

Patient Name: _Davis_ _Ricky_
Last                    First

Inmate Number: _173073_

Date of Birth: _1_ / _30_ / _75_ MI
MM   DD   YYYY

Date of Report: _11_ / _21_ / _05_
MM   DD   YYYY

Time Seen: _9:10_   AM / PM Circle One

**Subjective:** Chief Complaint(s): _sores inside nasal passage_

Onset: _X 2 wks_

Brief History: _pt c/o dry, ~~crusty~~ cracking areas inside nares, pt states_
(Continue on back if necessary)
_areas scab over but will bleed when clearing his nose_

**Objective:** Vital Signs: (As Indicated) T: _96²_  P: _64_  RR: _14_  B/P: _104/64_   ☐ Check Here if additional notes on back

Examination Findings: _____
(Continue on back if necessary)

**Assessment:** *(Referral Status)* Preliminary Determination(s): _____   ☐ Check Here if additional notes on back

☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☑ Other: _unresolvable by nursing staff_

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)

OTC Medications given ☒ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): _MD_    Date for referral: _11_ / _28_ / _05_
MM   DD   YYYY

Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____   Time _____

X _____                Name: _S. Crawford_
Nurse Signature                        Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Ricky Davis_ _____ Date of Request: _11/27/05_

ID # _173073_ _____ Date of Birth: _1-30-75_ Location: _5-B-11_

Nature of problem or request: _the in side of my nose is_

_Dry And ~~bleeds~~ sore And craking And bleeds_

_____

_Ricky wade Davis_ _____
Signature

### DO NOT WRITE BELOW THIS LINE

_____

Date: ____/____/____

Time: _____ AM PM

Allergies: _____

```
RECEIVED
Date:
Time:         11/27/05
Receiving Nurse Intials  MW
```

**(S)ubjective:**

**(O)bjective**   (V/S):  **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE ( )     EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )     No ( )

Was MD/PA on call notified:   Yes ( )     No ( )

_____

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Ricky Wade DAvis    Date of Request: 9/2/05
ID # 173073    Date of Birth: 1/30/75 Location: 5-B-1cell
Nature of problem or request: my neck is Broke out rant
and my feet are to

Ricky DAvis
Signature

## DO NOT WRITE BELOW THIS LINE

Date: 9/2/05
Time: 8:45 AM PM
Allergies: PCN, Antidepressants

RECEIVED
Date: 9/2/05
Time:
Receiving Nurse Intials VMR

**(S)ubjective:** "I used HC cream ad it got worser" "I only used the antifungal cream for 2 days"

**(O)bjective** (V/S): T: 97⁸  P: 67  R: 14  BP: 118/82  WT: 172
AAO x3, skin warm and dry — pt has multiple lesions on ® post neck & ® jaw line, pt c/o intense itchy and condition worsened when HC 1% cream from cauter was used, pt also c/o continued pssc

**(A)ssessment:** athletes foot fungus, Miconazole gave relief in the post presp alt in skin integrity

**(P)lan:** refer to MD    Miconazole apply BID X 14d to feet

Refer to: (MD/PA) Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)  EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( )  No ( )
Was MD/PA on call notified: Yes ( )  No ( )

SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Ricky Wade Davis_          Date of Request: _8/26/05_

ID # _173073_          Date of Birth: _1-30-75_ Location: _9-A-35_

Nature of problem or request: _my Neck is Broke out and_
_it Hurt's And my Foot is Broke out to Thank's_

_Ricky Wade Davis_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _8/28/05_

Time: _____ AM (PM)          35

Allergies: _PCN_

> RECEIVED
> Date:
> Time: **AUG 26 2005**
> Receiving Nurse Intials _____

**(S)ubjective:** " I have a Rash on the back of my Neck. I
tried HC Cream it made it worse. I have jock itch
& athletes feet too."

**(O)bjective** (V/S): T: _98_ P: _74_ R: _16_ BP: _118/68_ WT: _172_

Pt to Sbc c a rash to the back of Neck noted. Pt State
has been using HC Cream & it has worsened. Pt also has
**(A)ssessment:** Athletes feet & jock itch Noted. AxOx3. Skin
W/D to touch. resp to ease
Alt o Skin integrits.

**(P)lan:** MD appt given
1 tube Miconazole for jock itch gun to Pop

Refer to:  (MD/PA)  Mental Health  Dental  (Daily Treatment)  Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE (O)  EMERGENCY (  )

If Emergency was PHS supervisor notified:  Yes ( )    No ( )

Was MD/PA on call notified:  Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Ricky Davis_     Date of Request: _7/13/05_

ID # _170073_     Date of Birth: _1/30/73_ Location: _9-A-35_

Nature of problem or request: _____

_Toe_ _____

_____

_Ricky Davis_
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ____/____/____

Time: _____ AM PM

Allergies: _____

| RECEIVED |
|---|
| Date: 7-13-05 |
| Time: 9:30AM |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective** (V/S): T:_____ ·P:_____ R:_____ BP:_____ WT:_____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN

CIRCLE ONE

Check One:  ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Ricky Wade Davis     Date of Request: 5/3/05

ID # 173023     Date of Birth: 1/30/75   Location: 9-A-43

Nature of problem or request: _____

I have a Spider Bite or cist, or staf infection on my side, on my arm and leg. Need to see dentest. Need to see the doctor.

Ricky Davis
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 5, 4, 05

Time: 8:45 AM (PM)

Allergies: PCN

┌─────────────────────────────┐
│          RECEIVED           │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

**(S)ubjective:** " I have these bites or something."

**(O)bjective** (V/S): T: 98.4   P: 68   R: 18   BP: 110/64   WT: 174

Pt has two Areas noted to (R) Side & Under (R) Arm that is red & swollen, has pinpoint brown spot noted to center. No drainage @ this

**(A)ssessment:** time. Also requesting to see dentest #80+3, speci/D to tooth. Keep c lease:

**(P)lan:** Jglevol Jabs 500mg 1 Bid X 10 days
Doxicycline 100g 1 Bid X 10 days
Bactrn DS 1 Bid X 10 days.
Refer to Dental.

