KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME
Davis, Ricky

PRISON ID
173073

DATE SUBMITTED
1-31-05

## NPY 19

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | *NR* | NEGATIVE (NEG) | |
| RPR | *NR* | NON-REACTIVE (NR) | |
| URINALYSIS | *NEG* | | |
| APPEARANCE | | | |
| pH | | | |
| PROTEIN | | pH 5- pH 6 | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | NEGATIVE (NEG) | |
| NITRITE | | < 5 RBC/MCL | |
| UROBILINOGEN | | NEGATIVE (NEG) | |
| LEUK. ESTERASE | | < 1.0 MG/DL | |
| SPECIFIC GRAVITY | | NEGATIVE (NEG) | |
| | | 1.016-1.022 | |

"A"  These results are unreliable due to the age of the specimen.
"H"  These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"  These results are unreliable due to the age and hemolyzed condition of the specimen.

574

CLIA ID NO.   01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

**LabCorp**
Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

**LabCorp**
Laboratory Corporation of America

Phone: 334-263-5745

| SPECIMEN 031-684-3172-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

NPY-19

FASTING: N
DOB: 1/30/1975

| PATIENT NAME | | SEX | AGE(YR./MOS.) |
|---|---|---|---|
| **DAVIS,RICKY** | | M | 30 / |
| PT. ADD.: | | | |

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 1/31/2005 | 6:00 | 1/31/2005 | 1/31/2005 | 17:11 | 2574 |

| CLINICAL INFORMATION |
|---|
| CD- 41139313263 |

| PHYSICIAN ID. ROBBINS M | PATIENT ID. 173073 |
|---|---|

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs          AL   36507-0000
ACCOUNT NUMBER:   01306900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC With Differential/Platelet | | | | |
| White Blood Cell (WBC) Count | 7.7 | x10E3/uL | 4.0 - 10.5 | YX |
| Red Blood Cell (RBC) Count | 5.06 | x10E6/uL | 4.10 - 5.60 | YX |
| Hemoglobin | 15.6 | g/dL | 12.5 - 17.0 | YX |
| Hematocrit | 44.5 | % | 36.0 - 50.0 | YX |
| MCV | 88 | fL | 80 - 98 | YX |
| MCH | 30.9 | pg | 27.0 - 34.0 | YX |
| MCHC | 35.1 | g/dL | 32.0 - 36.0 | YX |
| RDW | 12.8 | % | 11.7 - 15.0 | YX |
| Platelets | 200 | x10E3/uL | 140 - 415 | YX |
| Neutrophils | 56 | % | 40 - 74 | YX |
| Lymphs | 33 | % | 14 - 46 | YX |
| Monocytes | 6 | % | 4 - 13 | YX |
| Eos | 3 | % | 0 - 7 | YX |
| Basos | 2 | % | 0 - 3 | YX |
| Neutrophils (Absolute) | 4.3 | x10E3/uL | 1.8 - 7.8 | YX |
| Lymphs (Absolute) | 2.5 | x10E3/uL | 0.7 - 4.5 | YX |
| Monocytes(Absolute) | 0.5 | x10E3/uL | 0.1 - 1.0 | YX |
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.4 | YX |
| Baso (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.2 | YX |

LAB: YX LabCorp Montgomery Hull
543 Hull Street, Montgomery,  AL 36104-0000          DIRECTOR: Alton Sturtevant B PhD

| Pat Name: DAVIS,RICKY | Pat ID: 173073 | Spec #: 031-684-3172-0 | Seq #: 2574 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report



| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Facility Name:** 

Month/Year of Charting: 12/05

**Mycolog Oint Bid x 14d.**
Hour: 4a / 4p
Start Date: 12/5
Stop Date: 12/19
Prescriber: Darbouze
RX #:

**CTM ÷ po Bid x 5d.**
Hour: 4a / 4p
Start Date: 12/5
Stop Date: 12/10
Prescriber: Darbouze
RX #:

**Sudafed ÷ po Bid x 5d.**
Hour: 4a / 4p
Start Date: 12/5
Stop Date: 12/10
Prescriber: Darbouze
RX #:

**Rifampin 300mg ÷ po bid x 10 days**
Hour: 4a / 4p
Start Date: 12/13/05
Stop Date: 12/23/05
Prescriber: Darbouze/MP
RX #:

**Bactrim DS ÷ po bid x 10 days**
Hour: 4a / 4p
Start Date: 12/13/05
Stop Date: 12/23/05
Prescriber: Darbouze/MP
RX #:

**CTM ÷ po bid PRN x 3 days**
Hour: 4a / 4p
Start Date: 12/13/05
Stop Date: 12/16/05
Prescriber: Darbouze/MP
RX #:

**Diagnosis**

**Allergies:** PCN

**Housing Unit:**

**Patient ID Number:** 173073

**Patient Name:** DAVIS Ricky    I D II

**Date of Birth:** 1/30/75

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| SBuskin | | M Payne RN MP | MP | 1. Discontinued Order |
| | SB | Davina | Y | 2. Refused |
| | | S Smith | SS | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other _____ |

