IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Ricky Wade Davis, 173073    )
    Plaintiff            )
                         )
Vs.                          )   CIVIL ACTION NO.2:06-CV-10-MEF
                         )
Sgt. Bryant, et.al           )
    Defendants.          )

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Sergeant Robert Bryant</u>, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is, <u>Robert Bryant</u>, and I am presently employed as a Correctional Officer II, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, Alabama, 36017. I am over twenty-one (21) years of age.

On December 30, 2005, at approximately 2:50 AM, I, Sgt. Robert Bryant was advised by Officer William Floyd, that Inmate Ricky Davis, W/173073, who was housed in the Segregation Unit, Cell 5B-11, was slamming his bed against his cell door. At approximately 3:00 AM, I entered the Segregation Unit and approached Inmate Davis' cell. I questioned Inmate Davis about his negative behavior, due to the noise level coming from other Segregation inmates that were complaining about Inmate Davis keeping them from sleeping by slamming his bed against his cell door. I instructed both Officers Floyd and Kerry Williams to handcuff Inmate Davis. I ordered Inmate Davis to place his hands through his cell tray door to be handcuffed. Inmate Davis was removed from his cell by Officers Floyd, Williams, and myself, and escorted to the Segregation Office. Inmate Davis

EXHIBIT B

was being uncooperative and belligerent toward Officers Floyd and Williams. I observed both officers getting frustrated with Inmate Davis. I instructed Officers Floyd and Williams to exit the office. I questioned Inmate Davis as to why he was slamming his bed against his cell door. Inmate Davis stated he wanted his lights turned off, and he had tried to get Officers Floyd and Williams to get them off. I verbally reprimanded Inmate Davis for his negative behavior. At no time was Inmate Davis threatened or assaulted by me, or Officers Floyd and Williams. Inmate Davis was in the Segregation Office approximately three to five minutes. I instructed Officers Floyd and Williams to escort Inmate Davis back to his cell. Inmate Davis is making a false accusation about requesting a medical chart. To my knowledge, at no time did Inmate Davis request a medical chart. Also, to my knowledge, Inmate Davis did not have a reason to request a medical chart. I have not mistreated Inmate Davis or any other inmates. Inmate Davis is a constantly disruptive inmate at this facility, and in the Segregation Unit his inmate file notes his negative behavior. Inmate Davis has a history of spitting and throwing bodily fluids on security staff. He has made similar accusations against other supervisors and officers that were not true.

_____
Robert Bryant, COII

SWORN TO AND SUBSCRIBED TO before me this the 6th day of March, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 03/31/08