

EXHIBIT
D

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICKY WADE DAVIS, #173073     )
                                 )
     Plaintiff,            )
                                 )
Vs.                     )     CIVIL ACTION NO.2:06-CV-10-MEF
                               )
SGT. BRYANT, et.al.,      )
                               )
     Defendants.        )

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>William Floyd</u>, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is <u>William Floyd</u> and I am presently employed as a <u>Correctional Officer I,</u> employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

On 12/30/05, I, Officer William Floyd, was assigned as a Segregation Unit Rover. At approximately 2:45 AM, I observed inmate Ricky Davis, W/173073 slamming his bed against his assigned cell door, 5B-11. The bed was standing on its end. Inmate Davis was upset because Officer Kerry Williams and I had been instructed by Sgt. Jason Baxley to move the bed from 5B-11 to 5B-09. Inmate Davis wanted to be moved to cell 5B-09, which housed another inmate. I explained to inmate Davis that he could not be moved because he was restricted to a one-man cell due to his negative behavior. At approximately 2:50 AM, I reported the incident to Sgt. Robert Bryant.

Affidavit-William Floyd
Civil Action No.2:06-CV-10-MEF
Page 2

At approximately 2:55 AM, Sgt. Bryant entered the Segregation Unit and instructed Officer Williams and myself to handcuff inmate Davis and escort him to the Segregation Office.  At approximately 3:03 AM, Officer Williams and I removed inmate Davis from his cell and escorted him to the Segregation Office where Sgt. Bryant verbally reprimanded inmate Davis for his negative behavior.  At approximately 3:08 AM, Officer Williams and I placed inmate Davis back in his cell. I have no further knowledge.


*William Floyd CO1*

William Floyd


SWORN TO AND SUBSCRIBED TO before me this the 10th day of February, 2006.

_____
NOTARY PUBLIC

My Commission Expires my commission expires March 19, 2007