

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICKY WADE DAVIS, #173073       )
                                )
    Plaintiff,                  )
                                )
Vs.                             )   CIVIL ACTION NO.2:06-CV-10-MEF
                                )
SGT. BRYANT, et.al.,            )
                                )
    Defendants.                 )

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Ibeth Jones</u>, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is <u>Ibeth Jones</u> and I am presently employed as a <u>Correctional Officer I,</u> employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

On December 29, 2005, I, Officer Ibeth Jones was assigned as the Segregation Unit Cubicle Officer. At approximately 2:55 AM, on 12/30/05, Sgt. Robert Bryant entered the Segregation Unit. At approximately 3:03 AM, inmate Ricky Davis, W/173073, was removed from his cell by Sgt. Bryant and Officers William Floyd and Kerry Williams due to his disruptive behavior. He was then escorted to the Segregation Office, where he was verbally reprimanded by Sgt. Bryant, while Officers Floyd and Williams waited outside the Segregation Office. At approximately 3:08 AM, Officer Floyd and Officer Williams escorted inmate Davis back to his cell. I have no further knowledge.

Affidavit-Ibeth Jones
Civil Action No.2:06-CV-10-MEF
Page 2

_____
Ibeth Jones

SWORN TO AND SUBSCRIBED TO before me this the 10th day of February, 2006.

_____
NOTARY PUBLIC

My Commission Expires: my commission expires March 19, 2007