Case 2:06-cv-00010-MEF-DRB   Document 1-1   Filed 01/05/2006   Page 1

*ORIGINAL TO U.S. COURT*

RECEIVED
2006 JAN -5 A 9:45

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RICKY WADE DAVIS #173073 )
Full name and prison number )
of plaintiff(s) )
)
)
v. SGT. BRYANT )      CIVIL ACTION NO. 2:06cv10-F
DONAL CAMPBELL, GWENDOLYN )   (To be supplied by Clerk of
MOSLEY, SGT. BRADLEY, COI )   U.S. District Court)
FLOYD, COI WILLIAMS, )
AND OTHERS, PRISON HEALTH )
SERVICES, NURSE McKINLEY )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )
CAPT. KENNETH SCONYERS
OFFICER X - C.E.R.T.

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (  )  NO ( ✓ )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (  )  NO ( ✓ )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____N/A_____

            _____

            Defendant(s) _____N/A_____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____
            _____N/A_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **EASTERLING CORRECTIONAL FACILITY, SB-11, 200 WALLACE DR. CLIO, ALA. 36017**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **SEGREGATION UNIT, B-SIDE, EASTERLING CORRECTIONAL FACILITY**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Custody N Mosley | 200 Wallace Dr. Clio, 36017 |
| 2. | Nurse McKinley | 200 Wallace Dr. Clio, 36017 |
| 3. | Sgt. Baxley | 200 Wallace Dr. Clio, 36017 |
| 4. | Sgt. Bryant | 200 Wallace Dr. Clio, 36017 |
| 5. | COI Floyd | 200 Wallace Dr. Clio, 36017 |
| 6. | COI Williams | 200 Wallace Dr. Clio, 36017 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **Dec. 30, 2005. About 2:30 - 3:30 am.**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **EIGHTH AMENDMENT VIOLATIONS**

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

i was TAKEN From my cell, SB-11, at about 2:30-3:00 AM hand-cuffed behind my back, to the lobby and there slapped around repeatedly by SGT. BRYANT, my eye is black, my teeth are loose, my ear is still ringing, COI Floyd, COI Williams took me to lobby.

GROUND TWO: First Amendment Violations

SUPPORTING FACTS: I am denied my medicine bag, any contact or support from the Native American community, no ceremonies or rituals Ramadan is practiced and held for Muslim inmates, Christian prisoners are allowed Holy Bibles

GROUND THREE: _____

SUPPORTING FACTS: Please see enclosed Affidavits from inmates, Thomas Adams, Michael Brazzel, Garrett Gaines, Cedric Brooks (from Civil Action # 2:05-CV-1130-T Michael Allen Brazzel, Plaintiff, Declaration of Named Affiants) 12-6-05)

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

PRELIMINARY INJUNCTION, TEMPORARY RESTRAINING ORDER, INVESTIGATION OF C.E.R.T., DECLARATORY JUDGMENT, PUNITIVE DAMAGES, JURY DEMAND

X Ricky Wade Davis # AIS 173073
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
           (Date)

X Ricky Wade Davis # AIS 173073
Signature of plaintiff(s)

4

## CERTIFICATE OF SERVICE

I, hereby certify that I have sent a copy of, Complaint of Ricky Davis - 173073; Forma Pauperis Affidavit, and the Affidavit(s) of Thomas Adams, Michael Batzell, Cedric Brooks, and Garrett Grimes to the Legal Counsel for the Ala. D.O.C., properly addressed and postage pre-paid. to:

Kim Thomas, Legal Counsel
301 S. Ripley St.
P.O. Box 301501
Montgomery, Ala. 36130-1501

X Ricky Wade Davis #173073 AIS
Ricky Wade Davis - 173073
5 B-11  E.C.F.
200 Wallace Dr.
Clio, Alabama 36017

Done this 3rd day of January, 2006

LEGAL USE ONLY

*(Original to U.S. Court)*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY WADE DAVIS, PRO SE<br>PLAINTIFF<br><br>V.<br><br>GWENDOLYN MOSLEY,<br>WARDEN III, ET. AL.<br>DEFENDANTS | 2:06cv10-F |

## DECLARATION, AFFIDAVIT

Comes now the Plaintiff, Ricky Wade Davis -#173073, a state prisoner, who before this Honorable Court, pursuant to 28 U.S.C. 1746, deposes the following;

## Affidavit

I hereby certify under the penalty of perjury, that the following is true and correct to the best of my ability and belief.

