EXHIBIT
E

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY WADE DAVIS, #173073<br><br>Plaintiff,<br><br>Vs.<br><br>SGT. BRYANT, et.al.,<br><br>Defendants. | CIVIL ACTION NO.2:06-CV-10-MEF |

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Kerry Williams, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is Kerry Williams and I am presently employed as a Correctional Officer I, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

On December 29, 2005, I, Officer Kerry Williams, was assigned as a Segregation Unit Rover. At approximately 2:40 AM, on December 30, 2005, Officer William Floyd and I had just completed switching bunks from cells 5B-11 and 5B-9 as instructed by Sgt. Jason Baxley. Inmate Ricky Davis, W/173073, who was housed in cell 5B-11, began slamming his bed against the cell door. Officer Floyd instructed inmate Davis to cease his action. Inmate Davis did not comply. At approximately 2:45 AM, Officer Floyd reported the incident to Sgt. Robert Bryant. At approximately 2:55 AM, Sgt. Bryant entered the Segregation Unit and instructed Officer Floyd and me to remove inmate Davis from his cell

and escort him to the Segregation Office. At approximately 3:03 AM, Officer Floyd and I escorted inmate Davis to the Segregation Office where Sgt. Bryant verbally reprimanded inmate Davis for his negative behavior. At approximately 3:08 AM, Officer Floyd and I placed inmate Davis back to his assigned cell. I have no further knowledge.

Kerry Williams

SWORN TO AND SUBSCRIBED TO before me this the 17th day of February, 2006.

NOTARY PUBLIC

My Commission Expires: My Commission Expires Jan. 24, 2009