Case 2:06-cv-00010-MEF-TFM   Document 23-9   Filed 04/04/2006   Page 1 of 2
Case 2:06-cv-00010-MEF-DRB   Document 1-2   Filed 01/05/2006   Page 4

EXHIBIT H

*original to U.S. court*

Ricky Davis #173073
   plaintiff
V.
Warden G. Mosley, et. al.
   defendant

2:06cv10-F

## Affidavit of Michael Brazell

My name is Michael Brazell, I am presently being confined at E.C.F. administrative segregation 5-B-8 for a term of indifinate, who is the plaintiff in Civil action no. 2:05-CV-1130-T, I'm a victim of being assaulted while handcuffed behind my back. I am over (21) twenty-one years of age

Pursuant to federal rules of civil ~~prode~~ procedure, 28 U.S.C. 1746 (2), which under the penalty of perjury now states the following:

On December 30th of 2005, between 2:00 and 3:00 a.m., inmate Ricky Davis #173073, who's assigned to 5-B-11. He had a problem with the officers because they would not turn his lights off, the officers who he was having problems with were CO I Floyd, CO I Williams, then they was joined with Sgt. Baxtley, and Sgt. Bryant. Inmate Ricky Davis was escorted out of his cell, and to the lobby of the segregation unit. He stayed

out there, 2 to 3 miniutes, and then was brought back on B side tier by COI Floyd, and COI Williams, they were both laughing. Inmate Rick Davis face was extremly red, as well as some swelling to the right side of his face around his eye. Upon information and belief by inmate Ricky Davis, he was slaped around by Sgt. Bryant. Sgt. Bryant was also involved in the beating of Garrett Gaines while inmate Garrett Gaines was handcuffed behind his back. Ricky Davis was refused medical treatment on 3rd shift. He was taken to get a body chart on 1st shift and then was investigated by Cpt. Sconyers. The staff at E.C.F. are not concerned about inmates, only concerned about justifing there officers actions. This is a constant and common pattern at E.C.F.

    I declare under the penalty of perjury that the foregoing is true and correct, except upon information and belief, which that I believe is true. Done this 30th day of December 2005.

*Michael Brazell* #226568