*(Original to U.S. Court)*

RICKY WADE DAVIS
PRO SE, PLAINTIFF
V.
GWENDOLY MOSLEY
WARDEN III, ET. AL.

CIVIL ACTION NO:
2:06cv10-F

### AFFIDAVIT of THOMAS ADAMS

It is my sworn statement that on Dec. 30, 2005 at about 2:30 - 3:00 AM I was awake and seen and heard C01 Floyd, C01 Williams, and Sgt. ~~Bailey~~ Bryant tell inmate Davis, 173073, to, "wake-up", "we're changing your bed out with 9 cell."

There was some more conversation between D.O.C. personnel and inmate Davis, his bed was taken out (a bunk frame) and the one in 9-cell 5B was put in his cell (a single frame.)

After this exchange, inmate asked the officers to "turn out the lights in my cell."

A little while later inmate Davis was kicking on his cell door, hollering, "Cut the lights out in my cell."

A few minutes later CO1 Floyd and CO1 Williams came back to SB-11, and told inmate Davis to "hand-cuff", he was taken out to the lobby, when he came back down the tier you could see some blood from his mouth, his face was starting to swell, he was walking out of balance, inmate Davis was saying, "y'all'll see what he done, do y'all see this shit."

CO1 Williams and CO1 Floyd were laughing.

At about 3:00 - 3:30 am Nurse McKinley was being escorted by CO1 Floyd and CO1 Williams during early "pill-call", although several inmates, (including myself) tried to tell her what had happened, she completely ignored all requests for immediate medical care, including inmate Davis's.

Capt. Kenneth Sconyers did come and interview inmate Ricky Davis-173073 inmate Garrett Grimes-173280 and then inmate Cedric Brooks-162905. I am told that he took some notes and then left.

(2)

It is my opinion that many of these "acts of brutality" are and could be based on discrimination, preferential treatment, and racism. All defendants are black and the plaintiff Davis is white/native American.

According to some rough-data, there seems to be a disproportionate number of black officers to the number of white officers.

I hereby certify under the penalty of perjury that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true.

I hereby certify by oath and signature.

Thomas Odems - 100612-B
SB-8  E.C.F.
200 Wallace Dr.
Clio, Ala. 36017

Done this 1 day of January, 2006.

(3)