Case 2:06-cv-00010-MEF-TFM    Document 23-11    Filed 04/04/2006    Page 1 of 2
Case 2:06-cv-00010-MEF-DRB    Document 1-2    Filed 01/05/2006    Page 6

EXHIBIT J

*original U.S. court*

In the United States District Court
For the Middle District of Alabama
Northern Division

Ricky Davis #173073 )
      Plaintiff )
 )  Civil Action No.
v. )  2:06cv10-F
 )
Warden Gwendolyn Mosley )
    et. al. )
 )

Affidavit Statement of Cedric Brooks

Comes now Cedric Brooks #162905 who is over (21) twenty-one years of age and a inmate at Easterling Correctional Facility, being held for a term of indefinate in the seg. unit, now states the following:

ON DECEMBER 30th 2005 between 2:30 And 3:00 AM Inmate Ricky Davis #173073 who's Assigned To 5-B cell #11 was Awaken By Officer's CO.I MR. Floyd And MR. Williams & Sgt. MR. Baxtley, To change Beds From Cell-? to Cell #11 After the beds was changed Inmate Ricky Davis Asked the two officers To Get His cell Lights turned out so He Could Go back to sleep but was Ignored As the officers Left B-side Tier Ricky Davis Kicked the cell Door And Hollerd For A Rover Also to See A Shift Commander, A couple Mintues Later Sgt. Bryant, MR. Floyd, MR. Williams Came To Ricky Davis

Cell door and Sgt. Bryant said turn your ass around and stick your hands out put the handcuffs on now as Inmate Ricky Davis followed orders by Sgt. Bryant the Sgt. Bryant called up B-side Tier telling some one to take the dam nurse back to H.C.U for now At that moment they brought Ricky Davis up the Tier hands cuffed behind his back going to the lobby and mintues later officer. Floyd & Williams comes back To B-side Tier with Ricky Davis and Ricky Davis turns his head & said to the inmates looking, y'all see my face Don't you, his face was red with Bruse. So mintues later the Nurse comes around and refuse to see him as several Inmates complain to her what had just took place. As officers Mr. Floyd & Mr. Williams they laugh & Mr. Floyd stated you got your wish now Also stated I aint seen Nobody get fired yet walked off laughing. We told Ricky Davis to just wait for first shift to come on then try to get a officer to help him see the Nurse for a body chart.

I swear under the Penalty of Perjury that the above statement is true and correct to the best of my belie Done this 30th day of December 2005

#162905  *Cedric Dwayne Brooks*
Cedric Dewayne Brooks