(Original to U.S. Court)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Ricky Davis #173073,
  Plaintiff, Pro Se

V.                                CIVIL ACTION

Gwendolyn Mosley,                 NO. 2:06cv10-F
Warden III, et. al.
  Defendant(s)

**Affidavit Statement of Garrett Gaines**

Comes now Garrett Gaines 173280, who is (21) twenty-one years of age and a inmate at Easterling Correctional Facility. Testifies to the following incident.

On December 20, 2005, around 3:00 A.M. Inmate Ricky Davis #173043 was beating on his door trying to get Officers Floyd and Williams to cut the lights out in his cell. Officer Floyd responds by cursing him out. Davis continues to kick his door. COI Floyd and Williams leaves, and returns with Sargent Burrond. They handcuff Davis hands behind his back and removes him from his cell, taking him out into the lobby. Minutes later he returns

with the left-side of his face covered with a hand-print like bruises. I saw this as he passes my cell returning to his. I also witness officers Floyd, and Williams smirking as they walk back up the tier. I then learn from Davis that Sgt. Bryant took him into a room and slapped him around. I tell him to ask the nurse for a body chart when she comes around minutes later. As she passes my cell, I inform her myself that Ricky Davis needs a body chart because he has just been beaten by officers. She totally ignores me, and she also ignores Davis when he informs her. I advise him to ask for medical attention when they change shift at 10:00 A.M. I testify to the fact that this same Sargent Bryant is the same individual who also had me taken out into the lobby and slapped me around while I was handcuffed behind my back, along with CDS Darren Bass, for kicking on my cell-

door. Such abuse has become common in S Dorm Segregation Units and it really needs to be stopped before officers mess around and get carried away and kill one of us. I have filed a complaint along with a few other inmates who has been subjected to the same abuse.

I swear under penalty of perjury that the above statements is true. Done this 30 day of December, 2005.

         *Garrett Gaines*
         GARRETT GAINES