*Original to U.S. Dist. Ct.*

RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY WADE DAVIS, PRO SE 173073, PLAINTIFF<br><br>VS.<br><br>SGT. ROBERT BRYANT, ET. AL., DEFENDANT | CIVIL ACTION # 2:06-CV-10-MEF |

**DECLARATION**

Comes now the Plaintiff, Ricky Wade Davis - #173073, a state inmate, before this Honorable Court, United States Magistrate Judge, Delores R. Boyd.

Plaintiff Davis, being competent to make this declaration and having personnel knowledge of the matters stated herein, declares pursuant to 28 U.S.C. § 1746;
that;

## DECLARATION OF RICKY WADE DAVIS

(1) I, affirm by oath and signature, that the following declaration is true and correct to the best of my belief and knowledge:

(2) I am Ricky Wade Davis, I am over 21 years old, and competent to make this sworn statement: that; on

(3) January 25, 2006, at Easterling Correctional Facility, I was escorted from the segregation unit by COI Fayson to the administration bldg.

(4) There I was met by (2) two unknown D.O.C. investigators from Montgomery, the Intelligence & Investigation Division.

(5) With my consent, these (2) two investigators gave me a polygraph test, consisting of about 7-8 questions directly related to an incident of excessive force which happened to me in seg. unit on December 30, 2005.

(1)

(6) I, affirm that also with my consent, these (2) two investigators took (2) two photographs of my face.

(7) I further maintain that these (2) two investigators recorded all conversation(s) between them and myself, with my consent.

(8) Pursuant to F.R.Civ.P. # 56(e), plaintiff Davis maintains that these statements, (declaration) are made of facts, of which I have personal knowledge of - and that these facts are admissable as "evidence".

(9) This declaration is in an effort to now oppose the Attorney General's application for Summary Judgment.

(10) It is the affirmation of the plaintiff Davis, that the affidavits of defendant(s) Warden Mosley, Robert Bryant, COI Floyd, and COI Williams are/were made in bad faith, including but not limited

(2)

to a charge of contempt of court, that questioning via a polygraph test will without question support in evidence a contempt violation.

(11) Plaintiff maintains that this declaration creates, whereby generates a "material fact", and applied to a jury demand, will cause any untimely application or motion by the Attorney General's office to fail.

(12) Plaintiff, as well as any defendant(s) are required by this Honorable Court's order of January 24, 2006, to abide by the Court rules, or become liable for sanctions, dismissal or default judgment.

Done this 11th day of April, 2006
x Ricky Wade Davis #173073
RICKY WADE DAVIS - 173073

WITNESS: 28 U.S.C. § 1746
Thomas Odones - 100612-B

(3)

CERTIFICATE OF SERVICE

I, hereby certify that I have mailed a copy of the foregoing "DECLARATION" to the Assistant Attorney General:
Honorable J. Matt Bledsoe
Assistant Attorney General
11 South Union Street
Montgomery, Ala. 36130

First-class postage, pre-paid and when properly addressed.
Done this 11th day of APRIL, 2006

I, hereby certify by oath and signature that under the penalty of perjury, pursuant to 28. U.S.C. § 1746, that the above and foregoing DECLARATION is true and correct to the best of my belief and knowledge.
Respectfully submitted,
X Ricky Wade Davis #173073
Ricky Wade Davis - #173073
SB-11 Seg. Unit - E.C.F.

Witness:
Thomas Adams - 100612-B
SB-8 - E.C.F., Seg. Unit.

(4)