Original
U.S. DIST. CT.

RECEIVED
2006 MAY 23 A 9:40

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY WADE DAVIS, # 173073, PRO SE, PLAINTIFF vs. SGT. BRYANT, ET. AL., DEFENDANT(S) | CIVIL ACTION 2:06-CV-10-MEF |

MOTION FOR DISCLOSURE, RULE - # 26
FED. R. CIV. PROCEDURE

Comes now the Plaintiff, Ricky Wade Davis, a state prisoner, who is before this Honorable Court, United States Magistrate Judge, Delores R. Boyd;

Plaintiff seeks the benefit of this Honorable Court's Order, pursuant to Fed. R. Civ. P. - # 26, (1)(B), and # 26 (b)(3).

In support;

Plaintiff Ricky Wade Davis, now incorporates, the original complaint, "filed", January 5, 2006, as if fully restated here.

Including, any and all affidavit(s).

Plaintiff incorporates, the amended complaint, filed March 3, 2006, as if fully restated here.

Plaintiff maintains that without this Honorable Court's Order, he is unable and incapable of fully answering and complying with the orders of Magistrate Judge Boyd, issued on April 10, 2006.

Plaintiff submits for the examination of this Honorable Court, the sworn affidavit of Warden Kenndory Mosley, filed on or about February 3, 2006, which states in part, "At my request, our Investigation &

(1)

Intelligence Division further investigated the incident."
<u>Defendant's Exhibit (A)</u>

Plaintiff submits for the examination of this Honorable Court, the sworn affidavit of Captain Kenneth Sconyers, filed on or about January 31, 2006, which states in relevant part, "Upon review of the incident, Warden Mosley referred the incident to the Departmental Investigation & Intelligence Division for further investigation.
<u>Defendant's Exhibit (C)</u>

Plaintiff submits for the examination of this Honorable Court, a letter, mailed on or about April 6, 2006, to the Hon. J. Matt Bledsoe, Assistant Attorney General, per the requirements of F.R.Civ.P. #37(2)(A), "seeking to obtain", any and all evidence, created and/or generated by the Alabama D.O.C.'s Intelligence & Investigation Division, on January 25, 2006

(2)

at Easterling Correction Facility, as would concern and/or relate to the Plaintiff's claims of 42 USC. §1983.

Including but not limited to any conversation, exams or polygraph tests of any named defendants in this present action.

Plaintiff now incorporates, as if fully restated here, the order of this Honorable Court, filed on or about, January 24, 2006.

Plaintiff maintains, that, it is in "Bad Faith, and delay", the Alabama D.O.C. continues to refuse, reject and/or deny to this Honorable Court and the Plaintiff this valuable, important and relevant "evidence".

Plaintiff requests specifically:
(A) the copy and results of any polygraph examination of the

(3)

Plaintiff or any named defendant(s).

The original or copies of any photographs taken of the Plaintiff by the I&I Division, Mr. Ed Sasser and/or Mr. Eric Demis.

Any notes, original or copies, of the events or evidence of this civil action.

Plaintiff positions and prays before this Honorable Court, Magistrate Judge Delores R. Boyd, that this motion and pleading be granted.

Plaintiff prays for an enlargement of time to answer, until any and all evidence is submitted. That this Honorable Court to support this stay of proceedings, to allow petitioner the benefit and protection of this Honorable Courts judicial power and authority.

(4)

## Certificate of Service

I hereby certify, under the penalty of perjury, pursuant to 28 USC § 1746(2), that the "above and foregoing, 'motion for disclosure'" is true and correct to the best of my knowledge and belief.

I have now mailed a copy of the same to;

Honorable J. Matt Bledsoe
Assistant Attorney General
11 South Union St.
Montgomery, Ala. 36130

Done this 16 day of May, 2006

signed: Ricky Wade Davis #173073

Ricky Wade Davis #173073
SB-11 E.C.F.
200 Wallace Dr.
Clio, Ala. 36017

Witness;
Thomas Adams - 100612-B
SB-8 SCE Unit