IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY WADE DAVIS, #173073, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-10-MEF |
| ) | |
| SGT. BRYANT, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for disclosure filed by the plaintiff on May 23, 2006 (Court Doc. No. 26), which the court construes as a motion for production of documents, and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. On or before June 9, 2006, the defendants shall file a supplement to their special report which contains copies of all documents, records, reports and photographs generated during the investigation of the assault which forms the basis for the instant complaint. If no such items are within the possession of correctional officials, the defendants shall so advise the court.

3. On or before June 29, 2006, the plaintiff may file a supplemental response to the special report of the defendants.

Done this 25th day of May, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE