*(Original to U.S. Dist Ct.)*

2006 MAY 31 A 9:21

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY WADE DAVIS, PRO SE, PLAINTIFF<br>VS.<br>SGT. BRYANT, ET. AL.<br>DEFENDANT(S) | CIVIL ACTION NO: 2:06-CV-10-MEF. |

PETITION, MOTION FOR THE APPOINTMENT OF COUNSEL

Comes now the Plaintiff, Ricky Wade Davis, a state prisoner, who is before this Honorable Court, United States Magistrate Judge, Honorable Delores R. Boyd

Pursuant to 28 U.S.C. § 1915(e)(1) Plaintiff submits:

in support;

Plaintiff respectfully submits to this Honorable Court the former motion for the appointment of counsel filed in this Court on January 20, 2006 as if fully restated here in.

Plaintiff respectfully submits to this Honorable Court the former memorandum in support of, filed in this Court on or about January 20, 2006, as if fully restated here in;

Plaintiff, as well as prisoner Thomas Adams-#100612-B, submits to this Honorable Court that the complexity of this case, is at this time, far beyond any legal skill or knowledge owned or possessed by either of the two, or a combination of the two.

Plaintiff submits to and before this Honorable Court, that pursuant to 28 U.S.C. § 1746(2), with the help and assistance of Thomas Adams, # 100612-B,

(1)

and Plaintiff's mother, Mrs. Jo Ann Gaddis, have written to 9-10 attorneys in the Montgomery area, with a single commendable response from Rev. Jay Lewis, LLC. (Plaintiff's Exhibit B-1) enclosed.

A sincere thank-you is due the Honorable Andy Helms for a response, although in the negative.

Plaintiff has requested a jury trial, and will likely involve some conflicting testimony, and an attorney, not a "jail house lawyer", would better enable the Plaintiff to present evidence and when to cross examine witnesses.

Plaintiff resubmits that pursuant to 28 USC § 1746(2), he has a severe learning disability, being documented and evidenced by prison records and/or files.

CERTIFICATE OF SERVICE

I, HEREBY CERTIFY, by my signature that I have mailed a copy of the foregoing, "Motion for the Appointment of Counsel" to –

Honorable J. Matt Bledsoe
Assistant Attorney General
11 South Union St
Montgomery, Ala. 36130-0152

Properly addressed, and postage by first-class pre-paid.
Done this 27 day of May, 2006

signed Ricky Wade Davis #173073
Ricky Wade Davis - 173073
SB-11 Seg. Unit
Easterling Corr. Facility
200 Wallace Dr.
Clio, Ala. 36017

Witness:
Thomas Adams - 100612-B
SB-8 Seg. Unit

(3)