# Law Offices of Jay Lewis, LLC

Jay Lewis
Carol Gerard*
K. Anderson Nelms

* Licensed in Connecticut, Florida, New York

2006 MAY 31  A 9: 21

P.O. Box 5059
Montgomery, AL 36103
Voice – 334-263-7733
Fax – 334-832-4390

May 9, 2006



Ricky Davis
173073 : 5B-11
Easterling Correctional Facility
P.O. Box 10
Clio, Alabama 36017

RE:    Representation

Dear Mr. Davis:

I have reviewed your information you provided my office regarding your lawsuit. Due to my current case load, I will be <u>unable</u> to represent you at this time. Please be advised that my inability to represent you does not mean that you do not have a case. I strongly urge you to continue seeking other representation as there may be statutes that affect your filing a lawsuit.

Thanks again and I wish you luck in pursuing this matter.

Sincerely,

Andy Nelms

KAN/dls