IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY WADE DAVIS, #173073, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:06-CV-10-MEF |
| | ) |
| SGT. BRYANT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**SUPPLEMENT TO DEFENDANTS' SPECIAL REPORT**

COME NOW, the Defendants, **Donal Campbell, Gwendolyn Mosley, Robert Bryant, William Floyd, and Kerry Williams,** and in accordance with this Honorable Court's Order of May 25, 2006, do hereby submit the following Supplement to the Defendants' Special Report.

**DEFENDANTS' EXHIBITS**

1.   Exhibit "A" – Investigative Report dated January 27, 2006.

**SUPPLEMENT TO STATEMENT OF FACTS**

The Defendants would like to point out in this supplemental response that Prisoner Davis was irate and cursing at Officers Floyd and Williams as they escorted him to the shift office. (Ex. A., p. 2 of 5.)

RESPECTFULLY SUBMITTED,

TROY KING
ATTORNEY GENERAL
KING047


s/ *J. Matt Bledsoe*_____
J. Matt Bledsoe (BLE 006)
ASSISTANT ATTORNEY GENERAL

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this the 8th day of June, 2006, served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

    MR. RICKY WADE DAVIS, #173073
    EASTERLING CORRECTIONAL FACILITY
    200 WALLACE DRIVE
    CLIO, ALABAMA 36017


                             s/ *J. Matt Bledsoe*_____
                             J. Matt Bledsoe (BLE 006)
                             ASSISTANT ATTORNEY GENERAL


ADDRESS OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7443
(334) 242-2433 (fax)