(Original to U.S. Dist. Ct.)

RECEIVED
2006 JUN 13 A 9:42



IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY WADE DAVIS, #173073, PRO SE PLAINTIFF<br>V.<br>SGT. ROBERT BRYANT, ALA. D.O.C., ET. AL. DEFENDANT(S) | CIVIL ACTION; 2:06-CV-10-MEF |

PLAINTIFF'S MOTION, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE - RULE 37

Comes now the Plaintiff, Ricky Wade Davis-173073, a state prisoner, by and thru the assistance of Thomas Otter Adams #100612, a state prisoner, who being before this Honorable Court, the United States Magistrate, Judge Delores R. Boyd;

Plaintiff seeks the benefit of this Honorable Court's jurisdiction, authority and thereby discretion.

in support where of;

Plaintiff incorporates the Order of Magistrate Judge Boyd, filed on 5-25-2006, Document #27-1.

Plaintiff incorporates the Answer and Objection filed on or about April 21, 2006 as if fully restated here in.

Plaintiff incorporates, re: Discoverable Evidence, Honorable J. Matt Bledsoe, dated and filed on or about April 7, 2006, as if fully restated here in.

Plaintiff incorporates the sworn affidavit of Sgt. Robert Bryant, (Exhibit B), presumably filed on or about March 6, 2006, as if fully restated here in.

Plaintiff realleges that this sworn affidavit is not based on truth, but a fabrication.

Plaintiff incorporates the, Order of Magistrate Judge Delores Boyd, dated 4-10-2006, Document # 24-1, As if

(1)

fully restated herein.

Plaintiff resubmits, before this Honorable Court, Plaintiff's - Motion for Disclosure, Rule. 26. filed on or about May 16, 2006, as if fully restated herein, being for the purpose of granting this present motion.

Plaintiff states, that the Alabama Dept. of Corrections, Easterling Corr. facilities, as well as the Alabama Assistant Attorney General, the Honorable T. Matt Bledsoe, the Intelligence & Investigation Division (ALA. D.O.C.) has had ample opportunity, this Court's orders to produce, being denied and then ignored.

Plaintiff alleges that this form of action, or the lack thereof, is the tactic, strategy and maneuver of the Alabama. D.O.C. to produce an unfair advantage against a prisoner pro se.

(2)

PLAINTIFF DAVIS ASSERTS FURTHER that the Defendant(s), have failed to, make disclosure or cooperate in discovery, as ordered, and as such the several violations and breach of.
F. R. Civ. P. - #37, (3).

PLAINTIFF RESPECTFULLY REQUESTS the orders of this Honorable Court, the authority of F.R. Civ. P. - #37 (b)(i); (A), (B), (C), including but not limited to F.R. Civ. P. #37 (c)(1)., to issue a contempt of Court and/or Default Judgment for the Plaintiff.
 Granting any and all relief that has been requested, including the original complaint, and Amendment to Complaint. Any other relief that this Honorable Court, Magistrate Judge Delores S. Boyd, deems fair, just and equal, to the Plaintiff.

(2)

## CERTIFICATE OF SERVICE

I, hereby certify, by oath and signature, that I have served a copy of the foregoing Plaintiff's - Motion - Rule 37, to the

Assistant Attorney General
Honorable T. Matt Bledsoe
11 South Union Street
Montgomery, ALA. 36130-0152

properly addressed, and first-class postage being pre-paid, proper

Done this 12 day of June, 2006

x Ricky Wade Davis #173073
Ricky Wade Davis - 173073
SB-11 Seg. Unit.
Easterling Corr. Facility
200 Wallace Dr.
Clio, Ala. 36017

Witness:
Thomas Adams - 100612 - SB-8



(Original to U.S. Dist. Ct.)

June 11, 2006
Sunday

RE: DISCOVERABLE EVIDENCE
 HON. T. MATT BLEDSOE

MR. BLEDSOE, SIR.

I am Ricky Davis - #173073, a state prisoner, at Easterling, held in the Segregation Unit.

I am attempting to satisfy the requirements of F. Rule. Civ. P. #37(2)(B), "The movant must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court action."

After being ordered by Magistrate Judge Boyd on 5-25-06, to produce by 6-9-2006, for whatever reason, you have failed.

I have now asked the Federal Court to intervene, please see the attached motion - Rule 37.   /s/ Ricky Davis #173073
Ricky Davis - 173073

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY, by OATH AND SIGNATURE THAT I HAVE SERVED A COPY OF THE NOW FOREGOING RE: DISCOVERABLE EVIDENCE - J. MATT BLEDSOE - 6-11-2006, (SUNDAY) TO THE ASSISTANT ATTORNEY GENERAL.

Hon. J. MATT BLEDSOE
ASSISTANT ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY, ALA. 36130-0152

PROPERLY ADDRESSED, AND FIRST-CLASS POSTAGE BEING PRE-PAID.

DONE this 12 DAY of JUNE, 2006

x Ricky Davis #173073
RICKY DAVIS - 173073
5 B-11  E.C.F.
200 WALLACE DR.
CLIO. ALA. 36017

WITNESS:
Thomas Adams - 100612

(2)