IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY WADE DAVIS, Pro Se, Plaintiff<br><br>vs.<br><br>SGT ROBERT BRYANT, ET. AL., DEFENDANT(S) | CIVIL ACTION<br>2:06-CV-00010-MEF<br>DRB |

REQUEST BY MOTION - F.R.CIV.P. - #7(b)(1)

COMES NOW THE PLAINTIFF, RICKY WADE DAVIS-#173073, AND THOMAS OTTER ADAMS-#100612, STATE PRISONERS, WHO BEFORE THIS HONORABLE COURT, UNITED STATE MAGISTRATE JUDGE, DELORES R BOYD, RESPECTFULLY REQUEST THE ASSIGNMENT/APPOINTMENT OF PRISONER THOMAS OTTER ADAMS AS A "LEGAL ASSISTANT."

IN SUPPORT OF THIS MOTION:

I am Ricky Wade Davis - 173073, a state prisoner, held currently in the segregation unit at Easterling Correctional Facility, cell 5B-11.

Thomas Otten Adams has been an assistant in the civil action, 2:06-CV-00010, from the initial complaint filed on or about 1-05-2006.

Thomas Otten Adams has been requested by motion on 1-20-2006, Document #8, 5-31-2006, Document #28, the appointment by this Honorable Court to counsel, but was then denied. Counsel was requested for the above referenced civil action.

It will be impossible for me to pursue this civil action and the issues which are raised without an assistant! I request the careful consideration of this Honorable Court. It is so prayed that this motion to issue.

Done this 5 day of December, 2006.

Respectfully submitted,

Ricky Wade Davis #173073
Ricky Davis - 173073
5B-12, Seg. Unit, E.C.F.

Penalty of Perjury:
  28 U.S.C., 1746(2)

I am Thomas Otten Adams - #100612, a state prisoner, held presently in the S-B-12, Segregation Unit, E.C.F.

I am a witness by affidavit, in the civil action – 2:06-CV-00010-MEF.DRB, as Davis v. Bryant.

I did file the initial complaint for prisoner Ricky Davis - #173073, at his request.

I have also written to his parents concerning the issues of this civil action.

I have written to several attorneys asking them to accept this case.

Personally I believe this case had / has sufficient merit to proceed.

This honorable court has been sent examples of Ricky Davis' own writing, and would seem to be fairly evident that he has a severe learning disability.

It is the sworn statement of Davis that he has had academic difficulties all of his life!

From what I know, I believe this to be the truth, there seems to be no deception!

With the exception of a period in late June, 2006 and July, 2006, when I was hospitalized due to a heart attack, I have volunteered all help I could.

Even though at times there seems to be retaliation by the A.D.O.C. for those efforts.

(1)

Case 2:06-cv-00010-MEF-TFM   Document 32   Filed 12/08/2006   Page 4 of 5

I RESPECTFULLY REQUEST THAT, THIS HONORABLE COURT TO ISSUE, IN THE AFFIRMATIVE, THE "REQUEST BY MOTION, F.R.CIV.P.-#7(b)(1), TO ACKNOWLEDGE AND ASSIGN PER ORDER OF THE UNITED STATES MAGISTRATE JUDGE, DELORES R. BOYD, PRISONER THOMAS OTTER ADAMS-#100612 AS AN ASSISTANT/ADVOCATE FOR RICKY DAVIS, 173073, IN THIS SINGLE CIVIL ACTION- 2:06-CV-00010-DRB.

DONE THIS 5 DAY OF DECEMBER, 2006.

RESPECTFULLY SUBMITTED,
Thomas Adams - 100612
THOMAS ADAMS - 100612
SB-12, SEG. UNIT, E.C.F.

AS THE PLAINTIFF- Ricky Wade Davis #173073
RICKY WADE DAVIS - 173073
SB-11, SEG. UNIT, E.C.F.

FILED PURSUANT TO; 28 USC. 1746(2), THE PENALTY OF PERJURY.
CODE OF ALABAMA. 13-A-10-101 __



(2)

## Certificate of Service

I hereby certify, by signature, that I have mailed a true copy of the "Request by Motion", to:

J. Matt Bledsoe, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, Alabama
36130

Properly addressed, and first-class postage pre-paid.

Done this 5 day of December, 2006

Pursuant to 28 USC. 1746(2)

Ricky Wade Davis #173073

Ricky Davis - #173073
SB-11 Seg. Unit. ECF.
200 Wallace Drive.
Clio, Alabama 36017

LEGAL USE ONLY