IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY WADE DAVIS, #173073, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-10-MEF |
| SGT. BRYANT, et al., | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for appointment of inmate Thomas Otter Adams as legal assistant filed by the plaintiff on December 8, 2006 (Court Doc. No. 32), and as the plaintiff has no constitutional right to receive legal assistance from another inmate nor does inmate Adams have a constitutional right to assist a fellow inmate in the preparation of legal materials, *see Shaw v. Murphy*, 532 U.S. 223, 121 S.Ct. 1475 (2001); *Lewis v. Casey*, 518 U.S. 343, 350-351, 116 S.Ct. 2174 (1996), it is

ORDERED that this motion be and is hereby DENIED.

Done this 13th day of December, 2006.

　　　　　　　　　　　　　　　　　　/s/ Delores R. Boyd
　　　　　　　　　　　　　　　　　DELORES R. BOYD
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE