Original to U.S. Dist. Ct.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICKY WADE DAVIS,
PRO SE, PLAINTIFF

VS.

SGT. ROBERT BRYANT,
ET. AL., DEFENDANT(S).

CIVIL ACTION NO:
2:06-CV-00010-MEF-DRB

## MOTION TO ADD A DEFENDANT.

COMES NOW THE PLAINTIFF, RICKY WADE DAVIS-173023, A STATE PRISONER. WHO IS BEFORE THIS HONORABLE COURT. UNITED STATES MAGISTRATE JUDGE. DELORES R. BOYD.

PLAINTIFF NOW RESPECTFULLY REQUESTS THAT PURSUANT TO F.R. CIV. P. - RULE 20 (A). THAT, COMMISSIONER R. ALLEN BE ADDED AND NAMED SPECIFICALLY AND JOINTLY AS A DEFENDANT. IN THE ABOVE STYLED ACTION.

IN SUPPORT THEREOF:

Plaintiff files this motion per the orders of this Honorable Court. Document # 11, (5), filed on or about 1-24-2006, (page 3)

Plaintiff filed in the original complaint naming Donal Campbell, (Commissioner) as a Defendant, in his individual and official capacity.

Commissioner Richard Allen has now accomplished and achieved that position in the Alabama Department of Corrections, with that, the liabilities of that office.

Plaintiff maintains and prevaleges that the Commissioner, Alabama Department of Corrections is negligent in managing the employees of the department and has by the lack of policy enforcement, failed to supervise, becoming liable —

Please see:
Code of Alabama - Title 14-3-1

Plaintiff prays for any other relief to be granted, as this Honorable Court may deem just, fair and appropriate —

(1)

### Certificate of Service

I HEREBY CERTIFY, BY SIGNATURE, THAT I HAVE MAILED A TRUE COPY OF THE PLAINTIFF'S "MOTION TO ADD A DEFENDANT." FIRST-CLASS POSTAGE PRE-PAID AND PROPERLY ADDRESSED TO:

HONORABLE J. MATT BLEDSOE
ASSISTANT ATTORNEY GENERAL'S OFFICE
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA 36130-0152

DONE THIS 18 DAY OF DECEMBER, 2006.

RESPECTFULLY SUBMITTED,

Ricky Wade Davis #173073
RICKY WADE DAVIS - #173073
SB-11 SEG. UNIT - E.C.F.
200 WALLACE DRIVE
CLIO, ALABAMA 36017

Thomas Adams - 100612

(3)