(Original to U.S. Dist. Ct.)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY WADE DAVIS, #173073 PRO SE, PLAINTIFF<br>VS.<br>SGT. BRYANT, ET. AL. DEFENDANT(S) | 2:06:CV-10-F<br>NOTICE TO COURT |

CHANGE OF ADDRESS, NOTICE

Comes now the Plaintiff, in the above styled civil action, who by order notifies the U.S. District Court of change of address to: Ricky Wade Davis #173073/11-21-3
Holman Correctional Facility
3700 Holman
Atmore AL, 36503

For any and all further proceedings in this civil action, please contact me at the above address.

X Ricky Wade Davis
A.I.S. # 173073

(1)

U.S. DIST. CT

CERTIFICATE OF SERVICE

I, HEREBY CERTIFY by signature that I have mailed, first-class postage pre-paid and properly addressed a copy of this motion, notice - change of address - to:

Kim Thomas, Legal Division
Ala. Dept. of Corrections
301 S. Ripley St.
P.O. Box 301501
Montgomery, Ala.
　　　　　36130-1501

Done this 17th day of January, 2007.

x Ricky Wade Davis #173073
Ricky Wade Davis #173073
Ricky Wade Davis #173073/11-U-3
Holman Correctional Facility
3700 Holman
Atmore AL 36503

Thomas Adams # 100612-B

(2)