

EXHIBIT

C



# State of Alabama
# Alabama Department of Corrections

301 S. Ripley Street
P. O. Box 301501
Montgomery, AL 36130



**Bob Riley**
GOVERNOR

**Donal Campbell**
COMMISSIONER

December 27, 2005

ADMINISTRATIVE REGULATION
NUMBER                      303

OPR:  OPERATIONS

## VISITATION

## I.      GENERAL

This Alabama Department of Corrections (ADOC) Administrative Regulation (AR) establishes responsibilities, policies, and procedures for inmate visitation.

## II.     POLICY

It is the policy of the ADOC to afford inmates the privilege of participating in the visitation program in accordance with this regulation.

## III.    DEFINITION(S) AND ACRONYM(S)

A.    <u>Attorney</u>:  For the purpose of this regulation the term "attorney" includes: an inmate's attorney of record or another attorney licensed to practice in the State of Alabama or another state, United States Courts, Courts of Appeals, or the Supreme Court with whom the inmate has or is attempting to establish an attorney/client relationship.

B.    <u>Child</u>:   Anyone under the age of nineteen (19) years.

C.    <u>Contraband</u>:  Any item that is not permitted by law, not issued by the ADOC, not sold through Institutional Canteen, and not authorized by the Warden.

D.    <u>Black-light Procedure</u>:  Ultraviolet reflective ink used in conjunction with a black-light to indicate visitors approved to exit the institution.

E.    <u>Immediate Family</u>:  Mother, father, stepparents, foster parents, husband, wife, children, stepchildren, grandchildren, brother, sister, grandmother, grandfather, half-siblings, son-in-law, daughter-in-law, brother-in-law, sister-in-law, mother-in-law, and father-in-law as documented in the institutional file of the inmate.

F.    <u>Cause</u>:  For the purpose of this regulation, an articulatable reason for the action taken.

AR 303 – December 27, 2005

G.   Common-law spouse:

    1.   The elements of a common-law spouse are:

        a.   Capacity

        b.   Present agreement of consent to be husband and wife

        c.   Consummation (Code of Alabama 1975, as amended). There must be "clear and convincing evidence that the parties lived as to achieve public recognition of their status as husband and wife".

    2.   Some factors to consider are:

        a.   The parties file tax returns as married

        b.   The parties cohabited

        c.   The parties are recognized as husband and wife by the public, by their families, friends, and children

        d.   The parties consider themselves married, use the same name, wear wedding rings, have joint accounts, refer to each other as husband and wife.  If parties are married by common law, they must get a divorce in court.  There is no such thing as a common law divorce. A common law marriage is the same legally as a statutory or ceremonial marriage.

H.   Denial:  The refusal of a visit/visitor based on the guidelines set forth in this regulation.

I.   Legal Guardian:  A person appointed by the court to provide supervision, protection, and care of the minor child.

J.   Minor Children:  Visitors, 18 and under, who are the immediate family member of an inmate to include biological children and grandchildren. Adopted and step children qualify if the relationship existed prior to incarceration and can be verified.

K.   Official Visitor(s):  Visiting individuals from other governmental agencies (i.e., Governor, Legislators, Judges, and high-ranking Law Enforcement Officials) or private sectors who are conducting business at the institution.

L.   Visitor(s):  Person(s) who have been granted permission to visit an inmate.

M.   Identification:  For the purpose of this regulation, acceptable photo identification may be a valid state driver license, non-driver identification, military (member or

dependent) identification, immigration/naturalization identification or any other governmental issued identification.

N.  <u>Legal Assistants (i.e., paralegals, law clerks, investigators, psychologists, psychiatrists, mitigation specialists, and/or social workers)</u>:  For the purpose of this regulation, must be legal agents of the attorney as attested to by written authorization on the attorney's letterhead signed by the attorney.

O.  <u>Special visits</u>:  Visits approved by the Warden/designee that are in addition to those that are on an inmate's approved visitation list to include a change in schedule.

P.  <u>Suspension</u>:  The removal of a visitor's visitation privileges from an institution.

Q.  <u>Termination</u>:  The immediate removal of a visitor from the visitation area of an institution for cause.

## IV.  <u>RESPONSIBILITIES</u>

A.  The Deputy Commissioner of Operations shall be responsible for the overall visitation policy to include barring visitors statewide.

B.  The Warden is responsible for the development of his/her Standard Operating Procedures (SOP) in accordance with AR 303, *Visitation*.

