In the District Court of the United States
for The Middle District of Alabama
Northern Division

Ricky Wade Davis #173073 )
   Plaintiff, )
 )
v. ) Case No. 2:06-CV-10-MEF
 )
Sgt. Bryant, et al., )
   Defendants )

## Motion for Enlargement of Time to file Amended Complaint Answer and Special Report

Comes now the plaintiff Ricky Wade Davis #173073 asking for more time to comply with this Honorable Court's order establishing a deadline for the plaintiff to comply accordingly, the undersigned Respectfully Requests an additional 30 day's to get this Last court order done on the special Report of Adding the (Commissioner Richard Allen,) as a Defendant

Respectfully Submitted
Ricky Wade Davis #173073

## Certificate of Service

I hereby certify that I have, this the 25th day of February, 2007, served a copy of the foregoing on the Defendant by placing same in the United States mail, postage prepaid and properly addressed as follows:

~~Address of Parties~~

Mrs. Kim Thomas, Legal Divison
Ala. Dept. of Corrections
301 S. Ripley Street
PO Box 301501
Montgomery AL. 36130-1501

x Ricky Wade Davis #173073
M-66  H.C.F.
Holman 3700
Atmore AL, 36503

Ricky Wad Davis
#173073   M-66
H.C.F
Holman 3700
Atmore AL, 36603

MOBILE AL 366
26 FEB 2007 PM 1 L

Ms. Debra Hakett, Clerk
United States Dist. Court Northern
P.O. Box 711
Montgomery AL, 36101

36101+0711

correspondence from an Alabama
inmate. The letter has not been evaluated,
the Alabama Department of Corrections is not
responsible for the substance or content of the
enclosed communication.