in the District court of the United States
for the middle District of ALABAMA
Northern Division

Ricky Wade Davis #173073 )
Plaintiff,

v.

Sgt. Bryant, et al.,
Defendants

2007 MAR 27 A 9:40

P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:06-CV-010-MEF

Response for written Report to Adding
Richard Allen as a defendant on order Entered on february 6, 2007

I come now the Plaintiff Ricky Wade Davis #173073 with this Honorable court to say I don't know how to do this law work and can't file the Report I've had some one doing this law work for me I don't no how to do law work I now have no help I have transfer I would like to ask this Honorable court to point some one to help me with out help I don't know what to do and can't no how to do law work to Answer to this motion of Richard Allen Amended complant and Reall dont want my case threw out or dropped I have no money to get a lawyer and can't do this with out help will the court apoint me one don't no how to do the law work on this case

Respectfully sumitted

x Ricky Wade Davis #173073

Done this 26th day of March 2007

Certificate of Service

I hereby Certify that I have, this the 26th day of March 2007 served a copy of the foregoing upon the defendants by placing same in the United States mail Postage prepaid and properly addressed as follows:

Ms. Kim Thomas legal Division
ALA. Dept. of Corrections
301 S. Ripley Street
P.O. Box 301501
Montgomery ALA. 36130-1501

Done this 26th day of march 2007

x Ricky Wade Davis #173023

Ricky Wade Davis
#173073    m-66
Holman Corr. facility
Holman 3700
Atmore AL 36503



Ricky Wadd Davis
#173073 m-66
H.C.F
Holman 3700
Atmore AL. 36503

MOBILE AL 366
26 MAR 2007 PM 1 L

Ms. Debra Hackett, Clerk
United States Dist. Court Northern
P.O. Box 711
Montgomery AL. 36101