IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICKY WADE DAVIS, #173073 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **2:06-CV-10-F** |
| | ) | |
| SGT. BRYANT, et al. | ) | |
| | ) | |
| Defendant, | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW *Richard Allen, Donal Campbell, Gwendolyn Mosley, Robert Bryant, William Floyd and Kerry Williams,* Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☐ This party is an individual, or
- ☒ This party is a governmental entity, or
- ☐ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Department of Corrections | Commissioner/Former Commissioner |

12/28/2007                         /s/ J.MATT BLEDSOE
Date                                     Counsel Signature

                                            Allen, Campbell, Mosley, Bryant,
                                            Floyd and Williams
                                            Counsel for (print names of all parties)

                                            11 South Union Street
                                            Montgomery, AL 36130
                                            Address, City, State Zip Code

                                            334-242-7443
                                            Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

      I, J. Matt Bledsoe, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed, and postage prepaid on this 28th day of December 2007, to:

Ricky Wade Davis, #173073
Holman Correctional Facility
3700 Holman
Atmore, AL 36503

| | |
|---|---|
| 12/28/2007 | /s/ J. Matt Bledsoe |
| Date | Signature |