IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Ricky Wade Davis,
  Plaintiff

vs.

Case No: #2:06-CV-00010-MEF-DRB

Sgt. Bryant et al,
  Defendants

RECEIVED 2008 FEB 21 A 10:01
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO DISMISS ALL DEFENDANTS BUT SGT. BRYANT

COMES now the plaintiff Ricky Wade Davis [herein after Davis] in the above styled cause of action and request the following relief on the following grounds to wit;

1. Davis prepared and filed a civil complaint within this court on the 5th day of January, 2006, on the grounds of excessive force by Sgt Bryant.

2. Davis unlearn in the science and skill of law was misadvised by another by individual to add numerous of Alabama Dept of Corrections employees that had nothing to do with the assault committed upon by defendant Bryant.

3. Davis isn't able to prove any claim of liability upon the remaining defendants and in good faith moves to dismissing all defendant's except defendant Sgt. Bryant.

-1-

WHEREFORE for the Above said Reasons Davis Prays that this Motion be granted.

Respectfully submitted
Ricky Wade Davis #173073
Ricky Wade Davis
#173073 - M-5
Holman Unit 3700
Atmore, AL. 36503

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 18th day of Feb., 2008 that I have served A copy of this "Motion" upon Atty. Jason Matthew Bledsoe At 11 South Union St. Montgomery, AL. 36130; Lewis Peyton Chapman At P.O. Box 270, Montgomery, AL. 36101 USA, United States Mail postage prepaid.

x Ricky Wade Davis

-2-



Mr. Ricky Wade DAVID
#193073- N-5
Holman Unit 37.0
Atmore, AL. 36503

"Legal Mail"

MOBILE AL 366
19 FEB 2008 PM 2 L

To: Clerk, Debra Hackett
United States District Court
P.O. Box 711
Montgomery Alabama 36101