IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| RICKY WADE DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-0010-MEF |
| | ) |
| SGT. BRYANT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

On February 22, 2008, the Magistrate Judge filed a Recommendation (Doc. #46) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The motion to dismiss filed by the plaintiff on February 21, 2008 is GRANTED.

3. The plaintiff's claims against defendants Campbell, Mosley, Baxley, Floyd, Williams, Prison Health Services, Inc., McKinley, Sconyers and Allen are DISMISSED with prejudice.

4. The plaintiff claims against the remaining defendant, Sgt. Robert Bryant is referred back to the Magistrate Judge for additional proceedings.

DONE this the 13th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE