IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Ricky Wade Davis
   Plaintiff

vs.                                    CV-2:06-CV-10-MEF
                                            [WO]

Sgt. Bryant
   Defendant

## MOTION FOR APPOINTMENT OF COUNSEL

COMES now the plaintiff Ricky W. Davis [herein after Davis] in the above styled cause of Action and moves the Court to Appoint Counsel on the following grounds to wit:

1. Davis is a 33 year old white male who didn't finish school beyond the 8th grade and has a severe learning disability known as "Attention Deficit Hyper Disorder [ADHD]."

2. Davis hasn't prepared this civil complaint, nor any associate pleadings in this cause of Action before this United States District Court.

3. Davis ADHD disability effects his short term memory, preventing him from being able to concentrate and retention of information. Davis can read-

-1-

information and can't recall it a short time later.

4. Davis hasn't been able to pick up the pieces of his life since non-completion of elementary school, leaving him without a high school diploma and a certified trade to earn a living, which has contributed to his present problems with the law and imprisonment.

5. Davis cannot try this case before a jury, select a jury, no the rule of evidence, or how to obtain and introduce evidence during a trial by jury. And this court will not allow the pro-se prisoner that has assist him trying this case.

6. Davis is healthy physically but mentally what is simply to the average individual is academically impossible to Davis, warranting the appointment of counsel to try what is complex for Davis before a jury.

WHEREFORE for the above said reasons Davis prays that this motion for Appointment of counsel be granted.

Respectfully submitted,
Ricky Wade Davis
Ricky Wade Davis

I swear under the penalty of perjury that the above and forth going is true and correct to the best of my knowledge belief.

Ricky Wade Davis
Ricky Wade Davis

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March, 2008, I have served a copy of Plaintiff's "Motion For Appointment of Counsel", upon Assistant Attorney General J. Matt Bledsoe, 11 South Union Street, Montgomery, AL. 36130, via, United States Mail postage prepaid.

Ricky Wade Davis
Ricky Wade Davis
#173073-M-5
Holman Unit 3700
Atmore, AL. 36503

-3-

Mr. Ricky Wade Pauls
# 173073-N-5
Holman Unit 3700
Atmore, AL. 36503

MOBILE AL 356
27 MAR 2008PM 2 L

"LET US DARE TO READ,
THINK, SPEAK A[ND]
John Adams, 17[..]
powerofthelet[ter]"

USA FIRST-CLASS FOREVER

RECEIVED
MAR 31 2008
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

To: Mr. Perry Mathis Clerk
United States District Court
1729 5th Avenue North
Birmingham, Alabama 35203

"Legal Mail"