Refer to: MD/PA   Mental Health   ~~Dental~~   Daily Treatment     Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ✓ ) EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: _EAS_

Date: 3/15/05  Time: 2135  AM/**PM**

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RECEIVING MEDICAL STATUS
- [X] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: _Kice_

Date: 3/14/05  Time: _____ AM/PM

RELEASE FROM:
- [ ] Infirmary   [ ] Segregation
- [ ] Population   [ ] Mental Health
- [ ] Other

RELEASE TO:
- [ ] DOC   [ ] Infirmary   [ ] Mental Health
- [ ]

Institution/Work Release Center/Free-World Hospital

ALLERGIES:
_PCN_

PHYSICAL EXAMINATION

Date of last exam: 1/31/05

Chest X-Ray Date: _____ Result: _0uu_

PPD Reading  2/3/05

Classification: _____

Limitations: _____

---

LAB RESULTS - - LAST REPORT

| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | | [ ] | [ ] |
| Urinalysis | 1/31/05 | [ ] | [ ] |
| | | [ ] | [ ] |

| | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | [ ] | [X] |
| Dental Prosthesis | [ ] | [X] |
| Hearing Aide | [ ] | [X] |
| Other Prosthesis | [ ] | [X] |

Receiving Nurse

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

---

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

Ø

MEDICATIONS   [ ] Sent w / inmate   [ ] Not sent w / inmate
X-RAY FILM   [ ] Sent w / inmate   [ ] Not sent w / inmate
HEALTH RECORD   [ ] Sent w / inmate   [ ] Not sent w / inmate
Released to: _____

Date: _____ Time: _____ AM/PM

MEDICATIONS   [ ] Received   [X] Not Received
X-RAY FILM   [ ] Received   [X] Not Received
HEALTH RECORD   [X] Received   [ ] Not Received
CHART REVIEWED   [X] YES   [ ] NO

Received by: _____
Signature of Receiving Nurse

Date: 3/15/05  Time: 2140  AM/PM

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____  LAST CLINIC: _____

FOLLOW-UP CARE NEEDED
- [ ] Medical   [ ] Dental
- [ ] Mental Health

| Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

---

NURSING ASSESSMENT (SENDING NURSE)
(Noted from health record documentation)

HISTORY
| | Yes | No |
|---|---|---|
| Drug Use | | [✓] |
| Mental Illness | | [✓] |
| Suicide Attempt | | [✓] |
| Chronic Care | | [✓] |

STATUS
| | | |
|---|---|---|
| Special Diet | | |
| Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE)
(Noted from inmate assessment)

SKIN
| | Yes | No |
|---|---|---|
| Open Sores | | [X] |
| Lice | | [X] |
| Edema | | [X] |
| Warm & Dry | [X] | |
| Cool & Moist | | [X] |

CONDITION
| | | |
|---|---|---|
| Alert | [X] | |
| Oriented | [X] | |
| Uncooperative | | [X] |
| Depressed | | [X] |

INTAKE

Sick Call Procedures Explained  _Yes_

Height  5'9"

Weight  165

Blood Pressure  100/68

Temperature  97.4

Pulse Resp.  60/14

Other _____

Signature of Nurse Completing Assessment (Sending Nurse)
A. Dulaney LPN

Date 3/14/05

Signature of Intake Screening Nurse (Receiving Nurse)

Date 3/15/05

INMATE NAME (LAST, FIRST, MIDDLE)
Davis Ricky W

DOC# 173073   DOB 1-30-75   Race/Sex 0 m   FAC #11

HS-MD-70009

(White - Medical Jacket; Yellow - Transfer)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Ricky wade Davis_    Date of Request: _4/22/05_
ID # _123073_    Date of Birth: _1-30-75_ Location: _9-9-43_
Nature of problem or request: _I have Knots in my chest and 2_
_Knots in each of my Arms. It is constantly giving me problems._

_Ricky wade Davis_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _4/23/05_
Time: _900_ AM **PM**
Allergies: _PCN_

```
┌─────────────────────────────────┐
│         RECEIVED                │
│  Date:                          │
│  Time:  APR 2 3 2005            │
│  Receiving Nurse Intials _____  │
└─────────────────────────────────┘
```

**(S)ubjective:** _I have Knots coming up in my Arms. the_
_One in my chest has been there for a month & a 1/2. It is_
_getting bigger._

**(O)bjective** (V/S): T: _98_ P: _74_ R: _18_ BP: _108/74_ WT: _175 lb_
_At other lc c sm barber sized Knots noted in both arms._
_Has a sm marble sized knot noted in chest. c/o soreness. states they_
_are getting bigger. A+O x3. Skin w/d to touch. Reg c ease._

**(A)ssessment:** _Alt in comfort R/T all in health maintenance_

**(P)lan:** _MD appt gvn._

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_4/27/05_

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Davis Ricky | D.O.B.: 1/30/75 |
|---|---|---|

3/15/05 2135 — rec'd @ BAS, kitchen clearance completed, access to health care explained

4/27/05 7A wt. 171" 120/80 80 18 T. 97.8
S Knots arms, chest.

§ 30 xm c/o knots over forearms and chest x few months

O: NAD, x ?

skin: 0.5 x 1 cm subentaneous nodule, x 2 at the h-interentral area mobile, non tender with all skin except for large tatoos
x 2 0.5 x 1 cm nodule R forearm
x 1 at the xyphoid area.

A/P: SCQ Nodules likely s/w lymph nodes - not c/w any pathology. No Rx & further evaluation needed.
Pt to return for ↑ in size, pain ..



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Davis, Ricky    D.O.B.: 1 / 30 / 2? |
|-----------|---------------------------------------------------------|

9/7/0 s | S/C Rash Neck + itching. was given Rx for Tree
Redn went irem 5 days ago.

O -

 skin : few erythematous papules over the
 lower occipital area - no pustule,

A/P Foll. enteries Capitis

 Plan: Biotrex ss + Doxycycline Q? x 3 weeks
 - Keep skin dry / clean.

12/5/05 11⁴/₄ | wt. 177  97°  110/80  68 16
 s | S/C sores in nose. rash over face and legs

O NAD ver

 Nostril : mild erythema / edema, no exudate
 skin : mild scaly erythematous rash over
 face around the lips + eyebrows , fine lesser
 over the extrml area -

A/P Seborrheic Dermatitis

 Plan: cort + hydrtd B/S face x 5 days
 - Mycolog ont B/D rash x pt days
 - keep skin dry / clean , + water or salt

| Date/Time | Inmate's Name: DAVIS RICKY | D.O.B.: 11 30 75 |
|---|---|---|

12/17/05 S   30 WM c/ rash over his L leg and hip that he relates to
the eyedog not presented for seborrheic dermatitis last week
he is also c/ sinus congestion

O – neg, VSS

skin: erythematous plaques with few papules over
the L prethibal area ≈ 12×5 cm

Nostril: intact

0.5cm superficial ulcer over the upper lip
free = purulent dish in sephard

A:  cellulitis / folliculitis

P:  Bactrin + difforin BID × 10 days
CTM + sudafed for sinus congestion
keep skin dry / clean and sore free



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Davis Ricky 143
1730 B
noted
D.E.W.