Facility Name: ECF

Month/Year of Charting: 12 05

Sudafed ī po bid
pen x 3daep

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4a | | | | | | | | | | | | | | | | | →ā CS← | | | | | | | | | | | | | | |
| 4p | | | | | | | | | | | | | | | | | →ā RG← | | | | | | | | | | | | | | |

Start Date: 12 13 05   Prescriber: Darbouze/NP
Stop Date: 12 16 05   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

Diagnosis

Allergies: PCN

Housing Unit:
Patient ID Number: 173073
Patient Name: Davis, Ricky II

Date of Birth: 1/30/75

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| M Payne RN | MP | C Garcia | ✓ | 1 Discontinued Order |
| | | S. Smith | S | 2 Refused |
| | | | | 3 Patient out of facility |
| | | | | 4 Charted in Error |
| | | | | 5 Lock Down |
| | | | | 6 Self Administered |
| | | | | 7 Medication out of Stock |
| | | | | 8 Medication Held |
| | | | | 9 No Show |
| | | | | 10 Other |

| Facility Name: Easterling | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Month/Year of Charting:**

AFC BID x 14 day

Start Date: 9-3-05
Stop Date: 9-16-05
Prescriber: Darbouze
RX #:

| Bactrim DS ī po qd x 3 wk | Hour 4a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 9/7
Stop Date: 9/28
Prescriber: Darbouze
RX #:

Doxycycline 100mg ī po qd x 3 wk

Start Date: 9/7
Stop Date: 9/28
Prescriber: Darbouze
RX #:

Benzoyl Peroxide qd x qd.

Start Date: 9/7
Stop Date: 9/04
Prescriber: Darbouze
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Diagnosis

Allergies: PCN, Antidepressents

Housing Unit:

Patient ID Number:

Patient Name: Davis Ricky   173070

Date of Birth: 1-30-75

**Nurse's Signature** / Initial
J Scott RN   P
S Wright RN   SW
d. Gwin   LG

**Nurse's Signature** / Initial
clara   AW
P. Palmer RN   R

**Documentation Codes**
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

# MEDICATION ADMINISTRATION RECORD

STDT01



| MEDICATIONS | HOUR |
|---|---|
| Feldene 20 mg ↓ PO Q0XN 060105 - 060705 Danbauge/bt | 4PM |
| Tylenol 1 gm PO q4 x 3 PRN 060105 - 060305 | 4A / 9A / 4P |
| CTM = PO tid PRN x3 060105 - 060305 | 4A / 9A / 4P |
| Peroxide Rinses BID x7d West 6/1/05 - 6/28/05 | 4a / 4p |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 060105
Physician Danbauge
THROUGH 063005
Alt Physician

Allergies PCN

Telephone No.
Alt. Telephone
Medical Record No.

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By: | Title: RN | Date: 0601 |
|---|---|---|---|---|
| PATIENT Davis, Ricky | | PATIENT CODE 1173003 | ROOM NO. | BED | FACILITY C Ea |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Bactrim DS
ī po BID x10 days    4a / 4p

5/5/05  5/15/05  Darbouze

Doxycycline 100mg  Please
ī po BID x10 days  give c̄ toast.    4a / 4p

5/5/05  5/15/05  Darbouze

Tylenol 500mg  īī po
BID x 10 days    4a / 4p

5/5/05  5/15/05  Darbouze

MEDICATIONS    HOUR

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 5/05    THROUGH 5/05

Physician  Darbouze

Alt. Physician

Allergies  PCN

Diagnosis

Telephone No
Alt. Telephone
Medical Record No

Rehabilitative Potential

Medicaid Number    Medicare Number

Complete Entries Checked:
By: J Hawkins    Title: Lpn    Date: 5/5

PATIENT  Davis, Ricky

PATIENT CODE 173073    ROOM NO.    BED    FAC



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Ricky Davis_     Date of Request: _1/16/05_
ID # _173073_     Date of Birth: _1-30-75_ Location: _5-B-11_
Nature of problem or request: _I have 2 nots in my left Arm_
_And I have A ~~knot~~ lump in my chest_
_the one's in Arm's Hurt ~~and~~ ~~bleed~~ ~~my teeth~~_
_And my Gums ~~teeth~~ ~~and~~ ~~bleed~~_
_Swollen And Hurt And Bleed_     _Ricky Wade Davis_
                                          _Signature_

**DO NOT WRITE BELOW THIS LINE**

---

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective** (V/S): **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**      See Net
                      1/17/2006

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                               CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
        Was MD/PA on call notified:   Yes ( )    No ( )

                        _J. Cherry TRN_
                        SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**PHS**

## Nursing Evaluation Tool:

<u>Dental Complaint</u>

Facility:

Patient Name: **Davis**                    **Ricky**
                            Last                                      First

Inmate Number: **173073**                    Date of Birth: **1 , 30 , 1975**
                                                                                    DD   DD   YYY

Date of Report: **1 , 17 , 2006**            Time Seen: **9:45** AM /(PM) Circle One
                        MM   DD   YYYY                                                MM

<u>Subjective:</u> Chief Complaint(s): " **My gums are swollen and hurt and bleed.** "

Onset: **1 week**

History: **Never have had teeth cleaned.**
(Continue on back if necessary)

Is the problem: ☑New ☐ Chronic  Problem related to: ☐ Recent trauma ☐ Recent dental work ☐ Other:_____ ☐ Check Here if additional notes on back
Injury sustained in altercation with custody staff, or other inmate: ☑NO ☐ YES (Requires notification of correctional staff)
Dental Pain: Right : ☐ Upper Back ☐ Upper Front ☐ Lower Back  Left: ☐ Upper Back ☐ Upper Front ☐ Lower Back
✗**Lower front** ☐ Lower Front                                           ☐ Lower front
Type of Pain: ☐ Aching ☐ Throbbing ☐ Dull ☐ Sharp ☐ Constant ☐ Intermittent
Sensitive to Hot or Cold ☑No ☐ Hot ☐ Cold ☐ Sensitive to both Hot & Cold        Pain Scale: (1-10)_____
Associated Symptoms: ☐ Sinus problems ☐ Difficulty chewing ☐ Earache ☐ Sore throat ☐ Other: _____

<u>Objective:</u> Vital Signs: (If Indicated) T: **97.8** P: **70** RR: **18** B/P: **136** / **80**

Visual evidence of tooth decay/fracture          ☑No ☐ Yes  Visible external swelling                        ☑No ☐ Yes
Visual evidence of missing filling                    ☐ No ☐ Yes  Swelling/redness/pus surrounding affected tooth:  ☑No ☐ Yes
Pain upon opening jaw widely                        ☑No ☐ Yes  Evidence of trauma/injury to jaw/face           ☑No ☐ Yes

☐ Additional Examination: **No swelling or bleeding noted**
  Continue on back if necessary

<u>Assessment:</u> (Referral Status)                                   ☐ Check Here if continued on back
☐  <u>Referral Not Required</u>            Preliminary Determination(s): _____

☑  <u>Referral Required</u> due to the following: (Check all that apply)
        ☐  Fever                              ☐  Evidence of pus collection or swelling
        ☐  Earache/sore throat/sinus problems  ☐  Recent dental surgery/procedure
        ☐  Pain upon opening mouth widely     ☐  Significant injury/trauma to jaw     ☐ Recurrent Complaint (More than 2 visits)
    ☐ Other:_____
            (Describe)
        Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the
                  appropriate care to be given.

<u>Plan:</u> Check All That Apply:
☑For tooth pain; instruct patient to avoid hot/cold food; to chew on the opposite side of the tooth pain and to do salt water gargles PRN
☑Warm rinses PRN (Note: <u>**DO NOT**</u> apply warm compress to outside of face for dental abscess)
☐Cold Compress PRN for minor trauma
☑Instructions to return if condition worsens.
☑Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well
    as appropriate follow-up. ☑YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other:_____

☐ OTC Medications given ☑NO ☐ YES (If Yes List):_____
                                (Describe)
Referral: ☐ NO ☑YES (If Yes, Whom/Where): **West**                          Date for referral: **1 , 17 , 2006**
                                                                                                    MM   DD   YYY
Referral Type: ☑Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?):_____
                                                                                            Time

x **J. Chey TRN**                    Name: **J. Ivey TRN**
    Nurses Signature                              Printed



**Nursing Evaluation Tool:**    <u>**General Sick Call**</u>

Facility: _ECF_
Patient Name: _DAVIS_ _Ricky_
                        Last          First
Inmate Number: _173073_
Date of Birth: _1_, _30_, _1975_
                MM    DD    YYYY
Date of Report: _1_ / _17_, _2006_
                MM    DD    YYYY
Time Seen: _9:45_  AM /(PM) Circle One

<u>*Subjective:*</u>  Chief Complaint(s): _"I got 2 knots on my ⑪ arm and one on my chest._
Onset: _about a year._

Brief History: _____
(Continue on back if necessary)
_____
_____
_____

☐ Check Here if additional notes on back

<u>*Objective:*</u>  Vital Signs: (As Indicated) T: _97.8_  P: _70_  RR: _18_  B/P: _136_, _80_
Examination Findings: _Knots felt on ⑪ arm and on sternal._
(Continue on back if necessary)
_____
_____
_____