I am over 21 years old.

On December 30, 2005, at about 2:30-3:00 am, I was woke-up by COI Floyd, COI Williams, Sgt. Bryant who then told me they had to change bed frames from my cell (5B-11) and (5B-9).

I asked, "why don't you just move me?" I was then told that, "we can't move you, Sgt. Nolett is the one that assigned you this cell." Sgt. Nolett is the Segregation Commander and works only 1st shift Mon-Fri. Otherwise there are no supervisors assigned to segregation.

I was hand-cuffed behind my back, and the double-frame was moved from 5B-11 to 5B-9, and the single frame was moved to cell 5B-11 (my cell).

I was told by COI Floyd to, "help move these beds," I told him, "I'm hand-cuffed I can't move beds!"

(1)

CO1 Floyd, became angry and then told me, "I'll write you up for failure to obey."

After the single-frame was put in my cell, CO1 Floyd began to cuss me, and verbally abuse me. I still don't know why.

I asked both officers to "cut my light off", one officer said something that I didn't understand and walked off.

I kicked the door to my cell, twice, and hollered for them to cut my cell-light off!

Sgt. Bryant, CO1 Floyd and CO1 Williams came back to my cell and told me to, "put these hand-cuffs on." I put my arms thru the tray-hole and was hand-cuffed behind my back. I was not allowed to put a jump-suit on.

I was taken to the "office", Sgt. Bryant told, CO1 Floyd and CO1 Williams to, "step outside", leaving me alone with this Sargent while hand-cuffed behind my back.

Sgt. Bryant locked the door and walked back to where I was standing, without any provokation then slapped me several times, these blows to my head were so hard I was knocked down and into a

(2)

chair. Sgt. Bryant then started to poke me in my forehead and threatened me, saying "when you go back to your cell, you better not say anything."

I asked to be taken to the H.C.U. (Health Care Unit) because my mouth was bleeding and my ear was ringing, my eye started to swell immediately.

At about 3:00-3:30 AM Nurse McKinley came around to Seg. Unit for "early pill-call", myself as well as other inmates told her what had just happened. Prison Health Services Nurse McKinley completely ignored all attempts by anyone to get me any emergency treatment, she was being escorted by COI Floyd and COI Williams.

Each of the named defendants, Gwendolyn Mosley, Warden III, Nurse McKinley, Sgt. Bryant, COI Williams and COI Floyd, are all African-American. I am white/Native American, and believe that this brutality, abuse and predictable treatment is racially motivated.

It is my belief that the number of black personnel who are employed at the Easterling Correctional Facility is now seriously disproportionate to the number of white prisoners and creates an

(3)

over whelming atmosphere of preferential treatment, which I believe is bordering on discremination and racism.

When 1st shift came in at 6:00 am, I asked Sgt. Nelott to be taken to H.C.U. and have a body chart done. I was taken about 8:00–9:00 am. This body-chart is on file.

Later on that day, Capt. Kenneth Sconyers came to segregation unit questioned me and 2 other inmates, Garrett Gaines, and Cedric Brooks and took some notes from us.

4 inmates, Thomas Adams, Michael Brazell, Garrett Gaines, and Cedric Brooks. Saw these officers take me out and what I looked like when I was brought back.

I here by affirm by oath and signature that the foregoing affidavit is true and correct to the best of my belief and knowledge.

x __Ricky Wade Davis__ 173073
   Ricky Wade Davis - 173073
   5B-11  E.C.F.
   200 Wallace Dr.
   Clio, Ala. 36017

Done this        Day of              2006
                   (4)