C.  Classification Specialists are responsible for documenting the names, relationship, and other pertinent data regarding the inmate's immediate family members.

D.  All ADOC employees shall be responsible for complying with the guidelines set forth in this regulation.

E.  Inmates shall be responsible for compliance and notification to their prospective visitors of the requirements of this regulation.

## V.  <u>PROCEDURES</u>

A.  <u>Guidelines</u>:

1.  Rules pertaining to visitation hours, dress, and procedures will be posted in clear view and will be available upon request for approved visitors (Refer to Annex B, Visitation and Orientation Sheet for Visitors and Inmates).

2.  Visitation rules, policies, forms, and changes will be available to the inmate population via bulletin boards, orientation, inmate handbook, and/or newsletters.

AR 303 – December 27, 2005

3.  All visitors shall be visually identified against a photo-identification card issued by a federal, state, county, or city government agency.

4.  Prior to approving any visitor, the statewide listing of barred visitors shall be reviewed to prevent the approval of a currently barred visitor.

B.  <u>Visitation/Funds Applications</u>:

1.  Upon arrival at an inmate's designated institution the inmate may submit ADOC Form 303-A, *Inmate Visiting/Funds Application*, to the Warden/designee if one has not been approved within the past six months.

2.  The visitation/funds application with written instructions will be available for all inmates. The inmate shall identify not more than eight (8) adults and authorized children he/she desires to have placed on an approved visitor list by name, address, relationship, social security number, date of birth, and telephone number. Visitors may include: immediate family such as parents, stepparents, grandparents, brothers, sisters, inmate's children/grandchildren/stepchildren, father-in-law, mother-in-law, sons-in-law, and daughters-in-law.

3.  Upon initial intake into the ADOC there may be a sixty-(60) day waiting period for visitation.

4.  Inmates may only change their visitation/funds application every six months, regardless of a transfer to another institution.

5.  Inmates may submit up to eight (8) individuals on ADOC Form 303-A, *Inmate Visiting/Funds Application*.

6.  Inmates shall have the following combinations of visitors:

|  | Wife | Husband | Male Friend | Female Friend |
|---|---|---|---|---|
| Married Male | 1 |  | 1 |  |
| Unmarried Male |  |  | 1 | 1 |
| Married Female |  | 1 |  | 1 |
| Unmarried Female |  |  | 1 | 1 |

7.  All visitors must be at least nineteen (19) years of age or older to be included on the visitors list, unless they are legally married to the inmate and have proof of such marriage. Any name proposed by the inmate is subject to disapproval by the Warden/designee.

AR 303 – December 27, 2005

8.  Only minor children as defined in this regulation are authorized to visit.

    A.  A parent/guardian will be required to sign ADOC Form 303-B, Request for Children to Visit, at each visit.

    B.  A parent/guardian may authorize an immediate family member, who is on the approved visiting list, of the inmate to accompany/ supervise the inmate's children by submitting a notarized ADOC Form 303-B, *Request for Children to Visit*.

    C.  A separate ADOC Form 303-B is required of each immediate family member who is authorized to accompany/supervise the inmate's children.

    D.  A birth certificate or a legal document establishing paternity/ maternity/guardianship must be attached to the Form 303-B to verify relationship of the authorizing signature to the child.

    E.  Minor children approved to visit prior to July 28, 2005, regardless of relationship shall be allowed to continue to visit the inmate.

    F.  Minor children who are victims of violent/sexual crimes shall not be approved to visit their offenders.

9.  As soon as possible after the Warden/designee reviews the inmate's proposed visitation/funds application, the names of those persons who are approved by the Warden/designee will be entered into the computer and a copy of the approved/disapproved list will be given to the inmate. Inmates may submit an application every six months requesting additions or deletions to their authorized visitation/funds application. All changes will be updated in the computer and a copy given to the inmate. Notification of visitors approved/disapproved is the responsibility of the inmate.

10.  An inmate will not be permitted to have visits with persons whose names *do not appear on the approved visitation/funds application*, unless otherwise approved by the Warden.

11.  When an inmate transfers to another institution, a computer printout of his/her visitation/funds application will be included in the records transferred to the receiving institution. This application will be entered and honored until the inmate is eligible to change his/her visitation/funds application, once every six months.

AR 303 – December 27, 2005

12.     Visitors may not be placed on more than one inmate's visiting application unless the inmates are immediate family members of the visitor and the relationship can be substantiated.