D.O.B. 1/30/75
ALLERGIES: PCN

Use Last    Date 1/5/06   1/5/06

DIAGNOSIS (If Chg'd)

Tylenol 1g Po TID PRN x 10 days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Davis Ricky
# 173073

noted
12/13/05
lithdrawer
845P

D.O.B. 1/30175
ALLERGIES: PCN

Use Fourth   Date 12/13/05

DIAGNOSIS (If Chg'd) Folliculitis, URI

Rifampin 300 mg + Po BID x 10 days
Bactrim DS + Po BID x 10 days
CTM + Po BID PRN x 3 days
Sudafed + Po BID PRN x 3 days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Davis, Ricky

noted
SB
12/5/05

D.O.B. 1/30/75
ALLERGIES: PCN

Use Third   Date 12/5/05

DIAGNOSIS (If Chg'd) Seborrhea Dermatitis, URI

Mycolog oint BID x 14 days
CTM + Po BID x 5 days
Sudafed + Po BID x 5 days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Davis Ricky
# 173073

noted
SB
9/7/05

D.O.B. 1/30175
ALLERGIES: PCN

Use Second   Date 9/7/05

DIAGNOSIS (If Chg'd) Folliculitis Capitis

Bactrim DS + Po QD x 3 weeks
Doxycycline 100 mg + Po QD x 3 weeks
Benzoyl Peroxide 1QD x 7 days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Davis, Ricky
173073 B

D.O.B. 1/30/75
ALLERGIES: PCN

Use First   Date 8/2/05

DIAGNOSIS

H2O2 / water rinses twice daily x
qd x 15

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

60110 (4/03)

**MEDICAL RECORDS COPY**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last     Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Fourth     Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Third     Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Second     Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Davis, Ricky  173073 | DIAGNOSIS |
|---|---|
| D.O.B. | 130/25 | PPO |
| ALLERGIES: PCN | |
| Use First     Date | 14/06 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

Noted Jackenna 1-14-06

V.O. Dr Darbouze/mcs

60110 (4/03)

# A F F I D A V I T

STATE OF ALABAMA      )
                            )
_Barbour_ COUNTY     )

        I, _Beth Long_, hereby certify and affirm that I am a _Medical Records Clerk_, at _Easterling Correctional_; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one _Ricky Wade Davis_, AIS# _173023_; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

        I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _Prison Health Service_; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

        This, I do hereby certify and affirm to on this the _1st_ day of _February_, 2006.

                      _Beth Long_

**SWORN TO AND SUBSCRIBED BEFORE ME THIS THE**
_1st_ **Day of** _February_, 2006.

_Linda A Wilkinson_
Notary Public
_9/16/2007_
My Commission Expires

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1-14-06

**To:** ADOC (Easterling)

**From:** PHS (Easterling)

**Inmate Name:** Davis, Ricky     **ID#:** 173073

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  (Other) PPD Reading on (mon) 1-16-06

**Comments:**

during 1st Shif pill call

**Date:** 1-14-06   **MD Signature:** v.o Dr Darbouze/McLann   **Time:** 1 p

Ricky Davis #173073

60418

PRISON HEALTH SERVICES
SEGREGATION LOG

Name: Davis, Ricky   AIS: 173073   DOB: ____   UNIT: B-20   YEAR: 05

KEY:
M – MEDICAL
D – DENTAL
P – PSYCHIATRIC
N/C – NO COMPLAINTS

NURSES SIGN AND INITIAL

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 12/30/05 | TIME 735 ☐AM ☐PM | ORIGINATING FACILITY Easterling ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES PCN | Wt. 106 | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP __978__ ORAL RECTAL    RESP __16__    PULSE __96__    B/P __140/80__    RECHECK IF SYSTOLIC <100> 50 __/__

**NATURE OF INJURY OR ILLNESS**

S- Bodychart per Doc

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- W/m A+O x3 Resp c
ease Skin W/D - Slight
redness noted to (R) side
of face + complaints
voiced. WAD noted.
Ø other injury noted.

A- Bodychart per Doc

P- No tx needed.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 12/30/05 | TIME 745 ☐AM ☐PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Bushupn | DATE 12/30 | PHYSICIAN'S SIGNATURE | DATE 1/3/06 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Davis Ricky | DOC# 173073 | DOB 1/30/75 | R/S W/m | FAC ECF |

PHS-MD-70007          (White – Record Copy, Yellow – Pharmacy Copy)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Ricky Davis_

Date of Birth: _1-30-75_     Social Security No.: _____

Date: _12-2-05_     Time: _____     A.M.
P.M.

This is to certify that I, _Ricky Davis_ , currently in
(Print Inmate's Name)

custody at the _Easterling_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _MD Appt 12-2-05_
(Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Refused to Sign C. Gun_     _D. Bru. ____
(Signature of Inmate)**     (Signature of Medical Person)

_____     _____
(Witness)     (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 10/24/05 | TIME 3:25 ☐ AM ☐ PM | ORIGINATING FACILITY _ECF_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

ALLERGIES _PCN_

CONDITION ON ADMISSION
☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97⁹ ☐ ORAL ☐ RECTAL    RESP 14    PULSE 90    B/P 114/74    RECHECK IF SYSTOLIC <100> 50 ___/___

NATURE OF INJURY OR ILLNESS

S: "Marks on my neck and above my eye" "Sgt. Hewlett did it"
O: pt sits to clinic in handcuffs, makes above statement when asked why he was brought to HCU, pt presents c̄ 1.5 cm red raised area on R brow and reddened areas on R lateral neck, pt denies any pain, pt denies any other injury or complaint; pt's skin intact, warm and dry, resp even and unlabored no other injuries noted or observed

PHYSICAL EXAMINATION

A: DOC Body Chart
P: Release to DOC

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|

reddened areas

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

DIAGNOSIS

INSTRUCTIONS TO PATIENT
None

| DISCHARGE DATE 10/24/05 | TIME 3:35 ☐ AM ☐ PM | RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 10/24/05 | PHYSICIAN'S SIGNATURE | DATE 10/25/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Davis, Ricky | DOC# 173073 | DOB 1/30/75 | R/S W/M | FAC. ECF |
|---|---|---|---|---|

PHS-MD-70007    **(White – Record Copy, Yellow – Pharmacy Copy)**

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | |
|---|---|---|---|---|
| 8 /30/ 05 | 11 ☐AM ☐PM | East | ☐ SICK CALL ☐ EMERGENCY | ☒ OUTPATIENT |

ORIGINATING FACILITY ☐ SIR ☐ PDL ☐ ESCAPEE ☐

| ALLERGIES | CONDITION ON ADMISSION |
|---|---|
| 2 Antidevesent   172# | ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP 99° ☐ORAL ☐RECTAL     RESP 16     PULSE 80     B/P 120/ 80     RECHECK IF SYSTOLIC <100> 50 ___/___

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

S - I guess they want a body chart.

O - Ambulate to Hcu per self in handcuffs escorted by off Simmons + off. Tow-A+off. Resp to ease. Answers all questions appropriately. Redness noted to wrist near handcuffs. Sks intact no c/o voiced. No distress noted. No torbern area noted to skin.

A - Body chart per DOC

PHYSICAL EXAMINATION

Protocol

P Released to Sec. No F needed.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 8/30/05 | 11 55 ☐AM ☐PM | ☒ DOC ☐ AMBULANCE ☐ | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| Mmay R | | M | 8/30/05 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Davis Ricky | 173073 | 1-30-75 | W/m | |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Ricky Davis_

Date of Birth: _1 30 75_    Social Security No.: _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_

Date: _7/14/05_    Time: _____  A.M.
                                              P.M.