☐ Check Here if additional notes on back

<u>*Assessment:*</u> *(Referral Status)* **Preliminary Determination(s):** _____
☐ Referral **NOT REQUIRED**
☑ Referral **REQUIRED** due to the following: (Check all that apply)
   ☑ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>*Plan:*</u>  Check All That Apply:
☑ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
            (Describe)
OTC Medications given ☑ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): _Darboue_   Date for referral: _1_, _24_, _2006_
                                                                                    MM  DD  YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____  Time _____

X _J. Chey TRN_                Name: _J. Ively_
     Nurses Signature                      Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Ricky Wade Davis*   Date of Request: *12/30/05*
ID # *173073*              Date of Birth: *1/30/75* Location: *5-B-11*
Nature of problem or request: ~~request care so during sick on~~
~~medication request the so complaints I am being~~
~~retaliated against~~
*my Ear And Jaw Hurts From where I was Assaulted By sgt Bryant*
*On 12/30/05 At 2:30 to 3:00 AM*     *Ricky Davis 173073*
                                              *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: *1/2/2006*
Time: _____ AM PM
Allergies: _____

           *Sister*

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |
| JAN - 1 2006 |

**(S)ubjective:**


**(O)bjective**   **(V/S):** **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____


**(A)ssessment:**


**(P)lan:**


Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )      No ( )
                Was MD/PA on call notified:   Yes ( )      No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**PHS**

## Nursing Evaluation Tool:

**General Sick Call**

Facility: _ECF_

Patient Name: _DAVIS_ Last

Inmate Number: _173023_ Last

_Ricky_ First

Date of Report: _1_ / _2_ / _2006_ MM / DD / YYYY

Date of Birth: _1_ , _30_ , _75_ MM DD YYYY

Time Seen: _8:45_ AM / PM Circle One

_Subjective:_ Chief Complaint(s): My ear e Jaw hurts Flan When I Was Assaited by Sgt Agent

Onset: On 12-30-200

Brief History: My ear And my Jaw hurts when I eat only
(Continue on back if necessary)

_Objective:_ Vital Signs: (As Indicated) T: _98.8_ P: _76_ RR: _16_ B/P: _120_ / _80_  ☐ Check Here if additional notes on back

Examination Findings: RT. ear - No bleeding Noted or swelling. Able to hear when Someone Talking to him
(Continue on back if necessary) states he RT- Jaw hurts when he eats - No swelling on Jaw line or
Face Noted - Talking without Any difficulty

_Assessment:_ (Referral Status) Preliminary Determination(s): _____
☐ Referral **NOT REQUIRED**  ☐ Check Here if additional notes on back

☒ Referral **REQUIRED** due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☒ Other: _EVAluation_

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

_Plan:_ Check All That Apply:
☐ Instructions to return if condition worsens.
☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☒ Other: _X-Ray RT mandible And RT maxilla_
(Describe)

OTC Medications given ☐ NO ☒ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Dr Dehquw_

Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____

Date for referral: _1_ / _5_ / _2006_ MM DD YYYY  Time _____

Nurses Signature: _____

Name: _D. Bowman Ln_ Printed



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Davis Ricky | D.O.B.: / / |
|---|---|---|

**12-30-05**
**315 Am** While doing pill call in Seg on B Side in m ate Davis Stated to me that he needed a body chart due to being beat ↑. No visible distress noted. Able to view inmate thur cell door. Redness noted to ⓡ Side of Face. eye, door. Explained to off on need for Body chart Pv Inmate request. States we will do ↑ bring him over to Feeding ——— Physon ℟

**12-30-05**
**4⁰⁰ Am** Again called Seg for inmates for Body chart talked ō off. I. Jones. State I will inform offices. ——— Physon ℟

**12-30-05**
**415** Rec call from Shift Commander Sgt. Bryant. States inmate does not need Body chart. ——— Physon ℟



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Ricky Wade Davis_  Date of Request: _12/7/05_
ID # _123073_  Date of Birth: _1/30/75_ Location: _5-B-11_
Nature of problem or request: _I Went And Sean the Doc on the 12/6/05_
_And He Put me on some Cream For Dry skin ~~And take~~_
_And I have use ~~this cream~~ it 3 Time's And it has_
_my leg Broke out in A Bad Rash_