12.     The Warden may grant prior approval for special visits for immediate family members who are living out-of-state. Only the inmate will initiate a request for a special visit. An inmate may be eligible to receive a special visit every six-(6) months.

13.     Falsification of any visitation application may result in denial of visitors to the institution.

C.     Legal/Attorney Visits:

1.     Attorneys will give the institution a minimum of twenty-four hours notification when scheduling a legal visit.

2.     An attorney(s), or agents of the attorney, including paralegal, investigators, psychologists, psychiatrists, mitigation specialists, and/or social workers will be allowed to interview the inmate for legal purposes and will not be required to have a court order.

3.     All attorneys will be faxed a copy of the Attorney/Legal Visits Orientation Sheet (Annex A) at the time the initial appointment is made. The attorney will fax the signed sheet orientation back to the institution. Visits will not be conducted prior to this form being signed by the attorney.

a.     The attorney will be required to fax or mail a letter to the Warden identifying the person as an attorney/legal assistant and the specific legal reason(s) for the visit.

b.     The letter will provide the attorney/legal assistants valid driver license number and other identification information, to include the bar identification number and professional organization license number.

c.     The visit must concern specified legal issues.

d.     Any question of the validity of the visit shall be referred to ADOC Legal and their instructions followed.

4.     Attorneys will be allowed to bring legal papers to be left with the inmate as long as notification is given in advance. Attorneys may also bring stamped self-addressed envelopes, containing the inmates' return address, to be left with the inmate for legal materials to be mailed to the attorney or the courts.

AR 303 – December 27, 2005

a.   Attorneys/legal assistants will go through routine search procedures when entering the institution.

b.   Documents being brought into the institution by attorneys/legal assistants shall be searched in the presence of the attorney or the inmate. This procedure will be strictly enforced.

5.   Unless specifically authorized by the Warden/designee, all meetings between attorneys and inmates shall be one-on-one. The Warden/designee shall make every reasonable effort to provide a room where an attorney can meet confidentially with an inmate. A meeting place shall be provided in which others cannot reasonably overhear the discussion between the inmate and attorney.

6.   Attorney visits may be scheduled with death row inmates simultaneously with up to three different inmates/attorneys being placed in the visitation area at the same time. In extreme circumstances an additional inmate may be placed on the visiting yard at the discretion of the Warden.

7.   Restraints for the inmate may be utilized at the Warden's discretion.

D.   Clergy/Pastoral Visits:

1.   All visiting clergy shall be required to follow established institutional procedures, including those designed for the security of the institution and the safety of the individual concerned.

2.   Religious literature and related material, which a visiting clergy proposes to distribute, shall be submitted to the institution in advance for review of content and to avoid the introduction of contraband.

3.   A member of the clergy who was the inmate's pastor in civilian life, if requested through the Chaplain and approved by the Warden, may visit an inmate.

a.   This request must be in writing at least 72 hours prior to the time of the requested visit.

b.   A clergy may be denied approval for "cause". Cause may include any misrepresentation made by the clergy concerning the visit, as well as the existence of facts, which give the Warden reason to believe the visit would pose a threat to institutional security.

E.   Special Visits:

1.   Must be approved by the Warden/designee.

AR 303 – December 27, 2005

2.    Should be limited to immediate family only.

3.    Visitors should be out-of-state and/or reside a distance of at least 500 miles away from the institution.

4.    Inmates are eligible for a special visit once every six months.

5.    Wardens/designee may use discretion in incidents such as, but not limited to, sudden deaths and military activation.

6.    Special arrangements may be made in cases of employee/inmate immediate family relationships.

F.    Official Visits:

1.    These visits will be approved and coordinated by the Warden/designee through the Public Information Officer and the Deputy Commissioner of Operations as appropriate.

2.    In the event of an unannounced/unscheduled visit the Public Information Officer and the Deputy Commissioner of Operations shall be notified immediately.

G.    Outside Hospital Visits:

1.    Visits to inmates confined to outside hospitals will only be allowed if the attending physician states that the inmate is in a terminal/life threatening situation and the Warden/designee approves the visit.

2.    All visitors must be approved by the Warden/designee in writing to the hospital security and the contract security and must present picture identification.