This is to certify that I, _____, currently in
                                        (Print Inmate's Name)

custody at the _____, am refusing to
                                        (Print Facility's Name)

accept the following treatment/recommendations: _SC_
                                                              (Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

_____        _____
        (Signature of Inmate)**                            (Signature of Medical Person)

_____        _____
            (Witness)                                        (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 6/1/05 | TIME 315 ☐ AM ☒ PM | ORIGINATING FACILITY *East* <br> ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY <br> ☒ OUTPATIENT |
|---|---|---|---|

| ALLERGIES *PCN* | CONDITION ON ADMISSION <br> ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP *100.0* ☒ ORAL ☐ RECTAL    RESP *18*    PULSE *88*    B/P *110, 90*    RECHECK IF SYSTOLIC <100> 50 ____/____

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

S - "I have a fever"

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O - WM to HCU = above
C/O - cough x 3 weeks, fever
HA, body aches today
BBS CTA ears ī TM'/
intact. non productive
cough

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Tylenol 15 ntip PRN x 9 | | |
| Feldene 20mg PO QD x 7 | | |
| CTM ī PO + ib x 3 PRN | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

E.D. / call

| DISCHARGE DATE 6/1/05 | TIME 331 ☐ AM ☒ PM | ☒ RELEASE / TRANSFERRED TO <br> ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE <br> ☒ SATISFACTORY ☐ POOR <br> ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE *Alah 06/01/05* | DATE | PHYSICIAN'S SIGNATURE | DATE 6/2/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) *Davis, Ricky* | DOC# *173613* | DOB *013015* | R/S *WM* | FAC. *East* |
|---|---|---|---|---|

PHS-MD-70007    **(White – Record Copy, Yellow – Pharmacy Copy)**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

**DEPARTMENT OF CORRECTIONS**

# KITCHEN CLEARANCE
# PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK | ___ | X |
| TB TEST CURRENT | X | ___ |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE | ___ | X |

OTHER: _____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

→ PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _Ford_____     DATE: _3/15/05_____

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: X_Ricky Davis_____     DATE: _3/15/05_____

EXPIRATION DATE: _indefinite_____

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Davis  Ricky | 173073 | 1/30/75 | W/M | EAS |

PHS-MD-70042   **(White - Medical File, Yellow - Kitchen Supervisor,  Pink - Classification Administrator (Inmate))**

# PROCEDURE FOR ACCESS TO HEALTH CARE

Treatment for routine medical complaints and mental health complaints are processed through nurse screening seven days a week. Inmates must complete a sick-call screening form and turn this form into medical services for processing. You may obtain screening forms from any dorm cube or shift commander's office. you need to place the screening form in the locked box located at the dining hall. All health service requests are subject to a $3.00 co-pay being deducted form your PMOD account, depending on the nature of your request. Forms for segregation inmates will be collected by nursing personnel at 4:00am medication rounds. Doctor's clinic is held Monday through Friday excluding holidays or an unexpected emergency.

Inmates on sick-call screening must report for screening or sign a refusal of treatment form declining care. Screening for population is held on 1st shift at approximately 7:00am. Screening for segregation is held during the morning pill call rounds. Sick-call screening is held Sunday through Friday.

Pill call times for this institution are as follows:

| POPULATION | DIABETIC | SEGREGATION |
|---|---|---|
| 4:00am | 3:00am | 4:00am |
| 9:00am | 9:00am | 10:00am |
| 5:00pm | 3:00pm | 5:00pm |

Medical request on weekends and holidays are reviewed. Any request for medical attention that cannot wait until the next sick-call clinic will be processed at that time. All other request will be held until regular Sunday through Friday sick call. Medical emergencies, such as those involving intense pain, potential life-threatening situations, or when delaying treatment might cause permanent damage are dealt with at any time. Advise the nearest Correctional Officer of an emergency, so prompt access to health care is provided.

You are required to sign up for Dental sick call using the same procedure as medical sick call. Population and Segregation Dental Screenings are held weekly on Monday evenings at 1:00pm in the Health Care Unit. Follow-up care, if needed, is scheduled at this time. Emergency dental service is provided 24 hours a day with a dentist on call. Those not meeting scheduled appointments must sign a refusal of treatment form.

Your medical care is important. This is a joint effort between you and the Health Care Staff. Prescribed medications are to be picked up at pill-call, appointments kept, and education in services attended.

Comfort medications, such as cold medicine, headache medicines etc. are available in the canteen.

We ask that medical complaints against the Health Care Unit try and be resolved face to face. If concerns cannot be resolved verbally, a written complaint may be filed. You may get this form in the Health Care Unit. You must complete this form listing specifically the reason for dissatisfaction, steps you have taken and the action requested to resolve the problem. Return this form to the Health Care Unit.

X _Ricky Wakefield's_        173073   165   5'9"   3/15/05
Inmate Signature              AIS#    Weight Height  Date

X _Floyd_                     3/15/05          2140
Witness                        Date            Time

FROM:      Sheriff Mac Holcomb
                 Marshall County

TO:          Department of Corrections
                 Transfer Agent Supervisor
                 FAX# (334) 240-3380
                       AND
                 Medical Director (CMS)
                 Kilby C.F.
                 FAX# (334) 215-6681

Subject:    Authorization for Required Immediate Medical Care for State Inmate.

Inmate: *Ricky Wade Davis*
SS/AIS:_____

1. Condition requiring immediate medical treatment outside jail:
*No medication ordered at this time*
*Scheduled to have nodules removed (benign)*

2. Medical Professional who determined immediate care required:
_____ Phone_____

3. Date/Time DOC contacted _____

4. Has determination been made that offender has been convicted and transcript forwarded to DOC? Yes_____ No_____

Submitted by:

*J Applegate LPN*_____ Phone (256) 582-2034 Ext. 30

# RECEIVING SCREENING FORM

INMATE'S NAME: _Davis, Ricky_    DATE: _1/28/05_ TIME: _10:45 AM_

DOB: _1/30/75_    OFFICER: _Darnell Moore_    INSTITUTION: __KILBY__

## RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | X | — |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | — | X |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | — | X |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | — | X |
| Is the skin in poor condition or show signs of vermin or rashes? | — | X |
| Does the inmate appear to be under the influence of alcohol, or drugs? | — | X |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | — | X |
| Is the inmate making any verbal threats to staff or other inmates? | — | X |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | — | X |
| Does the inmate have any obvious physical handicaps? | — | X |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was    _X_ a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

_Darnell Moore_
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: Davis, Ricky  AIS#: 173073  Institution: ECF

Date Review Completed: 1-6-06  Date Placed in Segregation: 8-30-05

30 DAY REVIEW         ✓ 90 DAY REVIEW

ALDOC Psychologist/Psychological Associate Conducting Review: Brian Mitchell, Psychological Asst. II

### MENTAL STATUS EXAMINATION

| | |
|---|---|
| Affect: Appropriate for Segregation | Appearance: Appropriate for Segregation |
| Concentration: Appropriate for Segregation | Intellectual Functioning: Within Normal Limits |
| Mood: Appropriate for Segregation | Memory: Intact |
| Orientation: Appropriate for Segregation | Speech: Appropriate for Segregation |
| Other: | |