_Ricky Wade Davis_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

```
┌─────────────────────────────┐
│         RECEIVED            │
│ Date:    DEC  8             │
│ Time:                       │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**    (V/S):  T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
        Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

**PHS**

## Nursing Evaluation Tool:

### Dermatitis (Rashes)

Facility: ECF

Patient Name: Davis, Ricky
Last

Inmate Number: 173073

Date of Report: 12 / 8 / 05     Date of Birth: 1 / 30 / 75 MI
MM DD YYYY          MM DD YYYY

Time Seen: 915     AM / PM Circle One

**Subjective:** Chief Complaint: ☐ Itching  ☐ Burning  ☐ Redness  ☐ Swelling  ☐ Weeping  ☐ Blisters  ☐ Lice/Scabies/Nits
☐ Other: Denies any of above symptoms

Onset: yesterday

Location: L ↓ leg forearm

History: States "broke out" from Mycolog cream given for
(Continue on back if necessary)
dry skin

Associated Symptoms: ☑ None  ☐ Fever  ☐ Upper Respiratory Symptoms  ☐ Tongue Swelling/Throat Closing  ☐ Facial/Neck Swelling
☐ Difficulty breathing  ☐ Other: _____     ☐ Check Here if additional notes on back

Recent environmental contacts (allergens/irritants): denies

History of new medication: Mycolog

**Objective:** Vital Signs: (If Indicated) T: 97.8  P: 68  RR: 20  B/P: 110 / 80

Exam: Lesion(s): ☐ NO  ☑ YES  Description: Multiple red, raised, blisters to L ↓ leg

Redness/Swelling/Streaking: ☐ NO  ☑ YES (If Yes, Describe): _____

☐ Additional Examination:
Continue on back if necessary

**Assessment: (Referral Status)**
☐ Referral **NOT** Required

☑ Referral Required referral due to the following: (Check all that apply)     Preliminary Determination(s): D/C Mycolog ointment per ☐ Check Here if continued on back
Pt thinks reaction

☐ Respiratory distress
☐ New medication          ☐ Tongue or facial swelling  ☐ Hives  ☐ Wheezing
☐ Signs of infection     ☐ Recurrent Complaint (More than 2 visits)
☐ Other: Unresolvable by nurse
(Describe)

**Plan:** Check All That Apply:
☐ Meds given per approved OTC med list: ☐ _____

☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
well as appropriate follow-up. ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☑ Education signs and symptoms of severe allergic reaction: (Difficulty breathing, throat or facial swelling). Pt instructed to seek immediate seek
immediate medical attention if these should occur
Other OTC Medications given ☑ NO  ☐ YES (If Yes List): _____

Referral ☐ NO  ☑ YES (If Yes, Whom/Where): MD

Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____  Date for referral 12 / 13 / 05
MM DD YYYY
_____ Time _____

x CWambles RN     Name CWambles RN
Nurses Signature          Printed

**PHS**

## Nursing Evaluation Tool:                    <u>General Sick Call</u>

Facility: _ECF_

Patient Name: _Davis_ _Ricky_
                      Last

Inmate Number: _173073_                  First
                                    Date of Birth: _1 / 30 / 75_ MI
                                                    MM   DD   YYYY

Date of Report: _11 / 21 / 05_
                MM   DD   YYYY          Time Seen: _9:10_ AM (PM) Circle One

_Subjective:_ Chief Complaint(s): _sores inside nasal passage_

Onset: _X 2 wks_

Brief History: _pt c/o dry crusty cracking areas inside nares, pt states_
(Continue on back if necessary)
_areas scab over but will bleed when clearing his nose_

☐ Check Here if additional notes on back

_Objective:_ Vital Signs: (As Indicated) T: _96²_  P: _64_  RR: _14_  B/P: _104 / 64_

Examination Findings: _____
(Continue on back if necessary)

_Assessment: (Referral Status)_ Preliminary Determination(s): _____     ☐ Check Here if additional notes on back

☐ Referral <u>NOT REQUIRED</u>

☑ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☑ Other: _unresolvable by nursing staff_

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

_Plan:_  Check All That Apply:
☐ Instructions to return if condition worsens
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
   (Describe)
OTC Medications given ☑ NO ☐ YES (If Yes List): _____
Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _MD_                   Date for referral: _11 / 28 / 05_
                                                                    MM   DD   YYYY
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____       Time _____

x _____                          Name: _S Crawford_
Nurse Signature                                     Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Ricky Davis_ _____ Date of Request: _11/27/05_

ID # _173073_ _____ Date of Birth: _1-30-75_ Location: _5-B-11_

Nature of problem or request: _the in side of my Nose is_
_Dry And ~~cracks~~ sore. And craking And bleeds_

_Ricky wude Davis_
                                              *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ____/____/____

Time: _____ AM PM

Allergies: _____

```
┌─────────────────────────────┐
│        RECEIVED             │
│ Date:                       │
│ Time:    11/21/05           │
│ Receiving Nurse Intials  MW │
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**  (V/S):  **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )       EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )      No ( )

Was MD/PA on call notified:    Yes ( )      No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Ricky Wade Davis_    Date of Request: _9/2/05_
ID # _173073_    Date of Birth: _1/30/75_ Location: _5-B-1cell_
Nature of problem or request: _my neck is broke out rent_
_and my feet are to_

_Ricky Davis_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _9/2/05_
Time: _8:45_ AM PM
Allergies: _PCN, Antidepressants_

```
RECEIVED
Date:            9/2/05
Time:
Receiving Nurse Intials  MM
```