3.    In the event of an authorized hospital visit, both ADOC and hospital rules will be followed.

4.    Visitors will not be allowed to bring gifts, food, or packages.

5.    ADOC Correctional Officers/contract security will log visitor's names, arrival and departure times.

H.    Institutional Health Care Unit:

Inmates who are patients in the institutional health care unit, with the approval of the health care provider, may be allowed visits in a time, place, and manner as scheduled by the Warden/designee on a limited basis.

AR 303 – December 27, 2005

I.  <u>Visitation Area</u>:

    1.  Each correctional institution shall maintain a visiting area where inmates may visit with authorized persons. Separate restroom facilities will be provided for visitors.

    2.  Only four (4) adults and four (4) minors are authorized to visit an inmate at one time. Visitors who bring minor children to visit will be expected to control the behavior of the children so that they do not interrupt other visitors.

    3.  Chairs and/or tables shall be arranged in a way that allows direct lines of sight.

    4.  Blind spots created by design features may be compensated for with mirrors and/or surveillance devices.

J.  <u>Visiting Schedule</u>:

    1.  Visiting days and hours will be scheduled by the institution based upon the number of visitors, size of the visiting area, and the institutional security considerations. Visiting schedule shall be posted within the institution.

    2.  Inmates shall be notified of the visitation schedule by the institutional authorities.

    3.  The visitation schedule for administrative segregation inmates should be in accordance with provisions included in AR 433, *Administrative Segregation and Housing for Close or Maximum Custody*.

    4.  Disciplinary segregation inmates will not be allowed visits, except an attorney, unless specifically authorized by the Warden.

K.  <u>Supervision of Visits</u>:

    1.  Correctional Officers shall:

        a.  Be positioned to provide direct visual supervision of the entire visitation area.

        b.  Search all inmates immediately prior to the inmate entering the visiting room.

        c.  Strip-search all inmates upon the inmate leaving the visiting room to prevent the introduction of contraband into the institution.

        d.  Ensure that inappropriate conduct is not permitted.

AR 303 – December 27, 2005

2.      A correctional officer shall determine the identity of each visitor, verify the identity by examining personal credentials – including picture ID card – to assure that the potential visitor's name appears on the authorized visitor list of the inmate whom he/she desires to visit, or determine that prior approval of the Warden was obtained for a special visit.

3.      The visitation officer will require all visitors to sign in and out on ADOC Form 303-C, *Visitor Register*, and will log the date and time of the visit in the computer. The register shall be dated and signed by the visitation officer.

4.      Correctional officers assigned to visiting area duty shall maintain particular vigilance in preventing contraband from entering the institution.

5.      Visitation officers shall deny entry to the institution, any visitor who is under the influence of any intoxicant (or who reasonably appears to be under the influence), whether alcohol or drugs.

6.      Those persons who create a disturbance by fighting, unruly behavior, behavior which seriously infringes on the rights of other visitors, or acts prejudicial to the operation and good order of the institution shall be removed from the visiting area/institution.

7.      Inmates will inform their visitors that it is a criminal offense to give a false name to an officer when signing the register or to introduce or attempt to introduce contraband into a correctional institution.

L.    General Search Procedures:

1.      All visitors and their belongings shall be searched thoroughly prior to being allowed to visit. Visitors will be required to go through a walk-through metal detector at Security Level IV institutions and above. A frisk/pat search of visitors shall also be conducted in accordance with AR 336, *Searches*. A hand held metal detector shall be utilized for those who activate the alarm in the walk-through metal detector. If a visitor refuses to be searched, he/she shall be removed from the visiting list.

2.      If after the above methods have been used and there is still a reasonable suspicion that the person is carrying contraband, a strip search may be undertaken in accordance with AR 336, *Searches*.

a.      Visitors shall be **requested** to submit to a strip search only following the approval of the Warden/designee, who shall evaluate the grounds asserted to justify the search. An ADOC Form 303-D, *Visitation Detailed Search Authorization*, shall be completed prior to the search.

b.    An ADOC Form 302-A, *Incident Report*, will be completed following each strip search. This report will contain the names of the searching officers and the official approving the search, the reason(s) for the search, the extent of the search and what was found.

c.    **Internal** body cavity (anal or genital) searches shall **NOT** be conducted. If a strip search is insufficient to allay suspicions that the visitor is smuggling, the visitor shall be denied visitation privileges and will be removed from the visiting list.

3.    If contraband is found in the possession of a visitor, the contraband shall be confiscated and the visitor may be detained for law enforcement officials and possible felony prosecution. Vital information such as name, address, phone number, automobile make and model, description, license plate number, and state where issued should be documented and forwarded immediately to the supervisor on duty.