### BEHAVIORAL OBSERVATIONS

(Aggressive)
Agitated
Delusional
Eye Contact
Hallucinating
Hyperactivity

Irrational
Labile
Lethargic
Loose Associations
Manipulative
Paranoia

Passive
(Rational)
Terrified/Crying
Withdrawn
Suicidal
Other: _____

COMMENTS:

### RECOMMENDATIONS:

__X__ SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH
_____ SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH
_____ REFERRED FOR PSYCHIATRIC EVALUATION
_____ Other:

| Inmate Name | |
|---|---|
| | AIS # |

ALDOC Form 465-01

4 of 4

AR 465 – November 7, 200_

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: Davis, Ricky  AIS#: 173073  Institution: Easterling

Date Review Completed: 10-4-05  Date Placed in Segregation: 8-30-05

✓ 30 DAY REVIEW          90 DAY REVIEW Brian Mitchell

ALDOC Psychologist/Psychological Associate Conducting Review: Brian Mitchell, Psychological Asst. II

MENTAL STATUS EXAMINATION

| Affect:<br>Appropriate for Segregation | Appearance:<br>Appropriate for Segregation |
|---|---|
| Concentration:<br>Appropriate for Segregation | Intellectual Functioning:<br>Within Normal Limits |
| Mood:<br>Appropriate for Segregation | Memory:<br>Intact |
| Orientation:<br>Appropriate for Segregation | Speech:<br>Appropriate for Segregation |
| Other: | |

BEHAVIORAL OBSERVATIONS

Aggressive
Agitated
Delusional
Eye Contact
Hallucinating
Hyperactivity

Irrational
Labile
Lethargic
Loose Associations
Manipulative
Paranoia

Passive
Rational
Terrified/Crying
Withdrawn
Suicidal
Other: _____

COMMENTS:

RECOMMENDATIONS:

_X_  *SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH*
     *SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH*
     *REFERRED FOR PSYCHIATRIC EVALUATION*
     *Other:*

| Inmate Name | AIS # |
|---|---|
|  |  |

ALDOC Form 465-01

4 of 4

AR 465 – November 7, 2001

# ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send in a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonable clear risk of escape or creation of institutional disorder
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigation staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

*This information on this form has been explained to me and I have received a copy of the information for my future reference.*

_Ricky Davis's_
_____
Inmate Signature

_Davis, Ricky_

173073B
_____
AIS #

1-28-05
_____
Date Signed

## PSYCHOLOGICAL UPDATE

Name: _____     AIS#: _____     R/S: _____

Date: ___/___/___     Date of Birth: ___/___/___     Age: _____

Inmate _____ was last evaluated by ADOC psychology staff member

_____ on ___/___/___.

A diagnosis of _____ was made and the inmate was

recommended for participation in _____

_____

_____

_____

The following observations and recommendations are made as a result of the current interview.

I.  **Educational Needs**
   ✗ a. ABE          ____ b. Special Education          ✗ c. Trade School          ____ d. Junior College

II.  **Mental Health Needs**

_____ A. Refer to psychiatrist          _____ E. Sexual adjustment          _____ I. Self-concept enhancement

_____ B. Substance abuse counseling          _____ F. Reality therapy          _____ J. Healthy use of leisure

_____ C. Depression          _____ G. Anger-induced acting out          _____ K. Personal development

_____ D. Stress management          _____ H. Values clarification

   Date referred to psychiatrist          _____/_____/_____

III.  RECOMMENDATIONS/REMARKS: _____

_____

_____

_____

_____

_____

_____

_____

_____

MENTAL HEALTH CODE:          SMI          HARM          HIST          (NONE)

Evaluation Completed by: _____          Date: ___/___/___

N-259 A (2/2001)
*White to Central Records*
*Yellow to Institutional File*
*Pink to Data Entry and forwarding to Medical Record*

RECEIVED FEB 1 0 2005

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**

**PSYCHIATRIC EVALUATION**

**Referred by:**

[X] **Admission to Institution**    [ ] **Mental Health Staff**    [ ] **Medical Staff**    [ ] **Other**_____

30 w/m

**Reason for Referral (Presenting Problem):**

NEW ADM. TO KILBY C.F.            INCAR. - 5-6 MOS.
                                  CH - REC. STOL. PROP.
                                  S - 15 YRS.

**Psychiatric History (Inpatient/outpatient/dates of treatment/medications prescribed):**

24 y.o., Rx - BUSPAR FOR ADHD; x ± 1 YR. @ M.H.C.
No other Tx
DENIES CURRENT Sx

**Pertinent Medical History (allergies):**

Rx - X
ALLERGIES - PCN
HEAD INJ - X
SEIZURES - X

**Substance Abuse History:**

EtOH - 18,    POT - 21,    METHAMPH. - 29,
Tx - 1 YR AGO, REHAB I/P x 28 DAYS.    CLEAN x 1 YR.

**Pertinent Personal/Family History (inmate's sentence):**

LIVING - ē GIRLFRIEND, SINGLE.
SCHOOL - 8 YRS.          / WORK - H A/C, CONSTRUCTION

**Institutional Adjustment (current placement):**

PRIOR - '96 - CH - REC. STOL. PROP - S = 2 YRS / ē 8-9 MOS
        '91 - REC. STOL. PROP. - S - 3 YRS / 1 YR.
JV - 15 - THEFT - PROB. x 1 WK.

| Inmate Name | | Page 1 of 2 |
|---|---|---|
| DAVIS, RICKY | AIS # 173073 | |

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### PSYCHIATRIC EVALUATION

**Mental Status Examination:**

**Appearance and Behavior:** ALERT, WELL ORIENTED, APPROPIATE

**Mood and Affect:** STABLE IN MOOD

**Speech and Language:** WNL

**Thought Process:** WNL

**Thought Content and Perceptions:** WNL

**Cognitive Assessment/Memory:** WNL

**Insight/Judgement:** WNL

**Sleep/Appetite:** INTACT

**Suicide/Violence Risk Assessment:**

**Past Suicidal Ideation/Attempts (dates and methods):** X

**Current Suicidal Ideation and Behavior:** X

**Past Violent/Assaultive Behavior:** X

**Current Violent/Assaultive Ideas/Behavior:** X

**Diagnostic Impression**

Axis I: _Poly SUBST DEP._

Axis II: _DEFR ROD_

Axis III: _____

Axis IV: _____

Axis V: _75_

**Treatment Recommendations (including medications/labs ordered/special housing)**

No M.H. Services Scheduled.