**(S)ubjective:** _" I used HC cream and it got worser " " I only used the antifungal cream for 2 days "_

**(O)bjective   (V/S): T:** _97.8_  **P:** _64_  **R:** _14_  **BP:** _118/82_  **WT:** _172_

_AAOX3, skin warm and dry - pt has multiple lesions on ® post neck & jaw line, pt c/o intense itchy; and condition worsened when HC 1% cream from ganter was used, pt also c/o continued px̄ē_
**(A)ssessment:** _athletes feet fungus, Micronozole gave relief in the past per pt alt in skin integrity_

**(P)lan:** _refer to MD)_      _Micronozole apply BID X 14d to feet_

Refer to: (MD/PA)  Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
   If Emergency was PHS supervisor notified:  Yes ( )   No ( )
   Was MD/PA on call notified:  Yes ( )   No ( )

_[signature]_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Ricky Wade Davis_     Date of Request: _8/26/05_
ID # _173073_     Date of Birth: _1-30-75_ Location: _9-A-35_
Nature of problem or request: _My Neck is Broke out and it Hurts And my Foot is Broke out to Thank's_

_Ricky Wade Davis_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _8/26/05_
Time: _1735_  AM (PM)
Allergies: _PCN_

> **RECEIVED**
> Date:
> Time: AUG 26 2005
> Receiving Nurse Intials _____

**(S)ubjective:** "I have a rash on the back of my Neck. I tried HC cream it made it worse. I have jock itch & athletefeet too."

**(O)bjective   (V/S):** T: _98_  P: _74_  R: _16_  BP: _118/68_  WT: _172_
Pt to Sk c a rash to the back of Neck noted, Pt State has been Using HC cream & it has worsened. Pt also has

**(A)ssessment:** Athlete feet & jock itch Noted, Ax4x3. Skin W/D O tort. Reg & ease.
Alt ∂ Skin integrits.

**(P)lan:** MD appt given
1 tube Miconozole for jock itch gvn ∂ Kop

Refer to: (MD/PA)  Mental Health  Dental  (Daily Treatment)  Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( O )  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Ricky Davis_ _____ Date of Request: _7/13/05_

ID # _17073_ _____ Date of Birth: _1/30/73_ Location: _9-19-35_

Nature of problem or request: _____

_____ _Toe A_ _____

_____

_____ _Ricky Davis_ _____
                                    *Signature*

## DO NOT WRITE BELOW THIS LINE

_____

Date: ___/___/___

Time: _____ AM  PM

Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date: _7-13-05_             │
│ Time: _9:30AM_             │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective**   **(V/S):** **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )

        If Emergency was PHS supervisor notified:   Yes ( )      No ( )

                Was MD/PA on call notified:   Yes ( )      No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Ricky Wade Davis_ Date of Request: _5/3/05_
ID # _173073_ Date of Birth: _1/30/75_ Location: _9-A-43_
Nature of problem or request:
_I have a Spider bite or cist, or staf infection_
_on my side, on my arm and leg. Need to see dentest._
_Need to see the Doctor._

_Ricky Davis_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _5/4/05_
Time: _8:45_ AM ~~PM~~

Allergies: _PCN_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _"I have these bites or somethn."_

**(O)bjective  (V/S):** T: _984_  P: _68_  R: _18_  BP: _110/64_  WT: _174_

_It has two Areas noted to ® side & Under ® Arm that is Red &_
_Swollen. Has pinpoint brown spot noted to center. No drainage o this_

**(A)ssessment:** _time. Also Requests ® see dentist. #1 or 3, Sick/ID to_
_tooth. Keep clean._

**(P)lan:** _Tylenol Tabs 500mg ii Bid x 10 days_
_Doxicycline 100g i Bid x 10 days_
_Bactrim DS i Bid x 10 days._
_Refer to Dental_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )  EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: _EAS_

Date: 3/15/05  Time: 2135  AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital
_____

RECEIVING MEDICAL STATUS
- [X] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: _KCF_

Date: 3/14/05  Time: _____  AM/PM

RELEASE FROM:
- [ ] Infirmary
- [X] Population
- [ ] Other _____
- [ ] Segregation
- [ ] Mental Health

RELEASE TO:
- [X] DOC
- [ ] Infirmary
- [ ] Mental Health
_____
Institution/Work Release Center/Free-World Hospital

ALLERGIES:
_PCN_

PHYSICAL EXAMINATION

Date of last exam: _1/31/05_

Chest X-Ray Date: _____ Result: _Oul_

PPD Reading _2/3/05_

Classification: _____

Limitations: _____

LAB RESULTS - - LAST REPORT

| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | | [ ] | [ ] |
| Urinalysis | 1/31/05 | [ ] | [ ] |
| | | [ ] | [ ] |

| | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | [ ] | [X] |
| Dental Prosthesis | [ ] | [X] |
| Hearing Aide | [ ] | [X] |
| Other Prosthesis | [ ] | [X] |