4.    A black-light procedure shall be utilized for all visitors at Security Level IV institutions and above.

5.    Correctional Officers will ensure that each adult visitor only brings a total of $20.00 cash (for the vending machine).

6.    Correctional Officers will ensure that inmates are **NOT** permitted to carry any items from the visitation area back into the housing area of the institution.

7.    There shall be no cross-gender searches of visitors.

8.    Searches of children may only be conducted in the presence of the child's parent or guardian.

M.    Permissible items are addressed in this regulation at Annex B, Visitation and Orientation Sheet for Visitors and Inmates.

N.    Denial, Termination, and Suspension of Visits:

1.    If it is determined that, on the basis of information known or provided by a responsible authority, the proposed visitor constitutes a threat to institutional security, safety, or would undermine the rehabilitation or discipline of the inmate, a visitor may be denied a visit. Reasonable grounds for denial of a visit may include, but are not limited to:

a.    The visitor has a past record of disruptive conduct and/or previously violated institutional visiting policies.

AR 303 – December 27, 2005

b.    The visitor appears to be under the influence of alcohol or drugs.

c.    The visitor refuses to submit to search or show proper identification upon request.

d.    The visitor is/was directly involved in the inmate's criminal behavior.

e.    The visit will be detrimental to the inmate's rehabilitation.

f.    The visitor is a former inmate currently on probation or parole that does not have the approval of his/her Parole Officer and the Warden.

h.    The visitor is a former inmate who has left by expiration of sentence, has not been released for two (2) or more years, and does not have the prior approval of the Warden.

i.    Current/former employees of the ADOC will not be allowed to visit inmates unless they have authorization from the Warden.

j.    There is insufficient space for visiting.

k.    Possession of contraband.

l.    Inappropriate dress.

m.    Displaying of security threat group (STG) symbols or affiliation.

2.    Visits may only be terminated by the shift commander upon recommendation by the visitation officer; however, less restrictive measures may be used, such as warning the inmate and/or the visitor(s). Examples of reasons for termination include, but are not limited to:

a.    Inmates or visitors who violate visitation conduct rules

b.    Visitors who fail to control their children

c.    Disruptive or insubordinate behavior towards staff, inmates, or visitors

3.    When a visit is denied during in processing or terminated, ADOC Form 302-A, *Incident Report*, shall be prepared by the official taking the action detailing the visitor/inmate's inappropriate actions. A copy of the report shall be forwarded to the Warden.

AR 303 -- December 27, 2005

4.    Only the Warden can suspend visitation privileges at the institutional level. The Warden may suspend all the inmate's approved visitors involved in any misconduct. The Warden shall provide a written notice to the inmate, visitor, and visitation staff. The statement of reason(s) may be limited to the extent it would jeopardize the security of the institution or the safety of an individual.

5.    Visiting privileges may be suspended for a maximum of six (6) months for cause. At the end of the suspension period the affected visitor shall be reinstated unless authorization has been given for extended suspension. Prior to reinstatement the Warden/designee shall verify that the visitor is not on the extended suspension list.

7.    The Warden shall make a recommendation for suspensions greater than six months to the Deputy Commissioner of Operations.

8.    The Deputy Commissioner of Operations shall review the Warden's recommendation, render a decision and inform the Warden. If the decision is to place the visitor on extended suspension, the Warden shall provide a written notice to the inmate, visitor, and visitation staff. The statement of reason(s) may be limited to the extent it would jeopardize the security of the institution or the safety of an individual.

9.    Any visitor may be suspended for an extended period for serious and/or repeated infraction(s) such as, but not limited to:

    a.    Assaultive/disruptive behavior.

    b.    Illegal drugs or possession of unauthorized drugs.

    c.    Possession of firearms/weapons on state property.

    d.    Repeated violations of visitation policies/rules.

10.    Visitors may make a written request to the Deputy Commissioner of Operations/designee for review and removal from the extended suspension list.

11.    The Deputy Commissioner of Operations shall forward approval for extended suspensions and reinstatements to the Information Systems Network Administrator for entry or deletion to the list maintained on the intranet.

P.    <u>Visitor/Inmate Behavior Standards:</u>

AR 303 – December 27, 2005

1. Sitting in laps or other type of behavior, which may be deemed offensive or be considered inappropriate or illicit is prohibited. A hug and kiss between the inmate and his/her visitor at the time of entry and at the time of departure will be permitted.