**Mental Health Code:**    SMI    HARM    HIST    (NONE)

**Psychiatric Follow-Up Required Within:** _____ **Days**    X

**Psychiatrist Signature** _____    **Date** 2/1/05

Page 2 of 2

| Inmate Name | AIS # |
|---|---|
| DAVIS, RICKY | 173073 |

## Dr. Paul Beecham
## MHM Correctional Services

Mental Health P&P # 55
Page 3 of 4

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### REFERRAL TO MENTAL HEALTH

Inmate Name _Davis Ricky_  AIS# _173093B_  Date of Referral: _1-28-05_

**REASON FOR REFERRAL:**
☐ CRISIS INTERVENTION
   ☐ Family problem: _____
   ☐ Problems with other inmates: _____
   ☐ Recent stress: _____
   ☐ Other: _____

☐ **EVALUATION OF MENTAL STATUS**
   ☐ Suicidal
   ☐ Homicidal   ☐ Anxious
   ☐ Mutilative   ☐ Depressed   ☐ Physical complaints
   ☐ Hostile, angry   ☐ Withdrawn   ☐ Sleep disturbance
   ☐ Other inappropriate behavior: _____  ☐ Poor hygiene   ☐ Hallucinations/delusions
                                         ☐ Suspicious

☐ **EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION**

☐ **HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER**

☐ **OTHER:** _____

**COMMENTS:** _Inmate reports being on MH Meds_
_for ADHD. Denies any current MH_
_needs_

Referred by: _L. Henderson LPN_
☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)   Phone Contact #: _684_

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

_SEE M.H. EVAL  2/1/05_

Follow-Up by: _[signature]_

| Inmate Name | | Date: 2/1/05 |
|---|---|---|
| _Davis Ricky_ | AIS # _173093B_ | |

Dr. Paul Beecham
MHM Correctional Services

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
|      |      |       |           |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Davis, Ricky | 173073 | 30 | w/m | Tulbi |

F-61

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## RECEPTION MENTAL HEALTH SCREENING

Institution: _Kilby_  Date/Time Inmate Received: _1-28-05_
Date/Time of Screening: _1-28-05_  Signature/Title of Screener: _L. Henderson LPN_

### MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ALDOC:

☐ Yes ☑ No  Psychotropic medication: _____
☐ Yes ☑ No  Medication turned over to ALDOC upon arrival? _____
☐ Yes ☑ No  Mental health follow-up in last 90 days: _____
☐ Yes ☑ No  Suicide/self-harm attempts in last 90 days: _____

### MENTAL HEALTH HISTORY    Does inmate report a history of the following (if yes, provide details):

☑ Yes ☐ No  Outpatient treatment: _ADHD 10-18 yrs as b_
☐ Yes ☑ No  Inpatient treatment: _____
☑ Yes ☐ No  Psychotropic medication: _Ritalin - 10-15 yrs a 10_
☐ Yes ☑ No  Suicidal attempts: _____
☐ Yes ☑ No  Suicidal thoughts: _____
☑ Yes ☐ No  Head injury: _4 wrecked + 15 yrs a 0_
☐ Yes ☑ No  Seizures: _____
☐ Yes ☑ No  Violent behavior: _____
☑ Yes ☐ No  Substance abuse: _MJ - 2 yrs a 10_
☑ Yes ☐ No  Substance abuse treatment: _2 yrs a 50_
☑ Yes ☐ No  Special education classes: _8th grade ed_

### INMATE SELF-REPORT OF CURRENT STATUS:

☐ Yes ☑ No  First incarceration (reaction): _3rd "y" don't like it_
☑ Yes ☐ No  Reports family support: _Mother fiancé, kids, sister_
☑ Yes ☐ No  Reports serious depression/remorse: _____
☐ Yes ☑ No  Thinking about suicide: _____
☐ Yes ☑ No  Has plan for suicide: _____
☐ Yes ☑ No  Possible to implement plan: _____
☐ Yes ☑ No  Reports hallucinations: _____

### BEHAVIORAL OBSERVATIONS:

☐ Poor eye contact        ☐ Poor hygiene            ☐ Unable to pay attention      ☐ Unresponsive
☐ Disoriented             ☐ Overly anxious          ☐ Unable to follow directions  ☐ Unable to read
☐ Crying                  ☐ Memory deficits         ☐ Signs of self-mutilation     ☐ Afraid
☐ Illogical speech content ☐ Appears to be hearing voices or seeing things        ☐ Paranoid
☐ Hostile                 ☐ Other unusual behavior: _____

### DISPOSITION/ PLACEMENT RECOMMENDATION (based on reception mental health screening):

☐ Routine housing and mental health follow-up
☐ Priority mental health follow-up but not emergency
☐ Current psychotropic meds verified/interim supply ordered
☐ Emergency mental health referral
☐ Safe cell placement recommended
☐ Parole violator interim assessment referral

Inmate Name _Davis, Ricky_    AIS # _173013 B_

ALDOC Form 450-01

4 of 6

AR 450 -- February 26, 2002



**PHS**
PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

**I.     HISTORY – (LPN or RN)**

| | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | ✓ | | 160   1-31-05  Last weight at least 6 months ago |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | ✓ | | Past hx 1/2 pk/dy |
| ALLERGIES | ✓ | | PCN |

Weight **180**   Temp **98⁶**   Pulse **98**   Resp **18**   Blood Pressure **110/80**   BS-117

Eye Exam **20/20** OD **20/20** OS **20/20** OU

*If greater than > 140/90, repeat in 1hour.*
*Refer to M.D. if remains > 140/90.*

**II.     TESTING – (LPN or RN)          RESULTS**

Tuberculin Skin Test (q yr)          Date given **1-14-06** Site **(L) Forearm**
                                      Read on **1-16-06** Results **0** mm

Past Positive TB Skin Test  →  **Survey Completed**
(Chest x-ray if clinical symptoms)    Date _____ Results _____

RPR (q 3 yrs)                         Date **1-31-05** Results **NR**
EKG (baseline at 35, over 45 q 3 yrs) **N/A**
Cholesterol (at 35 then q 5 yrs)      **N/A**
Tetanus/Diptheria (q 10 yrs)          Last Given **2004** Due **2014**
     (if done today)                  Site given _____ Dose _____ Lot # _____
Optometry Exam (@ 50 if not already seen) **N/A**
Mammogram                             Date _____ Results _____
     (females @ 40, q 2 yrs/other M.D. order)

**III.     PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)**

Heart          **RRR**
Lungs          **Clear bilaterally**
Breast Exam    **Self exam explained. Voiced understanding**
Rectal (yearly after 45)   Results **N/A**
     with Hemocult         Results **N/A**
Pelvic and PAP (q 1 yr)    Date _____ Results _____

Facility **Easterling**   Nurse Signature **J McKinnon**   Date **1-14-06**

M.D. or Mid-Level Signature _____   Date **1/17/06**

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Davis, Ricky | 173071 | 1-30-75 | W/M |

PHS
PRISON HEALTH SERVICES, INC.

## DEPARTMENT OF CORRECTIONS

# NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

Joanna Geddis — mom
**Name** **Relationship**

P.O. Box 125 — 35016 Zip code
**Street Address** **Phone Number**

Arab — AL — (256) 586-0068 or (256) 572-9439
**City** **State** **Zip Code**

Ricky Davis — 173073 — 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 — 01/28/05
**Inmate Signature** **AIS#** **SS#** **Date**

Susie Williams — 01/28/05
**Witness** **Date**

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Davis, Ricky | 173073 | 01/30 1975 | WM | KCF |

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INTAKE HEALTH EVALUATION

NAME: Davis, Ricky
AIS #: 173073
D.O.B.: 1-30-75

Age 30   Sex M   Race W   Height 5'9"   Weight 160

Temp: 98.1   B/P: 110/60   Pulse: 64   Resp: 16
** B/P – If greater than 140/90, repeat in 1 hour.  Refer to Mid-Level if B/P remains up.