_Receiving Nurse_

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

| | | |
|---|---|---|
| MEDICATIONS | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| X-RAY FILM | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| HEALTH RECORD | [ ] Sent w / inmate | [ ] Not sent w / inmate |

Released to: _____

Date: _____ Time: _____ AM/PM

| | | |
|---|---|---|
| MEDICATIONS | [ ] Received | [X] Not Received |
| X-RAY FILM | [ ] Received | [X] Not Received |
| HEALTH RECORD | [X] Received | [ ] Not Received |
| CHART REVIEWED | [X] YES | [ ] NO |

Received by: _____
Signature of Receiving Nurse

Date: 3/15/05  Time: 2140  AM/PM

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____  LAST CLINIC: _____

FOLLOW-UP CARE NEEDED

| | | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|---|
| [ ] Medical | [ ] Dental | | | | |
| [ ] Mental Health | | | | | |

NURSING ASSESSMENT (SENDING NURSE)
(Noted from health record documentation)

| HISTORY | | Yes | No |
|---|---|---|---|
| | Drug Use | ✓ | |
| | Mental Illness | | ✓ |
| | Suicide Attempt | | ✓ |
| | Chronic Care | | ✓ |

| STATUS | | | |
|---|---|---|---|
| | Special Diet | | ✓ |
| | Appearance | | ✓ |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE)
(Noted from inmate assessment)

| SKIN | | Yes | No |
|---|---|---|---|
| | Open Sores | | X |
| | Lice | | X |
| | Edema | | X |
| | Warm & Dry | X | |
| | Cool & Moist | | X |

| CONDITION | | | |
|---|---|---|---|
| | Alert | X | |
| | Oriented | X | |
| | Uncooperative | | X |
| | Depressed | | X |

INTAKE

| | |
|---|---|
| Sick Call Procedures Explained | Yes |
| Height | 5'9" |
| Weight | 165 |
| Blood Pressure | 100/68 |
| Temperature | 974 |
| Pulse Resp. | 60/14 |
| Other | |

_a. Dulaney LPN_
Signature of Nurse Completing Assessment (Sending Nurse)

_3/14/05_
Date

Signature of Intake Screening Nurse (Receiving Nurse)

_3/15/05_
Date

INMATE NAME (LAST, FIRST, MIDDLE)  _Davis  Ricky  W_

| DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|
| 173073 | 1/30/65 | B/m | |

PHS-MD-70009

(White - Medical Jacket, Yellow - Transfer Coordinator)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Ricky wade Davis_     Date of Request: _4/22/05_
ID # _1730 73_     Date of Birth: _1-30-75_ Location: _4-A-43_
Nature of problem or request: _I have knots in my chest and 2_
_knots in each of my arms. It is constantly giving me problems._

_Ricky wade Davis_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _4/8/05_
Time: _900_ AM (PM)
Allergies: _PCN_

| RECEIVED |
|---|
| Date: |
| Time: APR 2 3 2005 |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _" I have Knots coming up in my arms. the_
_One in my chest has been there for a month & a 1/2. It is_
_getting bigger."_
**(O)bjective** (V/S): T: _98_ P: _74_ R: _18_ BP: _108/74_ WT: _175 lb_
_Pt @ this time c Sm. balbee sized knots noted n both arms._
_Has a Sm. Marble Size knot noted in chest. c/o Soreness. States they_
**(A)ssessment:** _are getting bigger. A+0 ×3. Skin W/D to touch. Resp c ease._

_Alt in comfort. R/T alt in health Maintance_

**(P)lan:** _MD appt gui._

Refer to:   (MD/PA)   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (_) —EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )     No ( )
Was MD/PA on call notified:   Yes ( )     No ( )

_4/27/05_

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Davis Ricky | D.O.B.: 1/30/75 |
|-----------|------------------------------|------------------|

3/15/05
2135 — recd @ BAS, kitchen clearance completed, access to health care explained

4/27/05 7A wt. 171 120/80 80 18 T, 97.8
S Knots arms, chest.

S    30 um c/o knots over forearms and chest x few months.

O   NAD, x→y

skin : 0.5 x 1 cm subcutaneous nodule, x 2 at the h mterwhial area mobile, non tender with nl skin except for large tatoos
x2 0.5 x 1 cm nodule R forearm
x1 at the cyphoid area.

A/P  SCQ Nodules, likely r/o lymph nodes. not r/o any pathology. No Rx further evaluation needed.
It to return for ↑ in size, pain ...

Complete Both Sides Before Using Another Sheet

60111 (5/85)

| Date/Time | Inmate's Name: Davis, Ricky | D.O.B.: 1/30/75 |

1/30/06    S/c lungs chest

S    30 am % lungs over _____, ____ chest
     that are painful since before December.

O.   0.5-1cm lymph node, palpable over _____,
     and knee _____
     w/ skin. no _____, no tenderness

Pl: Education. pt is informed about the
    benign nature of these _____, no Rx indicated



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Davis, Ricky | D.O.B.: 1 / 30 / 21 |
|---|---|---|

9/7/05 S | S/C Rash Neck + itching. Was given by fin Trea Redn went see 5 days ago.