2. Visitors and inmates must consider that children, parents, wives, and grandparents are visiting and any conduct, which is offensive, will be discussed with the inmate and his/her visitor. Based upon the severity of the violation, action taken may range from verbal warnings to suspension of visiting privileges and disciplinary action against the inmate involved.

Q. Tour Groups:

Refer to AR 005, *Public and Community Relations*.

## VI. DISPOSITION

Any forms used will be disposed of and retained according to the Departmental Records Disposition Authority (RDA).

## VII. FORMS

A. ADOC Form 303-A, Inmate Visiting/Funds Application

B. ADOC Form 303-B, Request for Children to Visit

C. ADOC Form 303-C, Visitor Register

D. ADOC Form 303-D, Visitation Detailed Search Authorization

## VIII. SUPERCEDES

This regulation supercedes AR 303, *Visitation and Correspondence,* dated June 17, 2003, AR 007, *Attorney/Inmate Interviews,* dated December 16, 2004, and AR 308, *Visiting Clergy,* dated August 15, 1983, and any changes.

## IX. PERFORMANCE

A. Code of Alabama 1975, Sections 14-1-1 and 14-1-2.

B. ACA Standards: 4-4156; 4-41694-4267; 4-4275; 4-4499;; 4-4500; 4-4503

Donal Campbell, Commissioner

AR 303 – December 27, 2005

**ANNEX(S):**

A.    Annex A – Attorney/Legal Visits Orientation Sheet

B.    Annex B – Visitation and Orientation Sheet for Visitors and Inmates

AR 303 – December 27, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

## INMATE VISITING/FUNDS FORM

**(PLEASE READ THIS FORM CAREFULLY AND PRINT ALL INFORMATION LISTED)**

All inmates of this institution who expect visitors and/or funds must fill out one of these forms in order to receive them. The Warden/designee must approve this form, after completion.

**READ THE FOLLOWING RULES CAREFULLY:**

A.     LIST ON THE BACK OF THIS FORM, NO MORE THAN EIGHT (8) PERSONS WHOM YOU FEEL WILL SEND YOU FUNDS. VISITORS MAY INCLUDE YOUR IMMEDIATE FAMILY SUCH AS PARENTS, STEPPARENTS, GRANDPARENTS, BROTHERS, SISTERS, INMATE'S CHILDREN/GRANDCHILDREN/STEPCHILDREN/ADOPTED CHILDREN, FATHER-IN-LAW, MOTHER-IN-LAW, SONS-IN-LAW, AND DAUGHTERS-IN-LAW.  IF YOU ARE MARRIED, YOU MAY LIST ONE FRIEND OF THE SAME SEX AND IF YOU ARE NOT MARRIED YOU MAY LIST ONE FRIEND OF EACH SEX.  ALL PERSONS MUST BE 19 YEARS OF AGE OR OLDER TO BE LISTED.

B.     PROVIDE STATUS OF ANY VISITOR WHO IS AN EX-FELON.

C.     HOURS FOR VISITING WILL BE SCHEDULED BY THE INSTITUTION.

D.     A SOCIAL SECURITY NUMBER MUST BE PROVIDED FOR ALL PERSONS LISTED.  THE ONLY EXCEPTION TO THE REQUIREMENT OF SOCIAL SECURITY NUMBER AND DATE OF BIRTH IS WHEN AN INMATE AND/OR FAMILY MEMBER OR PERSON LISTED ON THE FUNDS LIST ARE LEGAL ALIENS.  ALIENS WILL BE REQUIRED TO HAVE A GREEN CARD.

**TURN THIS FORM IN IMMEDIATELY AFTER FILLING IT OUT.**

**YOUR NAME:**_____

**(MARRIED)          (DIVORCED)          (SINGLE)**

**COUNTY SENTENCED FROM:**_____

**DATE APPROVED:**_____ **DATE DISAPPROVED:** _____

**INSTITUTION:**_____

**AUTHORIZED SIGNATURE:**_____

ADOC Form 303-A (page 1 of 2) – December 27, 2005

AR 303 – December 27, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

# INMATE VISITING/FUNDS FORM

INMATE'S NAME _____    AIS # _____

**NO MORE THAN EIGHT (8) VISITORS CAN BE LISTED. LIST ONLY EIGHT (8) PERSONS YOU FEEL WILL SEND YOU FUNDS. PERSONS ON THE FUNDS LIST MAY INCLUDE BUT ARE NOT LIMITED TO PERSONS ON THE VISITING LIST.**

| FULL NAME OF VISITOR | COMPLETE ADDRESS | RELATIONSHIP | DOB | SOCIAL SECURITY # | TELEPHONE # |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |

| FULL NAME OF SENDER | COMPLETE ADDRESS | RELATIONSHIP | DOB | SOCIAL SECURITY # | TELEPHONE # |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |

ADOC Form 303-A (page 2 of 2) – December 27, 2005

AR 303 – December 27, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

## REQUEST FOR CHILDREN TO VISIT

I hereby certify that I am the Parent/Guardian for the (child) children under 19 of the inmate
_____, AIS # _____, listed as follows:

| NAME OF CHILD * | RELATIONSHIP | DOB |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

I further acknowledge that as a condition of escorting these minor children into the institution for visitation, I will keep them under supervision without disruption to the institution, its staff or other visitors. I understand that in the event these children are not properly supervised, my visit may be terminated.

As parent/legal guardian, I hereby authorize _____/_____**,
(name/relationship to inmate) to escort/supervise these minor children during the visit. I acknowledge that I am responsible for having this form notarized prior to the visit and shall attach proof of relationship verified by a birth certificate or a legal document establishing paternity/maternity. This document authorizing children to visit is active from the date of notarization until termination by the parent/guardian via a notarized written request.

Date:_____

_____
Print Name (legal parent or guardian)

Witness:_____

_____
Signature (legal parent or guardian)

Escort/guardian _____
            (Print Name)

_____
Address (legal parent or guardian)

Escort/guardian _____
            (Signature)

_____

Notary signature _____

[                                    ]
(Notary Seal)

Date: _____

*List on back, additional name(s) of children and relationship to inmate, as applicable.
**Escort/guardian person must be on the inmate's visitation list.

**ADOC Form 303-B – December 27, 2005**

AR 303 – December 27, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

## VISITOR REGISTER

| INMATE NAME | DATE | TIME | | PERSON VISITING | SIGNATURE | # OF MINORS |
|---|---|---|---|---|---|---|
| | | IN | EXIT | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

_____                    _____
**Name Of Visitation Officer**                    **Visitation Officer Signature**

**ADOC Form 303-C – December 27, 2005**

**AR 303 – December 27, 2005**

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

## VISITATION DETAILED SEARCH AUTHORIZATION

I, _____ have been requested to submit to a detailed search (strip search) because of the following reason (s).

_____

_____

_____

Visitor's Initials below indicates they have read and understand the following:

_____  1.     I am able to read the English language.

_____  2.     I am able to write.

_____  3.     I have been informed that approval for the detailed search is authorized under Administrative Regulation 303, Visitation, and has been authorized by the Warden/Deputy Warden.

_____  4.     I have been informed that I do not have to allow or participate in this detailed search and may leave prior to the search.

_____  5.     I have been informed that because of suspicion/cause I shall not be allowed to enter the institution for visitation and that I am required to leave the grounds if I do not participate in the detailed search.

_____  6.     I was informed that the correctional staff shall not conduct a body cavity search.

_____  7.     I have not been threatened, intimidated, or coerced in any way in reference to this request and or participation in the detailed search.

_____  8.     I have not been promised anything to obtain my authorization to participate in the detailed search.

By my signature below I authorize and provide my full consent to the Alabama Department of Corrections and the staff of _____ (institution) to conduct a detailed search of my personal property and person.  I make this authorization of my own free will and accord.

I further acknowledge, in the event I can not read and/or write, this form has been read to me and I accept the terms and conditions as indicated by my signature or mark below.

_____          _____
        Signature/Date                              Witness Signature/Date

**ADOC Form 303-D – December 27, 2005**

AR 303 – December 27, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

## ATTORNEY/LEGAL VISITS ORIENTATION SHEET

Our objective is to make your visit with your client as beneficial as possible and still maintain security at this facility. In order to do this, we ask that you observe the following guidelines while visiting your client.