Do you now or have you ever had, or been treated for:   FSBS - 177

| Problem | Y | N | Problem | Y | N | Problem | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Trauma | | ✓ | Gastritis | | ✓ | **HIV/AIDS *** | | ✓ |
| Loss of Consciousness | | ✓ | Ulcers | | ✓ | ***Medications Verified | | |
| Severe Headaches | | ✓ | Bleeding | | ✓ | Hepatitis - Type | | ✓ |
| Vertigo/Dizziness | | ✓ | Gall Bladder/Pancreas | | ✓ | Gonorrhea | | ✓ |
| Vision Problems | | ✓ | Liver Problems | | ✓ | Syphilis | | ✓ |
| Hearing Problems | | ✓ | Arthritis | | ✓ | Lice, Crabs, Scabies | | ✓ |
| Seizures | | ✓ | Joint Muscle Problem | | ✓ | | | |
| Strokes | | ✓ | Back/Neck Problem | | ✓ | **LMP** | | |
| Nervous Disorders | | ✓ | Kidney Stones/Dz | | ✓ | Date | | |
| DT's | | | Bladder/Kidney Infection | | ✓ | Duration | | |
| Heart Condition | | ✓ | Alcoholism | | ✓ | Normal | | |
| Angina/Heart Attack | | ✓ | Drug Abuse | ✓ | | Regularity | | |
| High Blood Pressure | | ✓ | Psychiatric History | | ✓ | Gravida/Para | | |
| Anemia/Blood Disorder | | ✓ | Suicidal Thoughts** | | ✓ | AB/Miscarriage | | |
| Sickle Cell or Trait | | ✓ | **Immediate M.H. Referral | | | Contraception | | |
| Lung Condition | | ✓ | **T.B.** | | | Type: | | |
| Asthma * | | ✓ | PPD - date given: 1/31/05 | | | | | |
| *Peak Flow Reading | | | RFA/DFA | | | **Lab Tests - Dates** | N | Ab |
| Bronchitis | | ✓ | Date read: 2-3-05 | | | Diagnostic Profile II | | |
| Emphysema | | ✓ | Results: 0mm | | | RPR | | |
| Pneumonia | | ✓ | **Visual Acuity** | | | Urine Dip Stick | | |
| Diabetes | | ✓ | OD     OS | | | | | |
| Hay Fever/Allergies | | ✓ | OU 20/20 | | | EKG (@ age 35) | | |

Immunization History: Td 2004 - Stated   cement   stated

Immunizations Needed: Ø

***HIV Medications: Ø

Acute or Chronic Problem Noted:   Y   (N)   Refer to Mid-Level or M.D. if yes.

_____
**RN or Mid-Level, Signature**

1/31/05 @ 11:20
**Date/Time**

60511-AL

I have read the *access to health care* information sheets and have been given a copy.    I understand how to access health care.

Name _Ricky Paul_____     Date _1/31/05_____

AIS# _173073_____

Medical Staff _D. Wagner_____     Date _1/31/05_____

4/13/04

# INTAKE HEALTH APPRAISAL

**NAME:** Davis, Ricky
**AIS#:**
**D.O.B.:**                                                    R/S w/m

| APPRAISAL | | N | Abn/Comment |
|---|---|---|---|
| **General Movement** | Deformity Pain, Bleeding Habitus, Hygiene | ✓ | ambulates ē dty |
| **Neuro** | Mental Status Intox Withdrawal, Tremor Neuro-Deficits | ✓ | AA0x3 |
| **Skin** | Injury, Bruises, Trauma Jaundice Diaphoretic Rash, Lesions, Infestations Needle Marks Color, Turgor | ✓ | Tattoos - multiple scars - ø |
| **Head** | Normocephalic Atraumatic Hair, Scalp | ✓ | wnl |
| **Eyes** | Glasses/Vision Pupils Sclera, Conjunctiva | ✓ | PERRLA |
| **Ears** | Appearance Canals, TMs, Hearing | ✓ | wnl |
| **Nose** | Epistaxis Sinuses | ✓ | wnl |
| **Throat** | Teeth, Gums, Dentures Mouth, Tongue, Tonsils Airway | ✓ | wnl |
| **Neck** | C-Spine, Mobility Veins, Carotids Thyroid, Lymph Nodes | ✓ | Supple, sbcl nem |
| **Chest** | Config, Ausc/Resp Cough/Sputum Breast/Masses | ✓ | lungs CTA bilat |
| **Heart** | Ausc Rate, Rhythm Murmurs, Ectopy | ✓ | RRR |
| **GU** | Abdomen Bowel Sounds Palp, G/R/T, Hernia Flank Tenderness Bladder Tenderness/Distention | ✓ | Soft, non-dist ⊕ BS x4 |
| **Back** | ROM, Spasm, Injury | ✓ | full ROM |
| **Extremities** | Edema, Pulse | ✓ | AA0x4 |
| **Genitals** | Injuries/Lesions | ✓ | |
| | Pelvic Pap | | |
| | Rectal/Guiac (required @ 45 and up) Deferred/follow-up: | | |

## HEALTH CLASSIFICATIONS:
(Circle One)

1 – **No Restrictions** (circled)

2 – **Temporary Restrictions**
See Special Needs Form

3 – **Permanent Restrictions**
See Special Needs Form

4 – A&I (Aged & Infirmed)

5 – Not Determined
· **Recheck**

## PLACEMENT:

**General Population** (circled)
Emergency Department ( )
Isolation ( )
Medical Observation ( )
Other _____

## REFERRAL:
CCC Placement ( )

**Clinic(s)**
See MD/Mid-Level flow sheet
for clinic(s).

**When:** ( ) **Immediately**
( ) Next Sick Call
Other _____
Medical ( )
Dental ( )
Mental Health ( )

## IMMUNIZATIONS ORDERED:
_____
_____

## Medications Ordered:
_____

⊙ 2/4/05

**M.D. or Mid-Level Signature**        **Date/Time**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# INTAKE SCREENING

| Date. 01/28/05 | | AIS#: 173073 | |
|---|---|---|---|
| Last Name: Davis | First: Ricky | Middle: Wade | |
| Birthplace: Belafort, Tenn | DOB: 07/30/1975 | SS#: 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 | |

**FEMALES:** Pregnancy test: (circle one) Positive  Negative

| B/P 118/66 | Temp. 99¹ | Pulse 72 | Resp 20 | Weight 160 |
|---|---|---|---|---|
| FSBS 166 | If level > 200, repeat within 48 hours. Above 300 call M.D. | | | |

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?