O —

skin: few erythematous papules over the lower occipital area — no pustules.

A/P Foll. enteritus capitus

Plan: - Bactroban ss + Doxycycline QS × 3 weeks
— Avent Riverside
— keep skin dry/clean.

12/5/05 11ᵃ | Wt. 177   97⁰   110/80   68   16

S | S/C sores in nose. rash over face and legs

O NAD ver

Nostril: mild erythema/edema, no exudate
skin: mild scaly erythematous rash over face around the lips + eyebrows, few lower over the tibial area.

A/P VAS Seborrheic Dermatitis

Plan: - cortisone + hydrated B/D face × 3 days
— Mycolog ont B/D face × 14 days
— keep skin dry/clean, + water often



| Date/Time | Inmate's Name: DAVIS RICKY | D.O.B.: 11/30/75 |
| --- | --- | --- |
| 12/17/05 S | 30 WM c/o rash over hip in leg and hip that he relates to the cycling not prescribed for seborrheic dermatitis last week. He is also c/o sinuses congestion | |
| O - | alert, VSS | |
| | Skin: erythematous plaques with few papules over the L prethoracic area ~ 12x5 cm | |
| | Nostril: intact | |
| | 0.5 cm superficial ulcer over the upper lip | |
| | face: previous rash [illegible] resolved | |
| A/P | Cellulitis / Folliculitis | |
| | Rx: Bactrim + [illegible] [illegible] x 10 days; | |
| | CTM + Sudafed for sinuses congestion | |
| | keep skin dry / clean and [illegible] face | |

PHS

PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: Davis, Ricky | D.O.B.: 1/30/75 |
| --- | --- | --- |
| 1/6/06 12p | S/C Ear + Jaw pain | |
| S | 30 y/o c/o pain R ear and R side of face s/p physical assault on 12/30/05 | |
| O | [illegible] Bruise over the R lower eyelid [illegible], no [illegible] | |
| | [illegible] | |
| | Oral: wnl | |
| | Neck supple | |
| | Lungs: CTA Heart: RRR | |
| | Neuro: intact | |
| | Xray: no fracture of the facial bones | |
| A/P | Bruise on face | |
| | Plan: Tylenol [illegible] TID [illegible] | |
| | [illegible] | |

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| **NAME:** Davis Rocky 145 1730 73 | **DIAGNOSIS (If Chg'd)** |
| | Tylenol 1g Po TID PRN x 10 days |
| **D.O.B.** 1 30 75 | noted |
| **ALLERGIES:** PCN | L EW |
| **Use Last   Date** 1/5/06  1/5/06 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| **NAME:** Davis Rocky  # 173073 | **DIAGNOSIS (If Chg'd)** Folliculitis, URI |
| | Rifampin 300 mg + Po BID x 10 days |
| **D.O.B.** 1 130175 | Bactrim DS + Po BID x 10 days |
| **ALLERGIES:** PCN | CTM + Po BID PRN x 3 days |
| | Sudafed + Po BID PRN x 3 days |
| **Use Fourth   Date** 12/13/05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| **NAME:** Davis, Ricky | **DIAGNOSIS (If Chg'd)** Seborrhea Derm Atopic URI |
| | Mycolog oint BID x 14 days |
| **D.O.B.** 1 13075 | CTM + Po BID x 5 days |
| **ALLERGIES:** PCN | Sudafed + Po BID x 3 days |
| **Use Third   Date** 12/5/05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| **NAME:** Davis Ricky  # 173073 | **DIAGNOSIS (If Chg'd)** Folliculitis Capitis |
| | Bactrim DS + Po QD x 3 weeks |
| **D.O.B.** 1 130175 | Doxycycline 100 mg + Po QD x 3 weeks |
| **ALLERGIES:** PCN | B 20/ fenoxide 10D x 7 days |
| **Use Second   Date** 9 17 05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| **NAME:** Davis, Ricky  173073 B | **DIAGNOSIS** |
| | H2O2 / water rinses twice daily x 7 days |
| **D.O.B.** 1 130175 | |
| **ALLERGIES:** PCN | |
| **Use First   Date** 8 12 05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

60110 (4/03)

MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    /  |  |
| ALLERGIES: |  |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    /  |  |
| ALLERGIES: |  |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    /  |  |
| ALLERGIES: |  |
| Use Third    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    /  |  |
| ALLERGIES: |  |
| Use Second    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Davis, Ricky  173073 | DIAGNOSIS |
|---|---|
| D.O.B. 1/30/75  *Asked Jackson 1-14-04* | PPO |
| ALLERGIES: PCN | V.O Dr Darbouze Ismel |
| Use First    Date 1/14/06 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED    1/17/06 |

60110 (4/03)