_____
Name of Warden

1.  **You may bring two (2) writing instruments and current necessary legal papers to your meeting with your client (NO briefcases are allowed). Tape recorders may be allowed with Wardens permission.**

2.  **Please lock all other personal items in your locked vehicle (i.e. wallet, jewelry, pictures)**

3.  **Please do not bring anything to the inmate or attempt to give the inmate anything without prior approval.**

4.  **The below list of items are <u>NOT</u> authorized under any circumstances:**

    a.  drugs (to include any over-the-counter medications)

    b.  tobacco products

    c.  matches/lighters

    d.  jewelry

    e.  money (exception-maximum of $5.00 in coins for soft drinks, coffee, and/or snacks)

    f.  weapons

    g.  purse/briefcases/duffel bags

    h.  additional clothing items

    i.  cell phones/beepers

Comments/Request: _____

_____

I have read and understand the above listed guidelines. I will abide by these guidelines or my visit may be denied or discontinued. (If there are other members of the defense team attending this visit, you must send a letter, on your firm's letterhead, identifying them as a member of the defense team. On the letter state: 1) that they have been retained in the scope of the representation or potential representation of the inmate, 2) that person(s) social security number, 3) their valid driver's license number, and 4) any other pertinent identification information.)

_____
Attorney's Signature/Date

**Annex A to AR 303 – December 27, 2005**

AR 303 – December 27, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

# VISITATION AND ORIENTATION SHEET
# FOR VISITORS AND INMATES

**Visitors providing false name(s) or introducing or attempting to introduce contraband may be committing a criminal offense and face possible felony prosecution. All visitors must dress in a modest manner. Visiting rules are subject to change without prior notice. Visitors may be asked to leave if they, or the inmate they are visiting, fail to abide by the visitation rules established. Your cooperation is expected and appreciated. It will be the responsibility of the inmate to provide verification of relationship of all children.**

**A.**     **Adults (Male/Female)**

1.  Each adult visitor may enter the visitation lobby with $20.00 cash in a clear plastic bag, car keys, and a baby bag.
2.  *Parent(s)/guardian(s) with babies will be allowed no more than four (4) disposable diapers and one (1) will be changed during searches. One (1) blanket and two (2) plastic bottles will be allowed on the visiting yard. Items will be searched prior to being allowed on the yard.*
3.  Visitors will not be allowed to leave money for or give money to an inmate. All money for inmates must be mailed in the form of an authorized money order or cashier's check.
4.  No hats, caps, scarves, headbands, sunglasses (except prescription), electronic equipment, wigs (except prescribed by a doctor or with the approval of the Warden), jewelry (except wedding set/bands) and no medication (except life sustaining medication from a doctor) will be allowed.

**B.**     **Children**

If a child is five (5) years old or younger, he/she is allowed to wear shorts. Shorts must be knee length or longer.

**C.**     **Male (Adults and children)**

1.  No white clothing allowed. Any light colored clothing that appears to look white will not be allowed.
2.  Sweat suits, jogging suits, and/or wind suits shall not be allowed.
3.  Scrub type garments shall not be permitted.
4.  Shirts – no tank tops, muscle shirts, or sleeveless shirts are allowed.
5.  Trousers – No shorts or tight fitting trousers with elastic type fabrics are allowed. All trousers must be at least ankle-length.
6.  Shoes – House shoes, shower shoes, or beach shoes will not be allowed.
7.  Must wear undergarments (boxers or briefs).

**Annex B to AR 303 – December 27, 2005**

AR 303 – December 27, 2005

**Female (Adults and Children)**

1. No white clothing allowed. Any light colored clothing that appears to look white will not be allowed.
2. Sweat suits, jogging suits, and/or wind suits shall not be allowed.
3. Scrub type garments shall not be permitted.
4. All dresses and skirts must be knee length or longer. Splits must be knee length or lower.
5. Capri pants should be calf length.
6. No button ups, no wrap around or sheer see-through fabric dresses or skirts will be allowed.
7. No sundresses are allowed. (Except with a dark colored shirt underneath / no whites allowed).
8. All blouses and shirts must be long enough to cover the waist and chest area.
9. No sheer see-through blouses and sleeveless tops will be allowed.
10. No tank tops, halter tops, or low-cut blouses or shirts will be allowed.
11. No shorts or stretch pants will be allowed.
12. No sheer see-through pants will be allowed.
13. No tight fitting clothes with elastic type fabric will be allowed.
14. Must wear a complete set of undergarments (Pantyhose do not take the place of panties).

E. **Each visitor is required to return all unapproved personal items to their vehicles. Staff will not be responsible for any personal items.**

**Annex B to AR 303 – December 27, 2005**

AR 303 – December 27, 2005