Previous Incarcerations (Date & Facility)
1991 KCF

| Medications: ☑None | Special Diet (Prescribed) |
|---|---|
| Allergies: ☐NKA PCN | Past Positive TB Skin Test (circle one)  YES - (Complete TB Screening Form) ⊘NO |

ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE

## CLINICAL OBSERVATIONS

| | |
|---|---|
| 1) Level of Consciousness: (✓) Alert  (✓) Oriented; time, place, person () Lethargic () Stuporous () Comatose  Describe: | 3) Substance Abuse: (✓) Yes () No () Suspected () Current intoxication/Abuse (✓) Use () Withdrawal Symptoms (✓) Drugs (✓) Alcohol case wk Describe- What kind? Amount/Frequency? marijuana • If confirmed Benzo use, then call M.D. If can not be confirmed, call M.D Last Use: (Time/Date): 1 yr ago |
| 2) General Appearance  (✓) Normal () Abnormal | |
| 3) Signs of Trauma  () Yes (✓) No | |
| 4a) Behavior/Conduct: (✓) Calm (✓) Cooperative (✓) Non-Violent () Agitated () Uncooperative () Violent () Manipulative () Disorganized  Describe: | 4b) Affect/Mood: () Normal () Manic () Depressed () Euphoria (✓) Flat () Emotionally Confused  Describe: |
| 4c) Perceptions:  () Delusional  () Hallucinations  () Hearing Voices | |
| 5a) Is there h/o actual suicide attempt? () Yes (✓) No 5c) Is there evidence | 5b) Does pt describe current suicidal thoughts or ideations? () Yes (✓) No 5d) High risk pt may become assaultive towards staff? () Yes (✓) No |
| If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:  **\*Any abnormal observations #4 or 5 require immediate Mental Health Referral.** | Triggers for Suicide Watch - Currently Suicidal - History of actual attempt - Fails to maintain control on   Close Watch   Y or N | Triggers for Close Watch - Emotionally distraught and unable   to regain composure by end of   intake process - Actively hallucinating or not   making any sense   Y or N |
| 6a) Communication Difficulties () Yes (✓) No | 6b) Memory Defects () Yes (✓) No |
| 6c) Hearing Impairment () Yes (✓) No | 6d) Speech Difficulties () Yes (✓) No |
| 7) Physical Aids: (✓) None () Glasses () Contacts () Hearing Aid () Dentures () Cane () Crutches () Walker () Wheelchair () Braces () Artificial Limb () Other | |

8) Additional comments, complaints, symptoms:  None

S)

0)  Fever  Y  (N)          Swollen Glands  Y  (N)          Signs of Infection  Y  (N)          Skin Intact  (Y)  N

A)

P)

If known Diabetic * Call M.D. for order _____.  Initial Insulin given: _____

I have answered all questions truthfully.  I have been told and shown how to obtain medical services.  I hereby give my consent for health services to be provided to me by and through PRISON HEALTH SERVICES.

Ricky Wade Davis
Inmate's Signature/Date

Susie Williams RN
Health Provider Signature/Date

# ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME _Davis, Ricky_                          AIS# _173073_

Medication Allergies: _PCN (rash)_

Medical: Chronic (Long-Term) Problems
         Roman Numerals for Medical/Surgical

Mental Health Code: SMI  HARM  HIST  NONE
         Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 2-3-05 | PPD - Ømm | | | |
| 9/7/05 | Folliculitis Contts | | | A |
| | 11/22/05 Hep. B Vacc. #1     12/22/05 Hep. B Vacc. #2<br>Lot# AHBVB004BA          Lot# AHBVB004BA<br>EXP. 01/20/2006          EXP. 01/20/2006 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**If Asthmatic label:  Mild – Moderate – or Severe.

# Hepatitis B Vaccine Consent Form

**FACILITY NAME** _Easterling Correctional Facility_

RICKY DAVIS

**Inmate Name**

_____

W/173073

**AIS Number**

_Ricky Davis_

**Inmate Signature**

_12-22-05_

**Date**

**Dose Given** _20 mcg. (1 ml.) / 2nd dose_

**Site Given** _(R) deltoid_

**Administered by** _M Payne RN_

**Lot Number and Expiration Date** _AHBVB0048A_
_Exp. 1/30/06_

# Hepatitis B Vaccine Consent Form

**FACILITY NAME** _Easterling_

_Ricky Davis_

**Inmate Name**

_173073_ DOB 1/30/75

**AIS Number**

_Ricky Davis_

**Inmate Signature**

_11-22-05_

**Date**

**Dose Given** _1 ml._

**Site Given** _(L) deltoid_

**Administered by** _M Payne Rn_

**Lot Number and Expiration Date_** Lot# AHBVB004BA
EXP. 01/20/2006

11/21/2005



**PRISON
HEALTH
SERVICES
INCORPORATED**

## DEPARTMENT OF CORRECTIONS

# DENTAL RECORD TREATMENT

Services Rendered

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO |
|-------------------|-------|--------|-----|-----|-------|
|                   |       |        |     |     |       |

PHS-MD-70022



**PRISON
HEALTH
SERVICES
INCORPORATED**

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** Davis, Ricky _____ BCDC#: 173073

1.    I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.    I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.


_____         _____
Patient's Signature                                              Date   6/20/05


_____         _____
Dentist's Signature                                             Date   6/29/05


PHS MD-70090



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# DEPARTMENT OF CORRECTIONS

## MENTAL HEALTH SERVICES

### DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination  1-31-05

Initial Classification

Oral Pathology ................................. Gingivitis _____
Vincent's Infection _____
Stomatitis _____
Other Findings _____

Occlusion

Roentgenograms ................................. Periapical _____
Bitewing _____
Other _____

**Health Questionnaire**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☒ | Rheumatic Fever | ☐ | ☒ | V.D. |
| ☒ | ☐ | Allergy (Novocaine (penicillin) etc.) | ☐ | ☒ | Hepatitis |
| ☐ | ☒ | Present Medication | ☐ | ☒ | Anemia or Bleeding Problems |
| ☐ | ☒ | Epilepsy | ☐ | ☒ | Heart Disease |
| ☐ | ☒ | Asthma | ☐ | ☒ | High Blood Pressure |
| ☐ | ☒ | Diabetes | ☐ | ☒ | Kidney Disease |
| ☐ | ☒ | HIV | ☐ | ☒ | Other Disease |

| SERVICES RENDERED | | | | | | |
|---|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | | Initials | Class |
| 6-2-05 | | cc. Sore gums; H has never had a DX; H3 pa/ water rinse given; No signs of bleeding gums | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Davis, Ricky | 173073 | 1/30/75 | W | KCF |

PHS-MD-70015

**AL** DEPARTMENT OF CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: _Easterling_

Name: _David - Ricky_

State ID No: _173023_

DOB _1-30-95_

Race: _W_    Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| _D Andrews_ | _1-2-2006_ | | | | |

HISTORY/DIAGNOSIS:

"States on s/c he was assaulted on 12-31-2005"

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE ☑ | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA ☑ | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Davis

MANDIBLE AND MAXILLA: The bony architecture appears intact. Definite fracture is not detected.

D & T: 01-04-06  Thomas J. Payne, III, M.D./rr Board Certified Radiologist (Signature on file)

X-RAY TECHNOLOGIST'S NAME (PRINT)    X-RAY TECHNOLOGIST'S SIGNATURE    DATE, TIME  EXAM PERFORMED _1-3-06_